**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_For the_ ___ District of _Delaware_

(State)

Case number (*If known*): _16-_ ( ) ___ Chapter _11_

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Skybridge Spectrum Foundation |
| 2. **All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 20 - 8 1 1 8 4 8 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2509 Stuart Street | C/o 2649 Benvenue Ave. |
| Number       Street | Number       Street |
| | P.O. Box |
| Berkeley          CA  94705 | Berkeley          CA  94704 |
| City          State   ZIP Code | City          State   ZIP Code |
| Alameda County | **Location of principal assets, if different from principal place of business** |
| United States | 445 12th Street, SW |
| County | Number       Street |
| | (Federal Communications Commission) |
| | Washington          DC  20554 |
| | City          State   ZIP Code |

5. **Debtor's website (URL)**    www.terranautx.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☑ Other. Specify: Private Operating Foundation, Tax-exempt under IRC §501(c)(3)

Debtor    **Skybridge Spectrum Foundation**    Case number (if known)    16-  (   )
_____
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_  _1_  _7_  _2_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____  When _____  Case number _____
                                          MM / DD / YYYY

           District _____  When _____  Case number _____
                                          MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____  Relationship _____

           District _____  When _____
                                                    MM / DD / YYYY

           Case number, if known _____

---

Debtor    **Skybridge Spectrum Foundation**
Name

Case number *(if known)*    16-  ( )

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
FCC licenses nationwide with critical deadlines in March to later in year 2016. Debtor's

☑ Other FCC licenses are intangible assets issued and regulated by the FCC in Washington, DC.
Debtor's FCC license property is issued and kept on the Universal Licensing System, which is owned and controlled by the FCC at its Washington, DC headquarters listed next below.

**Where is the property?**   445 12th Street SW
_____
Number       Street

Federal Communications Commission
_____

Washington _____ | DC | 20554
City                                    State   ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| **Statistical and administrative information** |
| --- |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Skybridge Spectrum Foundation | Case number (if known) | 16-    (    ) |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities*** 
[See Footnote below *.]

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☑ $100,001–$500,000
- ☐ $500,001–$1 million
- ☐ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million
- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

*Footnote: Claimant Arnold Leong claims approximately 1/2 of the assets of the Debtor stated in item 15 above.

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/11/2016
                MM / DD / YYYY

✖ _____          Warren C. Havens
Signature of authorized representative of debtor      Printed name

Title    President, and sole Director, and sole Member

**18. Signature of attorney**

✖ _S.S. Allinson III_          Date    03/11/2016
Signature of attorney for debtor                MM / DD / YYYY

Elihu E. Allinson III
Printed name

Sullivan Hazeltine Allinson LLC
Firm name

901 North Market Street, Suite 1300
Number        Street

Wilmington                    DE        19801
City                          State      ZIP Code

(302) 428-8191                zallinson@sha-llc.com
Contact phone                 Email address

No. 3476                      DE
Bar number                    State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation,[1] | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor. | ) | |

### Appendix to Voluntary Petition for Non-Individuals Filing for Bankruptcy

**Item 8:**   The Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).

As required by 11 U.S.C. § 1116(1)(A):

Attached as Appendix 1 is the most recent (2012) federal income tax return.  It includes the 2012 balance sheet (page 2) and 2012 statement of operations of revenue and expenses (page 1).

Attached as Appendix 2 is the 2012 cash-flow statement.

---

[1] The last four digits of the Debtor's federal tax identification number are 8487.  The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

# Appendix 1

| Form **990-PF** | **Return of Private Foundation** or Section 4947(a)(1) Nonexempt Charitable Trust Treated as a Private Foundation | OMB No. 1545-0052 **2012** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Note. The foundation may be able to use a copy of this return to satisfy state reporting requirements.

**For calendar year 2012, or tax year beginning** _____ **, 2012, and ending** _____ ,

Name of foundation
**SKYBRIDGE SPECTRUM FOUNDATION**

Number and street (or P.O. box number if mail is not delivered to street address)  Room/suite
**2509 STUART STEET**

City or town  State  ZIP code
**BERKELEY**  **CA**  **94705**

**A** Employer identification number
**20-8118487**

**B** Telephone number (see the instructions)
**(510) 848-7797**

**C** If exemption application is pending, check here ▶ ☐

**G** Check all that apply:
☐ Initial return  ☐ Initial Return of a former public charity
☐ Final return  ☐ Amended return
☐ Address change  ☐ Name change

**D** 1 Foreign organizations, check here . . . . . ▶ ☐
2 Foreign organizations meeting the 85% test, check here and attach computation . . . . . . . ▶ ☐

**H** Check type of organization:  ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

**E** If private foundation status was terminated under section 507(b)(1)(A), check here . . . ▶ ☐

**I** Fair market value of all assets at end of year (from Part II, column (c), line 16)
▶ $  **62,965,759.**

**J** Accounting method:  ☐ Cash  ☒ Accrual
☐ Other (specify) _____
(Part I, column (d) must be on cash basis.)

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here . . . . ▶ ☐

**Part I** | **Analysis of Revenue and Expenses** (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).) | **(a)** Revenue and expenses per books | **(b)** Net investment income | **(c)** Adjusted net income | **(d)** Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| | **1** Contributions, gifts, grants, etc, received (att sch) | | | | |
| | **2** Ck ▶ ☒ if the foundn is **not** req to att Sch B | | | | |
| | **3** Interest on savings and temporary cash investments | | | | |
| | **4** Dividends and interest from securities | | | | |
| | **5a** Gross rents | | | | |
| | **b** Net rental income or (loss) | | | | |
| R | **6a** Net gain/(loss) from sale of assets not on line 10 | 43,752. | L-6a Stmt | | |
| E | **b** Gross sales price for all assets on line 6a | 43,778. | | | |
| V | **7** Capital gain net income (from Part IV, line 2) | | | | |
| E | **8** Net short-term capital gain | | | | |
| N | **9** Income modifications | | | | |
| U | **10a** Gross sales less returns and allowances | | | | |
| E | **b** Less: Cost of goods sold | | | | |
| | **c** Gross profit/(loss) (att sch) | | | | |
| | **11** Other income (attach schedule) | | | | |
| | FCC & ENL K-1 INCOME | 15,698. | | 15,698. | |
| | **12** **Total.** Add lines 1 through 11 | 59,450. | | 15,698. | |
| | **13** Compensation of officers, directors, trustees, etc | | | | |
| | **14** Other employee salaries and wages | | | | |
| A | **15** Pension plans, employee benefits | | | | |
| D | **16a** Legal fees (attach schedule) | 2,631. | | 2,631. | |
| M | **b** Accounting fees (attach sch) | 938. | | 938. | |
| I | **c** Other prof fees (attach sch) | 14. | | | |
| N | **17** Interest | | | | |
| I | **18** Taxes (attach schedule)(see instrs) See Line 18 Stmt | 86,319. | | 86,319. | |
| S | **19** Depreciation (attach sch) and depletion | | | | |
| T | **20** Occupancy | | | | |
| R | **21** Travel, conferences, and meetings | | | | |
| A | **22** Printing and publications | | | | |
| T | **23** Other expenses (attach schedule) | | | | |
| I | Amortization | 21,921. | | 21,921. | |
| V | **24** **Total operating and administrative expenses.** Add lines 13 through 23 | 111,823. | | 111,809. | |
| E | **25** Contributions, gifts, grants paid | | | | |
| | **26** **Total expenses and disbursements.** Add lines 24 and 25 | 111,823. | | 111,809. | |
| | **27** Subtract line 26 from line 12: | | | | |
| | **a** Excess of revenue over expenses and disbursements | -52,373. | | | |
| | **b** Net investment income (if negative, enter -0-) | | | | |
| | **c** Adjusted net income (if negative, enter -0-) | | | 0. | |

**BAA  For Paperwork Reduction Act Notice, see instructions.**  TEEA0301  12/06/12  Form **990-PF** (2012)

Form **990-PF** (2012)   SKYBRIDGE SPECTRUM FOUNDATION                           20-8118487                 Page **2**

## Part II Balance Sheets

Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.)

| | | (a) Book Value | (b) Book Value | (c) Fair Market Value |
|---|---|---|---|---|
| | | Beginning of year | End of year | |
| **A S S E T S** | **1** Cash — non-interest-bearing | 20,048. | 40,970. | 40,970. |
| | **2** Savings and temporary cash investments | | | |
| | **3** Accounts receivable ► ____ | | | |
| | Less: allowance for doubtful accounts ► ____ | | | |
| | **4** Pledges receivable ► ____ | | | |
| | Less: allowance for doubtful accounts ► ____ | | | |
| | **5** Grants receivable | | | |
| | **6** Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) | | | |
| | **7** Other notes and loans receivable (attach sch) ► ____ | | | |
| | Less: allowance for doubtful accounts ► ____ | | | |
| | **8** Inventories for sale or use | | | |
| | **9** Prepaid expenses and deferred charges | | | |
| | **10a** Investments -- U.S. and state government obligations (attach schedule) | | | |
| | **b** Investments — corporate stock (attach schedule) | | | |
| | **c** Investments — corporate bonds (attach schedule) | | | |
| | **11** Investments — land, buildings, and equipment: basis ► ____ | | | |
| | Less: accumulated depreciation (attach schedule) ► ____ | | | |
| | **12** Investments — mortgage loans | | | |
| | **13** Investments — other (attach schedule) L-13 Stmt | 4,283,862. | 3,991,914. | 1,045,096. |
| | **14** Land, buildings, and equipment: basis ► ____ | | | |
| | Less: accumulated depreciation (attach schedule) ► ____ | | | |
| | **15** Other assets (describe ► L-15 Stmt____ ) | 272,214. | 214,504. | 61,879,693. |
| | **16** **Total assets** (to be completed by all filers — see the instructions. Also, see page 1, item I) | 4,576,124. | 4,247,388. | 62,965,759. |
| **L I A B I L I T I E S** | **17** Accounts payable and accrued expenses | 12,431. | 12,431. | |
| | **18** Grants payable | | | |
| | **19** Deferred revenue | | | |
| | **20** Loans from officers, directors, trustees, & other disqualified persons | | | |
| | **21** Mortgages and other notes payable (attach schedule) | | | |
| | **22** Other liabilities (describe ► ____ ) | | | |
| | **23** **Total liabilities** (add lines 17 through 22) | 12,431. | 12,431. | |
| **N E T   A S S E T S   O R   F U N D   B A L A N C E S** | Foundations that follow SFAS 117, check here ► ☐ and complete lines 24 through 26 and lines 30 and 31. | | | |
| | **24** Unrestricted | | | |
| | **25** Temporarily restricted | | | |
| | **26** Permanently restricted | | | |
| | Foundations that do not follow SFAS 117, check here ► ☒ and complete lines 27 through 31. | | | |
| | **27** Capital stock, trust principal, or current funds | | | |
| | **28** Paid-in or capital surplus, or land, building, and equipment fund | | | |
| | **29** Retained earnings, accumulated income, endowment, or other funds | 4,563,693. | 4,234,957. | |
| | **30** **Total net assets or fund balances** (see instructions) | 4,563,693. | 4,234,957. | |
| | **31** **Total liabilities and net assets/fund balances** (see instructions) | 4,576,124. | 4,247,388. | |

## Part III Analysis of Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| **1** | Total net assets or fund balances at beginning of year — Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | **1** | 4,563,693. |
| **2** | Enter amount from Part I, line 27a | **2** | -52,373. |
| **3** | Other increases not included in line 2 (itemize) ► ____ | **3** | |
| **4** | Add lines 1, 2, and 3 | **4** | 4,511,320. |
| **5** | Decreases not included in line 2 (itemize) ► B-2 SERIES ADJUSTMENT | **5** | 276,363. |
| **6** | Total net assets or fund balances at end of year (line 4 minus line 5) — Part II, column (b), line 30 | **6** | 4,234,957. |

BAA                                          TEEA0302   12/06/12                                        Form **990-PF** (2012)

Form 990-PF (2012)  SKYBRIDGE SPECTRUM FOUNDATION                                    20-8118487                Page 3

## Part IV | Capital Gains and Losses for Tax on Investment Income

| | (a) List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shares MLC Company) | (b) How acquired P — Purchase D — Donation | (c) Date acquired (month, day, year) | (d) Date sold (month, day, year) |
|---|---|---|---|---|
| 1 a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

| | (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | (i) Fair Market Value as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of column (i) over column (j), if any | (l) Gains (Column (h) gain minus column (k), but not less than -0-) or Losses (from column (h)) |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

2   Capital gain net income or (net capital loss). { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 }  | **2** | |

3   Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):

If gain, also enter in Part I, line 8, column (c) (see instructions). If (loss), enter -0- in Part I, line 8 . . . . . . . . . . . . . . . . . . .  | **3** | |

## Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period? . . . . . . . . [ ] Yes   [ ] No
If 'Yes,' the foundation does not qualify under section 4940(e). Do not complete this part.

1   Enter the appropriate amount in each column for each year; see the instructions before making any entries.

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (column (b) divided by column (c)) |
|---|---|---|---|
| 2011 | 0. | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |

2   **Total** of line 1, column (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | **2** | |

3   Average distribution ratio for the 5-year base period — divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years . . . . . . . . . . . . . . .  | **3** | |

4   Enter the net value of noncharitable-use assets for 2012 from Part X, line 5 . . . . . . . . . . . . . .  | **4** | 29,570. |

5   Multiply line 4 by line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | **5** | |

6   Enter 1% of net investment income (1% of Part I, line 27b) . . . . . . . . . . . . . . . . . . . . . .  | **6** | |

7   Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | **7** | |

8   Enter qualifying distributions from Part XII, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . .  | **8** | |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions.

Form 990-PF (2012)   SKYBRIDGE SPECTRUM FOUNDATION                    20-8118487              Page 4

## Part VI — Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 — see instructions)

| | | | |
|---|---|---|---|
| 1 a Exempt operating foundations described in section 4940(d)(2), check here . . . . ▶ ☐ and enter 'N/A' on line 1. | | | |
| Date of ruling or determination letter: _ _ _ _ _ _ _ (attach copy of letter if necessary — see instrs) | | | |
| b Domestic foundations that meet the section 4940(e) requirements in Part V, | | | |
| check here . ▶ ☐ and enter 1% of Part I, line 27b . . . . . . . . . . . . . . . | 1 | | |
| c All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, column (b) . . . . | | | |
| 2 Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | 2 | | |
| 3 Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | 0. |
| 4 Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) . . . . | 4 | | |
| 5 Tax based on investment income. Subtract line 4 from line 3. If zero or less, enter -0- . . . . . . | 5 | | 0. |
| 6 Credits/Payments: | | | |
| a 2012 estimated tax pmts and 2011 overpayment credited to 2012 . . . . . . . . . | 6 a | | |
| b Exempt foreign organizations — tax withheld at source . . . . . . . . . . . | 6 b | | |
| c Tax paid with application for extension of time to file (Form 8868) . . . . . . . | 6 c | | |
| d Backup withholding erroneously withheld . . . . . . . . . . . . . . . | 6 d | | |
| 7 Total credits and payments. Add lines 6a through 6d . . . . . . . . . . . . . . . . | 7 | | |
| 8 Enter any penalty for underpayment of estimated tax. Check here ☐ if Form 2220 is attached . . . . . . . | 8 | | |
| 9 Tax due. If the total of lines 5 and 8 is more than line 7, enter amount owed . . . . . . . . . . . ▶ | 9 | | 0. |
| 10 Overpayment. If line 7 is more than the total of lines 5 and 8, enter the amount overpaid . . . . . . . ▶ | 10 | | 0. |
| 11 Enter the amount of line 10 to be: Credited to 2013 estimated tax . . . . . ▶ | Refunded . . . ▶ | 11 | |

## Part VII-A — Statements Regarding Activities

| | | Yes | No |
|---|---|---|---|
| 1 a During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? . . . . . . . . . . . . . . . . . . . . . | 1 a | | X |
| b Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see the instructions for definition)? . . . . . . . . . . . . . . . . . . . . . . . . | 1 b | | X |
| If the answer is 'Yes' to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities. | | | |
| c Did the foundation file Form 1120-POL for this year? . . . . . . . . . . . . . . . . . . | 1 c | | X |
| d Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| (1) On the foundation . . . ▶ $ _____ (2) On foundation managers . . . ▶ $ _____ | | | |
| e Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers . . . ▶ $ _____ | | | |
| 2 Has the foundation engaged in any activities that have not previously been reported to the IRS? . . . . . . . . . | 2 | | X |
| If 'Yes,' attach a detailed description of the activities. | | | |
| 3 Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If 'Yes,' attach a conformed copy of the changes . . . | 3 | | X |
| 4 a Did the foundation have unrelated business gross income of $1,000 or more during the year? . . . . . . . . . | 4 a | | X |
| b If 'Yes,' has it filed a tax return on Form 990-T for this year? . . . . . . . . . . . . . . . . . . | 4 b | | |
| 5 Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . . . . . . . | 5 | | X |
| If 'Yes,' attach the statement required by General Instruction T. | | | |
| 6 Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| • By language in the governing instrument, or | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? . . . . . . . . . . . . . . . . . . . | 6 | X | |
| 7 Did the foundation have at least $5,000 in assets at any time during the year? If 'Yes,' complete Part II, column (c), and Part XV . | 7 | X | |
| 8 a Enter the states to which the foundation reports or with which it is registered (see instructions) . . . . . . . . ▶ _____ | | | |
| See States Registered In | | | |
| b If the answer is 'Yes' to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? If 'No,' attach explanation . . . . . . . . . | 8 b | X | |
| 9 Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2012 or the taxable year beginning in 2012 (see instructions for Part XIV)? If 'Yes,' complete Part XIV . . . . | 9 | X | |
| 10 Did any persons become substantial contributors during the tax year? If 'Yes,' attach a schedule listing their names and addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | | X |

BAA                                                                                          Form 990-PF (2012)

Form **990-PF** (2012)  SKYBRIDGE SPECTRUM FOUNDATION                          20-8118487                          Page 5

## Part VII-A | Statements Regarding Activities (continued)

| | | | Yes | No |
|---|---|---|---|---|
| 11 | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If 'Yes,' attach schedule (see instructions) . . . . . . . . . . . . . . | 11 | | X |
| 12 | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If 'Yes,' attach statement (see instructions) . . . . . . . . . . . . . . . . . . . . | 12 | | X |
| 13 | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? . . . . . . | 13 | X | |

Website address . . . . . . . . . . ► N/A

14  The books are in care of ► WARREN C HAVENS _____ Telephone no. ► (510) 848-7797

Located at ► 2509 STUART STEET _____ BERKELEY _____ CA ZIP + 4 ► 94705 _____

15  Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** – Check here . . . . . . . . . . . . . . ► ☐

and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . ► | 15 | |

| | | | Yes | No |
|---|---|---|---|---|
| 16 | At any time during calendar year 2012, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? . . . . . . . . . . . . . . . . . . . . . . . | 16 | | X |

See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country ►

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required

**File Form 4720 if any item is checked in the 'Yes' column, unless an exception applies.**

| | | | Yes | No |
|---|---|---|---|---|
| **1 a** | During the year did the foundation (either directly or indirectly): | | | |
| **(1)** | Engage in the sale or exchange, or leasing of property with a disqualified person? . . . . . . . . . ☐ Yes ☒ No | | | |
| **(2)** | Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(3)** | Furnish goods, services, or facilities to (or accept them from) a disqualified person? . . . . . . . . ☐ Yes ☒ No | | | |
| **(4)** | Pay compensation to, or pay or reimburse the expenses of, a disqualified person? . . . . . . . . . ☐ Yes ☒ No | | | |
| **(5)** | Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(6)** | Agree to pay money or property to a government official? (**Exception.** Check 'No' if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **b** | If any answer is 'Yes' to 1a(1)-(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance (see instructions)? . . . . . . . . . | 1 b | | |
| | Organizations relying on a current notice regarding disaster assistance check here . . . . . . . . . . . ► ☐ | | | |
| **c** | Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2012? . . . . . . . . . . . . . . | 1 c | | X |
| **2** | Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)): | | | |
| **a** | At the end of tax year 2012, did the foundation have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2012? . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| | If 'Yes,' list the years ► 20 __ , 20 __ , 20 __ , 20 __ | | | |
| **b** | Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer 'No' and attach statement — see instructions.) . . . . . . . . . . . . | 2 b | | |
| **c** | If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here. ► 20 __ , 20 __ , 20 __ , 20 __ | | | |
| **3 a** | Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year? . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No | | | |
| **b** | If 'Yes,' did it have excess business holdings in 2012 as a result of (1) any purchase by the foundation or disqualified persons after May 26, 1969; (2) the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or (3) the lapse of the 10-, 15-, or 20-year first phase holding period? (*Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2012.*) . . . . . . . . . . . . . . . . . . . . | 3 b | | X |
| **4 a** | Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 a | | X |
| **b** | Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2012?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 b | | X |

BAA                                                                                            Form **990-PF** (2012)

Form **990-PF** (2012)    SKYBRIDGE SPECTRUM FOUNDATION                     20-8118487              Page 6

**Part VII-B  Statements Regarding Activities for Which Form 4720 May Be Required** *(continued)*

**5a** During the year did the foundation pay or incur any amount to:

(1)  Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? . . . . . . . .    ☐ Yes  ☒ No

(2)  Influence the outcome of any specific public election (see section 4955); or to carry
on, directly or indirectly, any voter registration drive? . . . . . . . . . . . . . . . . . . . . .    ☐ Yes  ☒ No

(3)  Provide a grant to an individual for travel, study, or other similar purposes? . . . . . . . . . . . .    ☐ Yes  ☒ No

(4)  Provide a grant to an organization other than a charitable, etc, organization described
in section 509(a)(1), (2), or (3), or section 4940(d)(2)? (see instructions) . . . . . . . . . . .    ☐ Yes  ☒ No

(5)  Provide for any purpose other than religious, charitable, scientific, literary, or
educational purposes, or for the prevention of cruelty to children or animals? . . . . . . . .    ☐ Yes  ☒ No

**b** If any answer is 'Yes' to 5a(1)-(5), did **any** of the transactions fail to qualify under the exceptions
described in Regulations section 53.4945 or in a current notice regarding disaster assistance
(see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **5b**

Organizations relying on a current notice regarding disaster assistance check here . . . . . . . . . . . . . . . .  ▶  ☐

**c** If the answer is 'Yes' to question 5a(4), does the foundation claim exemption from the
tax because it maintained expenditure responsibility for the grant? . . . . . . . . . . . . . . . . .    ☐ Yes  ☐ No

*If 'Yes,' attach the statement required by Regulations section 53.4945-5(d).*

**6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums
on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes  ☒ No

**b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . . . . . . .    **6b**   X

*If 'Yes' to 6b, file Form 8870.*

**7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? . . . . .    ☐ Yes  ☒ No

**b** If 'Yes,' did the foundation receive any proceeds or have any net income attributable to the transaction? . . . . . . . . . . .    **7b**

**Part VIII  Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors**

**1    List all officers, directors, trustees, foundation managers and their compensation (see instructions).**

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| WARREN C HAVENS<br>2649 BENVENUE AVE<br>BERKELEY          CA  94704 | PRESIDENT<br>10.00 | 0. | 0. | 0. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**2    Compensation of five highest-paid employees (other than those included on line 1 — see instructions). If none, enter 'NONE.'**

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NONE |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total number of other employees paid over $50,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶       None

Form **990-PF** (2012)  SKYBRIDGE SPECTRUM FOUNDATION                          20-8118487                    Page **7**

**Part VIII** | **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** *(continued)*

**3   Five highest-paid independent contractors for professional services (see instructions). If none, enter 'NONE.'**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over $50,000 for professional services · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | | None

**Part IX-A** | **Summary of Direct Charitable Activities**

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| 1   SEE ATTACHMENT | |
|     | 2,631. |
| 2   | |
| | |
| 3   | |
| | |
| 4   | |
| | |

**Part IX-B** | **Summary of Program-Related Investments** *(see instructions)*

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| 1   NO INVESTMENTS WERE MADE BY USE OF FOUNDATION CASH OR ASSETS. | |
| | 0. |
| 2   | |
| | |
| All other program-related investments. See instructions. | |
| 3   | |
| | |

Total. Add lines 1 through 3 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | None

BAA                                                                                                      Form **990-PF** (2012)

Form 990-PF (2012)  SKYBRIDGE SPECTRUM FOUNDATION                    20-8118487          Page **8**

| Part X | Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see instructions.) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc, purposes: | | |
| a | Average monthly fair market value of securities . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 0. |
| b | Average of monthly cash balances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | 30,020. |
| c | Fair market value of all other assets (see instructions) . . . . . . . . . . . . . . . . . . . . | 1c | |
| d | Total (add lines 1a, b, and c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1d | 30,020. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) . . . . . . . . . . . . . . . . . . . . . . . | 1e | |
| 2 | Acquisition indebtedness applicable to line 1 assets . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 30,020. |
| 4 | Cash deemed held for charitable activities. Enter 1-1/2% of line 3 (for greater amount, see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 450. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 . . . . . . . | 5 | 29,570. |
| 6 | Minimum investment return. Enter 5% of line 5 . . . . . . . . . . . . . . . . . . . . . . . | 6 | 1,479. |

| Part XI | Distributable Amount (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ [x] and do not complete this part.) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2a | Tax on investment income for 2012 from Part VI, line 5 . . . . . . . . | 2a | | |
| b | Income tax for 2012. (This does not include the tax from Part VI.) . . . . . . . . . . | 2b | | |
| c | Add lines 2a and 2b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2c | |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 . . . . . . . . . . . . . | 3 | |
| 4 | Recoveries of amounts treated as qualifying distributions . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Deduction from distributable amount (see instructions) . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Distributable amount as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1 . . . . . . . . | 7 | |

| Part XII | Qualifying Distributions (see instructions) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc, purposes: | | |
| a | Expenses, contributions, gifts, etc — total from Part I, column (d), line 26 . . . . . . . . . . . | 1a | |
| b | Program-related investments — total from Part IX-B . . . . . . . . . . . . . . . . . . . . . | 1b | 0. |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc, purposes . . . . | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required) . . . . . . . . . . . . . . . . . . . . . . . . . | 3a | |
| b | Cash distribution test (attach the required schedule) . . . . . . . . . . . . . . . . . . . . . | 3b | |
| 4 | Qualifying distributions. Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 . . . . . | 4 | 0. |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 0. |
| 6 | Adjusted qualifying distributions. Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . | 6 | 0. |

**Note.** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

BAA                                                                              Form **990-PF** (2012)

For 990-PF (2012)   SKYBRIDGE SPECTRUM FOUNDATION                20-8118487        Page **9**

## Part XIII  Undistributed Income (see instructions)

| | (a) Corpus | (b) Years prior to 2011 | (c) 2011 | (d) 2012 |
|---|---|---|---|---|
| **1** Distributable amount for 2012 from Part XI, line 7 . . . . . . . . . . . . . . . . | | | | |
| **2** Undistributed income, if any, as of the end of 2012: | | | | |
| **a** Enter amount for 2011 only . . . . . . . . . | | | 0. | |
| **b** Total for prior years: 20___,20___,20___ | | | | |
| **3** Excess distributions carryover, if any, to 2012: | | | | |
| **a** From 2007 . . . . . .      23,777. | | | | |
| **b** From 2008 . . . . . .      0. | | | | |
| **c** From 2009 . . . . . .      0. | | | | |
| **d** From 2010 . . . . . .      0. | | | | |
| **e** From 2011 . . . . . .      0. | | | | |
| **f Total** of lines 3a through e . . . . . . . . . . | 23,777. | | | |
| **4** Qualifying distributions for 2012 from Part XII, line 4: ► $_____0. | | | | |
| **a** Applied to 2011, but not more than line 2a | | | | |
| **b** Applied to undistributed income of prior years (Election required — see instructions) . . . . . | | | | |
| **c** Treated as distributions out of corpus (Election required — see instructions) . . . . . | | | | |
| **d** Applied to 2012 distributable amount . . . . . | | | | |
| **e** Remaining amount distributed out of corpus . . | 0. | | | |
| **5** Excess distributions carryover applied to 2012 . . . . *(If an amount appears in column (d), the same amount must be shown in column (a).)* | | | | |
| **6** Enter the net total of each column as indicated below: | | | | |
| **a** Corpus. Add lines 3f, 4c, and 4e. Subtract line 5. . . . | 23,777. | | | |
| **b** Prior years' undistributed income. Subtract line 4b from line 2b . . . . . . . . . . . . | | 0. | | |
| **c** Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed . . . | | | | |
| **d** Subtract line 6c from line 6b. Taxable amount — see instructions . . . . . . . . . . . | | 0. | | |
| **e** Undistributed income for 2011. Subtract line 4a from line 2a. Taxable amount — see instructions. . . . . . | | | 0. | |
| **f** Undistributed income for 2012. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2013 . . . . . . . . . . . . . | | | | 0. |
| **7** Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (see instructions) . . . . . . . . . . . . | | | | |
| **8** Excess distributions carryover from 2007 not applied on line 5 or line 7 (see instructions) . . | 23,777. | | | |
| **9 Excess distributions carryover to 2013.** Subtract lines 7 and 8 from line 6a . . . . . . | 0. | | | |
| **10** Analysis of line 9: | | | | |
| **a** Excess from 2008 . .      0. | | | | |
| **b** Excess from 2009 . .      0. | | | | |
| **c** Excess from 2010 . .      0. | | | | |
| **d** Excess from 2011 . .      0. | | | | |
| **e** Excess from 2012 . .      0. | | | | |

BAA                                                                    Form **990-PF** (2012)

Form 990-PF (2012)  SKYBRIDGE SPECTRUM FOUNDATION                          20-8118487                    Page 10

## Part XIV  Private Operating Foundations (see instructions and Part VII-A, question 9)

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling
is effective for 2012, enter the date of the ruling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 01/25/10

**b** Check box to indicate whether the foundation is a private operating foundation described in section  |X| 4942(j)(3) or  [ ] 4942(j)(5)

| | Tax year | Prior 3 years | | | |
|---|---|---|---|---|---|
| 2 a Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . . . . . | **(a)** 2012 | **(b)** 2011 | **(c)** 2010 | **(d)** 2009 | **(e)** Total |
| | 0. | 0. | 0. | 0. | N/A |
| **b** 85% of line 2a . . . . . . . . . . . . . | 0. | 0. | 0. | 0. | N/A |
| **c** Qualifying distributions from Part XII, line 4 for each year listed . . . . . . . . | 0. | 0. | 0. | 0. | 0. |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c . . . . . . . | 0. | 0. | 0. | 0. | N/A |
| 3 Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** 'Assets' alternative test — enter: | | | | | |
| (1) Value of all assets . . . . . . . . . | 62,965,759. | 68,985,691. | 69,089,629. | 68,923,688. | 269,964,767. |
| (2) Value of assets qualifying under section 4942(j)(3)(B)(i) . . . . . . . . | 62,965,759. | 68,985,691. | 69,089,629. | 68,923,688. | 269,964,767. |
| **b** 'Endowment' alternative test — enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . . . . . . . . . . | | | | | |
| **c** 'Support' alternative test — enter: | | | | | |
| (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . . . . . | | | | | |
| (2) Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . . . . . . . . . | | | | | |
| (3) Largest amount of support from an exempt organization . . . . . . | | | | | |
| (4) Gross investment income . . . . . | | | | | |

## Part XV  Supplementary Information (Complete this part only if the foundation had $5,000 or more in assets at any time during the year — see instructions.)

**1  Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)


**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.


**2  Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc, Programs:**

Check here ▶ |X| if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the foundation makes gifts, grants, etc (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

**a** The name, address, and telephone number or e-mail of the person to whom applications should be addressed:


**b** The form in which applications should be submitted and information and materials they should include:


**c** Any submission deadlines:


**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

Form **990-PF** (2012)  SKYBRIDGE SPECTRUM FOUNDATION                                    20-8118487        Page **11**

| Part XV | Supplementary Information (continued) |

**3  Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| | | | | |

Total  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **3 a** |

| **b** *Approved for future payment* | | | | |
| | | | | |

Total  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **3 b** |

Form 990-PF (2012)    SKYBRIDGE SPECTRUM FOUNDATION                    20-8118487           Page **12**

## Part XVI-A | Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated. | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) |
|---|---|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code | **(d)** Amount | Related or exempt function income (See instructions.) |
| 1   Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| g Fees and contracts from government agencies . . | | | | | |
| 2   Membership dues and assessments . . . . . . | | | | | |
| 3   Interest on savings and temporary cash investments . . . . | | | | | |
| 4   Dividends and interest from securities . . . . . | | | | | |
| 5   Net rental income or (loss) from real estate: | | | | | |
| a Debt-financed property . . . . . . . . . . . . . . | | | | | |
| b Not debt-financed property . . . . . . . . . . . . | | | | | |
| 6   Net rental income or (loss) from personal property . . . . . | | | | | |
| 7   Other investment income . . . . . . . . . . . . . | | | | | |
| 8   Gain or (loss) from sales of assets other than inventory . . . | | | | | 43,752. |
| 9   Net income or (loss) from special events . . . . . | | | | | |
| 10  Gross profit or (loss) from sales of inventory . . . | | | | | |
| 11  Other revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 12  Subtotal. Add columns (b), (d), and (e) . . . . . . | | | | | 43,752. |
| 13  **Total.** Add line 12, columns (b), (d), and (e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 | | | | | 43,752. |

(See worksheet in line 13 instructions to verify calculations.)

## Part XVI-B | Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| 9a | The foundation holds minority non-controlling interests in an LLC, that was passed through to the Foundation on an IRS form K-1. Line 9a reports the foundation's share of a capital gain sale passed through to the foundation on said K-1 form. (Said capital gain income was not in fact distributed to any degree to the Foundation). The Foundation received said LLC interest by outright charitable contribution. The Foundation holds said LLC interests related to its exempt purpose, since the LLC holds all its assets and with them engages solely in activities that are functionally related to the foundation's core exempt purposes. |

Form **990-PF** (2012)   SKYBRIDGE SPECTRUM FOUNDATION                                 20-8118487                Page **13**

**Part XVII** | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

| | | Yes | No |
|---|---|---|---|
| 1 Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| a Transfers from the reporting foundation to a noncharitable exempt organization of: | | | |
| (1) Cash. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 a (1)** | | X |
| (2) Other assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 a (2)** | | X |
| b Other transactions: | | | |
| (1) Sales of assets to a noncharitable exempt organization . . . . . . . . . . . . . . . . . . . . . . . . | **1 b (1)** | | X |
| (2) Purchases of assets from a noncharitable exempt organization . . . . . . . . . . . . . . . . . . . . | **1 b (2)** | | X |
| (3) Rental of facilities, equipment, or other assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 b (3)** | | X |
| (4) Reimbursement arrangements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 b (4)** | | X |
| (5) Loans or loan guarantees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1 b (5)** | | X |
| (6) Performance of services or membership or fundraising solicitations . . . . . . . . . . . . . . . . . | **1 b (6)** | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees. . . . . . . . . . . . . . . | **1 c** | | X |

d If the answer to any of the above is 'Yes,' complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2 a Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

b If 'Yes,' complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer or trustee     11-5-15 | Date | ► PRESIDENT     Title | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|---|

| Paid Preparer Use Only | Print/Type preparer's name JOSE NUNEZ | Preparer's signature JOSE NUNEZ | Date 11/02/15 | Check ☐ if self-employed | PTIN P01469020 |
|---|---|---|---|---|---|
| | Firm's name ► SILICON VALLEY ACCOUNTING & TAX, LLC | | | Firm's EIN ► 45-2791924 | |
| | Firm's address ► 84 W. SANTA CLARA STREET, STE 770 | | | | |
| | SAN JOSE                                    CA   95113 | | | Phone no. (408) 216-9033 | |

BAA                                                                                                                    Form **990-PF** (2012)

TEEA0503   03/14/13

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| | | **2012** |
| Department of the Treasury Internal Revenue Service    (99) | ► See separate instructions.    ► Attach to your tax return. | Attachment Sequence No.  **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| SKYBRIDGE SPECTRUM FOUNDATION | 20-8118487 |

Business or activity to which this form relates

Form 990-PF page 1

## Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2011 Form 4562 . . . . . . . . . . . | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . | **12** |
| 13 | Carryover of disallowed deduction to 2013. Add lines 9 and 10, less line 12 . . . . . . . ► **13** | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . | **15** |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** |

## Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2012 . . . . . . . . | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . ► ☐ | |

### Section B — Assets Placed in Service During 2012 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only — see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property . . . . . | | | | | | |
| b 5-year property . . . . . | | | | | | |
| c 7-year property . . . . . | | | | | | |
| d 10-year property . . . . . | | | | | | |
| e 15-year property . . . . . | | | | | | |
| f 20-year property . . . . . | | | | | | |
| g 25-year property . . . . . | | | 25 yrs | | S/L | |
| h Residential rental | | | 27.5 yrs | MM | S/L | |
| property . . . . . . . . | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real | | | 39 yrs | MM | S/L | |
| property . . . . . . . . | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2012 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life . . . . . . . . . . | | | | | S/L | |
| b 12-year . . . . . . . . . . | | | 12 yrs | | S/L | |
| c 40-year . . . . . . . . . . | | | 40 yrs | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . | **22** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . **23** | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812  08/19/12    Form 4562 (2012)

Form 4562 (2012)    SKYBRIDGE SPECTRUM FOUNDATION                    20-8118487        Page 2

## Part V    Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No  24b If 'Yes,' is the evidence written? . . .  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . | | | | | | | 29 | |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**do not** include commuting miles). . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . . . | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.

## Part VI    Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2012 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2012 tax year . . . . . . . . . . . . . . . . . . . . 43 | | | | | 21,921. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . 44 | | | | | 21,921. |

FDIZ0812  08/19/12                                                                    Form 4562 (2012)

| Form 990-PF<br>Part I, Line 6a | Net Gain or Loss From Sale of Assets | 2012 |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| SKYBRIDGE SPECTRUM FOUNDATION | 20-8118487 |

**Asset Information:**

Description of Property: . . . . . FCC AMTS WIRELESS LICENSES
Date Acquired: · 01/14/09          How Acquired: · · · Donated
Date Sold: · · · 09/14/12          Name of Buyer: · · · CHESAPEAKE
Sales Price: · ·          43,778.   Cost or other basis (do not reduce by depreciation) · · · 26.
Sales Expense: · ·                  Valuation Method: · · · · Fair Market Value
Total Gain (Loss): · ·     43,752.   Accumulation Depreciation: · · ·

Description of Property: · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

Description of Property: · · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

Description of Property: · · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

Description of Property: · · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

Description of Property: · · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

Description of Property: · · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

Description of Property: · · · · · ·
Date Acquired: ·                    How Acquired: · · ·
Date Sold: · · · ·                  Name of Buyer: · · ·
Sales Price: · ·                    Cost or other basis (do not reduce by depreciation) · · ·
Sales Expense: · ·                  Valuation Method: · · · ·
Total Gain (Loss): · ·              Accumulation Depreciation: · · ·

SKYBRIDGE SPECTRUM FOUNDATION          20-8118487                                    1

Form 990-PF, Page 1, Part I, Line 18
**Line 18 Stmt**

| Taxes | Rev/Exp Book | Net Inv Inc | Adj Net Inc | Charity Disb |
|---|---|---|---|---|
| ENL K-1 LOSSES | 11,778. | | 11,778. | |
| LOSS OF FCC 220 LICENSES | 74,541. | | 74,541. | |
| Total | 86,319. | | 86,319. | |

Form 990-PF, Page 4, Part VII-A, Line 8a
**States Registered In**

DE - Delaware
CA - California

Form 990-PF, Page 2, Part II, Line 13
**L-13 Stmt**

| Line 13 - Investments - Other: | End of Year | |
|---|---|---|
| | Book Value | Fair Market Value |
| AMTS CONSORTIUM, LLC B-2 SERIES | 4,000,000. | 689,592. |
| B SERIES INVESTMENT | -8,086. | 355,504. |
| Total | 3,991,914. | 1,045,096. |

Form 990-PF, Page 2, Part II, Line 15
**Other Assets Stmt**

| Line 15 - Other Assets: | Beginning Year Book Value | End of Year | |
|---|---|---|---|
| | | Book Value | Fair Market Value |
| FCC 220MHZ WIRELESS LICENSES | 74,299. | 0. | 0. |
| AMTS FCC WIRELESS LICENSES | 2,338. | 2,123. | 589,008. |
| TVL 220 FCC WIRELESS LICENSES | 7,824. | 0. | 0. |
| THL LMS FCC WIRELESS LICENSES | 93,152. | 84,560. | 60,601,923. |
| 2009 ENL - AMTS FCC WIRELESS LICENSES | 2,137. | 1,960. | 150,095. |
| 2009 ITL - AMTS FCC WIRELESS LICENSES | 9,845. | 9,027. | 141,456. |
| 2009 VSL - AMTS FCC WIRELESS LICENSES | 2,377. | 2,157. | 272,006. |
| 2010 ENL - AMTS FCC WIRELESS LICENSES | 6,830. | 6,324. | 7,591. |
| 2010 ITL - AMTS FCC WIRELESS LICENSES | 35,303. | 32,687. | 39,238. |
| 2010 VSL - AMTS FCC WIRELESS LICENSES | 12,958. | 11,998. | 14,402. |
| DUE FROM ENL - 2010 LICENSE SALE | 21,275. | 21,275. | 21,275. |
| 2011 ENL 2 - AMTS FCC WIRELESS LICENSES | 851. | 793. | 877. |
| 2011 ENL AUC 57 - AMTS FCC WIRELESS LICENSES | 30. | 28. | 31. |
| 2011 ENL AUC 61 - AMTS FCC WIRELESS LICENSES | 1,822. | 1,700. | 1,833. |
| 2011 ITL - AMTS FCC WIRELESS LICENSES | 1,173. | 1,094. | 1,180. |
| DUE FORM VSL - LICENSE SALE | 0. | 38,778. | 38,778. |
| Total | 272,214. | 214,504. | 61,879,693. |

# Appendix 2

# SKYBRIDGE SPECTRUM FOUNDATION
## Statement of Cash Flows
### January through December 2012

|  | Jan - Dec 12 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -52,373.49 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | 0.00 |
| **Net cash provided by Operating Activities** | -52,373.49 |
| | |
| **INVESTING ACTIVITIES** | |
| ACL B-2 Series Investment | 276,362.92 |
| B Series Investment | 15,586.00 |
| Due from VSL - Lic Sales | -38,777.76 |
| Intangible Assets:2009 ENL - AMTS FCC Lic:Accum. Amortization | 177.00 |
| Intangible Assets:2009 ITL - AMTS FCC Lic:Accum. Amortization | 818.00 |
| Intangible Assets:2009 VSL - AMTS FCC Lic:Accum. Amortization | 165.00 |
| Intangible Assets:2009 VSL - AMTS FCC Lic:Donated Cost Basis | 54.82 |
| Intangible Assets:2010 ENL - AMTS FCC Lic:Accum. Amortization | 506.00 |
| Intangible Assets:2010 ITL - AMTS FCC Lic:Accum. Amortization | 2,616.00 |
| Intangible Assets:2010 VSL - AMTS FCC Lic:Accum. Amortization | 960.00 |
| Intangible Assets:2011 ENL-2 - AMTS FCC Lic:Accum. Amortization | 58.00 |
| Intangible Assets:2011 ENL Auc 57 - AMTS FCC Lic | 2.00 |
| Intangible Assets:2011 ENL Auc 61 - AMTS FCC Lic:Accum. Amortization | 122.00 |
| Intangible Assets:2011 ITL - AMTS FCC Lic:Accum. Amortization | 79.00 |
| Intangible Assets:AMTS FCC Lic:Accum. Amortization | 215.00 |
| Intangible Assets:FCC 220 MHZ Lic:Accum. Amortization | -28,602.64 |
| Intangible Assets:FCC 220 MHZ Lic:Donated Cost Basis | 102,902.06 |
| Intangible Assets:THL LMS FCC Lic:Accum. Amortization | 8,592.00 |
| Intangible Assets:TVL 220 FCC Lic:Accum. Amortization | -3,003.00 |
| Intangible Assets:TVL 220 FCC Lic:Donated Cost Basis | 10,827.00 |
| **Net cash provided by Investing Activities** | 349,659.40 |
| | |
| **FINANCING ACTIVITIES** | |
| Unrestricted Net Assets | -276,362.92 |
| **Net cash provided by Financing Activities** | -276,362.92 |
| | |
| **Net cash increase for period** | 20,922.99 |
| | |
| **Cash at beginning of period** | 20,047.50 |
| **Cash at end of period** | **40,970.49** |

## SKYBRIDGE SPECTRUM FOUNDATION

March **10**, 2016

I, Warren C. Havens, President of Skybridge Spectrum Foundation, a Delaware corporation (the "Foundation"), do hereby certify the following:

1. I am the duly appointed President of the Foundation.

2. Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by the Foundation's board of directors via written consent acting pursuant to the Foundation's bylaws.

3. The resolutions attached as Exhibit A are not inconsistent with the Foundation's bylaws.

4. The resolutions attached as Exhibit A have not been amended, modified, repealed, or rescinded since they were adopted, and they remain in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of March **10**, 2016:

Name: Warren C. Havens
Title:  President

# EXHIBIT A

**ACTION BY WRITTEN CONSENT**
**OF BOARD OF DIRECTORS OF**
**SKYBRIDGE SPECTRUM FOUNDATION**

**March 10, 2016**

Pursuant to Section 141 of the General Corporation Law of the State of Delaware, the undersigned, being the sole member and sole director (the "Director") of Skybridge Spectrum Foundation, a Delaware nonstock nonprofit corporation (the "Foundation"), constituting its Board of Directors, hereby consents to, and by this action, approves and adopts, the following resolutions and each and every action effected thereby:

WHEREAS, the Foundation intends to implement a financial restructuring (the "Restructuring").

WHEREAS, the Restructuring will be implemented by, among other things, the Foundation commencing a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") to implement a chapter 11 plan of reorganization (the "Plan").

WHEREAS, the Restructuring and the transactions and obligations contemplated thereby have been fully considered by the Director.

**Commencement of Chapter 11 Case**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Director, after consultations with counsel, it is desirable and in the best interests of the Foundation, its creditors, and other interested parties, that a petition be filed by the Foundation seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

RESOLVED FURTHER, that Warren C. Havens, President, and each agent authorized by the Director (each an "Authorized Representative") be, and each (acting alone) hereby is, authorized as its attorney-in-fact, empowered, and directed, in the name and on behalf of the Foundation, to execute and verify a voluntary petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time that the Authorized Representative executing the same shall determine.

**Retention of Professionals**

RESOLVED FURTHER, that the law firm of Sullivan Hazeltine Allinson LLC is hereby employed as counsel for the Foundation in the Foundation's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed to execute and file in the Foundation's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Representative deems necessary, proper, or desirable in connection with the Foundation's chapter 11 case, with a view to the successful prosecution of such case.

**General Resolutions**

RESOLVED FURTHER, that any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Foundation, to cause the Foundation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Representative shall be or become necessary, proper, or desirable in connection with the Foundation's chapter 11 case.

RESOLVED FURTHER, that any and all past actions heretofore taken by any Authorized Representative in the name and on behalf of the Foundation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

RESOLVED FURTHER, that this consent may be executed in counterparts and each counterpart whether original, facsimile, or PDF copy shall be deemed to be an original and all of such counterparts when taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date first written above.

**SOLE MEMBER AND SOLE DIRECTOR:**

**SKYBRIDGE SPECTRUM FOUNDATION**

Warren C. Havens

**Fill in this information to identify the case:**

Debtor name __Skybridge Spectrum Foundation__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __16-___ ( )

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [See Attachment at end] | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pepco Holdings, Inc. Service Company 92DC42, PO Box 6066 500 N. Wakefield Drive Newark, DE 19702 | Anne Gwal, Esq. Phone: 202-429-3320 Anne.gwal@pepcoholdings.com | Claims re: radio-spectrum lease obligations | C, U | | | Unknown |
| 2 | Federal Communications Commission 445 12th Street, SW Washington, DC 20554 | Marlene Dortch, Secretary Phone: 202-418-0300 Marlene.dortch@fcc.gov | Fees and charges for licensing, potential forfeitures, and/or other matters. | C, U, D existence of claim uncertain | | | Unknown |
| 3 | National Railroad Passenger Corporation ("Amtrak") 40 Massachusetts Avenue, N.E. Washington, DC 20002 | W. Patrick Doherty, Associate General Counsel Phone: 202-906-3835 william.doherty@amtrak.com | Claims re: radio-spectrum lease obligations. | C, U | | | Unknown |
| 4 | GE Transportation Systems Global Signaling, LLC, and any Assignee 2712 South Dillingham Road Grain Valley, MO 64029 | Gary Young, Senior Project Manager Phone: 816-655-4570 Gary.young@trans.ge.com | Claims re: radio-spectrum lease obligations, and contract for partial FCC license sale | C, U | | | Unknown |
| 5 | PTC-220, LLC (members are freight railroads) 2400 Western Center Blvd Fort Worth, TX 76131-1322 | Michael Lannan Phone: (817)352-1335 michael.lannan@bnsf.com | Potential contract for partial FCC license sale and radio-spectrum lease. | C, U existence of claim uncertain | | | Unknown |
| 6 | Arnold Leong 3111 Green River Drive Reno, NV 89503 | Arnold Leong Phone: (775) 787-7977 atelesaur@cs.com | Various claims against Debtor's FCC license assets and other matters. | C, U, D | | | Unknown |
| 7 | Susan Uecker 1613 Lyon Street, Suite A San Francisco, CA 94115 | Susan Uecker Phone: (415) 362-3440 suecker@ueckerassoc.com | Claims re: role as Receiver for Receiver's services to Debtor. | C, U, D | | | Unknown |
| 8 | Uecker & Associates, Inc. 1613 Lyon Street, Suite A San Francisco, CA 94115 | Susan Uecker Phone: (415) 362-3440 suecker@ueckerassoc.com | Claims re: role as Receiver for Receiver's services to Debtor. | C, U, D | | | Unknown |

| Debtor | Skybridge Spectrum Foundation | | | | | | |
| | Name | | | Case number (if known) | 16- ( ) | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [See Attachment at end.] | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Puget Sound Energy 10885 NE 4th Street Bellevue, Washington 98009-9734 | Steven R. Secrist, Esq. Phone: (425) 462-3178 steve.secrist@pse.com | Claims under contract for partial FCC license sale. | C, U, D | | | Uknown |
| 10 | Winne Banta Court Plaza South - East Wing 21 Main Street, Suite 101 P.O. Box 647 Hackensack, NJ 07601-0647 | Robert M. Jacobs, Esq. Phone: 201-562-1020 rjacobs@winnebanta.com | professional services | C, U, D | | | Uknown |
| 11 | Copeland Cook Taylor & Bush 1076 Highland Colony Parkway Concourse 600 Suite 100 Ridgeland, MS 39157 | William H. Leech, Esq. Phone: 601-856-7200 bleech@cctb.com | professional services | C, U, D | | | Uknown |
| 12 | Axiom Global Inc. 405 Howard Street, Suite 650 San Francisco, CA 94105 | David Pierce, Esq. Phone: 415.343.1070 David.pierce@axiomlaw.com | professional services | C, U, D | | | Uknown |
| 13 | Drinker Biddle & Reath LLP 1500 K Street, N.W., Ste. 1100 Washington, DC 20005-1209 | Maureen Donahue Hardwick, Partner in Charge Phone: (202) 230-5133 Maureen.hardwick@dbr.com | professional services | C, U, D | | | Uknown |
| 14 | Adam R. Bernstein 198 Coffeeberry Drive San Jose, CA 95123 | Adam Bernstein, Esq. Phone: 408-250-9062 bernsteinlaw@earthlink.net | professional services | C, U, D | | | Uknown |
| 15 | Stephen Hudspeth Contigent and unliquidated 6 Glen Hill Road Wilton, Connecticut 06897 | Stephen Hudspeth, Esq. Phone: (203) 762-2846 dahuds@optonline.net | professional services | C, U | | | Uknown |
| 16 | Rosenblatt Law PC 21 Main Street Court Plaza South, Suite 305 Hackensack, NJ 07601 | Raphael M. Rosenblatt, Esq. Phone: 551-444-8100 raphael@rosenblattlegal.com | professional services | C, U, D | | | Uknown |
| 17 | Chadbourne & Parke LLP 1200 New Hampshire Avenue NW Washington, DC 20036 | Dana Frix, Esq. Phone: 202-974-5691 dfrix@chadbourne.com | professional services | C, U, D | | | Uknown |
| 18 | Coburn & Greenbaum PLLC 1710 Rhode Island Avenue NW 2nd floor Washington DC 20036 | Barry Coburn, Esq. Phone: 202-470-6706 barry@coburngreenbaum.com | professional services | C, U | | | Uknown |
| 19 | Lowenstein Sandler 2200 Pennsylvania Ave. NW Washington, District of Columbia 20037 | Jeffrey Blumenfeld, Esq. Phone: 202.753.3810 jblumenfeld@lowenstein.com | professional services | C, U | | | Uknown |
| 20 | ATLIS Wireless LLC C/o Susan Uecker, Receiver 1613 Lyon Street, Suite A San Francisco, CA 94115 | Susan Uecker Phone: (415) 362-3440 suecker@ueckerassoc.com | professional and other services | C, U | | | Uknown |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation,[1] | ) | Case No. 16-_____  (___) |
| | ) | |
| Debtor. | ) | |

**Attachment to Official Form 204**
**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest**
**Unsecured Claims and Are Not Insiders**

Regarding Column 4 of Official Form 204, "Indicate if claim is contingent, unliquidated, or disputed," the Debtor states the following:  Debtor has *de minimis* trade debt.  The Debtor's other creditors have contingent ("C") and/or unliquidated ("U"), and/or disputed ("D") claims and whether they are be secured is unknown, rendering it impossible to determine who holds the twenty largest claims:  The reasons therefore include that Debtor, since November 18, 2015, has been in a State-Court Receivership and Debtor can not determine what actions, or details of actions, the Receiver has taken that affect the Creditor claims listed herein: the books and records of the Debtor held by the Receiver will be needed for this determination.  Also, the Receiver in the Receivership that includes the Debtor may have incurred debt owed to creditors whose names and which amounts are currently unknown to Debtor.  Certain creditors that Debtor believes have become creditors by action of the Receiver are included in this form.  The information herein shall not constitute an admission of liability nor is it binding on the Debtor.  The Debtor reserves the right to dispute or change any amounts set forth herein.

---

[1] The last four digits of the Debtor's federal tax identification number are 8487.  The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

Fill in this information to identify the case and this filing:

Debtor Name __Skybridge Spectrum Foundation__

United States Bankruptcy Court for the: _____ District of __District__

(State)

Case number (*If known*): __16-  (  )__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03-11-2016__    ✖ _____

MM / DD / YYYY    Signature of individual signing on behalf of debtor

Warren C. Havens

Printed name

President, sole Director, and sole Member

Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation, | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Skybridge Spectrum Foundation respectfully states that there are no entities to report under this subdivision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March **10**, 2016

_____
Warren C. Havens
President, Skybridge Spectrum Foundation