# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation,[1] | ) | Case No. 16- 10626 (___) |
| | ) | |
| Debtor. | ) | **Related Docket No.** ____ |
| | ) | |

**ORDER PURSUANT TO SECTION 327(a) AND 1107(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SULLIVAN HAZELTINE ALLINSON LLC AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "Application") of Skybridge Spectrum Foundation, debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), for entry of an order pursuant to Sections 327(a) and 1107(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), authorizing the Debtor to employ and retain the law firm of Sullivan Hazeltine Allinson LLC ("SHA" or the "Firm") as their bankruptcy counsel *nunc pro tunc* to the Petition Date; and upon the accompanying Declaration of Elihu E. Allinson III in support of the Application (the "Allinson Declaration"); and the Court being satisfied based on the representations made in the Application and the Allinson Declaration that the members and employees of SHA who will be engaged in this case represent no interest adverse to Debtor's estate with respect to the matters upon which they are to be engaged, that SHA is a "disinterested person" as that term is defined under Section 101(14) of the Bankruptcy Code; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), and (c) notice of the Application was due and proper under the circumstances; and it appearing that the relief requested in the

---

[1] The last four digits of the Debtor's federal tax identification number are 8487. The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

Application is in the best interests of the Debtor, its estate and creditors; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Application is **GRANTED** in all respects.

2. In accordance with section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain the Sullivan Hazeltine Allinson LLC as its bankruptcy counsel on the terms set forth in the Application and the Allinson Declaration, effective *nunc pro tunc* as of the Petition Date.

3. Sullivan Hazeltine Allinson LLC shall be compensated in accordance with Sections 330 and 331 of the Bankruptcy Code and any procedures promulgated in connection therewith, applicable Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, and such procedures as may be fixed by order of this Court.

4. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: March ___, 2016

                                              The Honorable
                                              United States Bankruptcy Judge