# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Skybridge Spectrum Foundation,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 16-10626 (CSS)<br><br>Re: D.I. 5 |

## ORDER GRANTING EMERGENCY MOTION OF RECEIVER SUSAN L. UECKER FOR RELIEF FROM STAY AND EXCUSE FROM TURNOVER TO ALLOW RECEIVER TO RENEW CERTAIN FCC LICENSES

Upon the motion (the "Motion")[2] of the Receiver, by and through her undersigned counsel, in the above-captioned case for entry of an order granting relief (1) from the automatic stay pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 4001(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Code for the District of Delaware (the "Local Rules") and (2) from compliance with turnover pursuant to section 543(d) to excuse Receiver's compliance with section 543(a) regarding administration of the estate's property in order to preserve such property to allow the Receiver to apply for renewal of 352 expiring Multiple Address System ("MAS") licenses owned by Debtor and to use funds of Debtor in her possession to pay associated FCC renewal fees; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in

---

[1] The last four digits of the Debtor's federal tax identification number are 8487. The Debtor's address is 2509 Stuart Street, Berkeley, CA 94705.

[2] Capitalized terms not defined herein are defined in the Motion.

the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having found that notice of the Motion was sufficient under the circumstances and that no further notice need be given; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. To the extent necessary, the Receiver is authorized pursuant to 11 U.S.C. § 543(a) to file the renewal applications for the Debtor's MAS licenses and to use funds that are property of the Debtor's estate to pay for the renewal applications.

3. ~~The Receiver is excused, pursuant to 11 U.S.C. § 543(d) from the requirements of section 543(a) to the extent necessary to permit the Receiver to file the renewal applications paid for with Skybridge funds.~~

4. Pursuant to section 362(d) of the Bankruptcy Code, the automatic stay imposed in favor of the Debtor and the Debtor's estate is hereby terminated immediately, notwithstanding the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, to permit the Receiver to apply for renewal of the Debtor's MAS licenses with the FCC and to pay associated fees with Debtor's funds of which the Receiver is in possession.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: March 24, 2016

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE