**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation,[1] | ) | Case No. 16-10626 (CSS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 30, 31, 32 and 33** |
| | ) | |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1.      I am over the age of 18 years and not a party to the within action.

2.      I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3.      On the 29th day of March 2016, I caused a copy of the following to be served on the parties listed on the attached service list via First Class U.S. Mail:

- Declaration of Warren C. Havens in Support of the Debtor's  Chapter 11 Petition and Requests for First Day Relief with Appendix (Docket No. 30);

- Debtors' Motion for Order Authorizing Debtors to Continue and Maintain Consolidated Cash Management System and Existing Bank Account and Books and Records;  (B) Continue Use of Existing Business Forms; and (C) Granting Interim and Final Waiver of Section 345 Requirements  (Docket No. 31);

- Motion for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by the Debtor in the Ordinary Course of Business (Docket No. 32); and

- Motion for Entry of an Order Granting Additional Time Within Which to File Schedules and Statements (Docket No. 33).

I declare under penalty of perjury that the foregoing is true and correct.

Date:  March 29, 2016                    By:    */s/ Heidi M. Coleman*_____
           Wilmington, Delaware                      Heidi M. Coleman, AACP, DCP

---

[1] The last four digits of the Debtor's federal tax identification number are 8487.  The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

*Skybridge Spectrum Foundation*
Case No. 16-10626 (CSS)

## SERVICE LIST

Eric D. Schwartz, Esq.
Curtis S. Miller, Esq.
Tamara K. Minott, Esq.
Marcy J. McLaughlin, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1800
Wilmington, DE 19801

David Gerardi, Esq.
United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Dean A. Ziehl, Esq.
Jeremy V. Richards, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100

Anne Gwal Esq.
Pepco Holdings Inc. Service Company
500 N. Wakefield Drive 92DC42
PO Box 6066
Newark, DE 19702

Ms. Susan Uecker
Uecker & Associates, Inc.
1613 Lyon Street, Suite A
San Francisco, CA 94115

Marlene Dortch, Secretary
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

Stephen Hudspeth, Esq.
6 Glen Hill Road
Wilton, CT 06897

Steven R. Secrist, Esq.
Puget Sound Energy
10885 NE 4th Street
Bellevue, WA 98009-9734

William H. Leech, Esq.
Copeland Cook Taylor & Bush
1076 Highland Colony Parkway
Concourse 600,Suite 100
Ridgeland, MS 39157

Robert M. Jacobs, Esq.
Winne Banta
Court Plaza South - East Wing
21 Main Street, Suite 101
P.O. Box 647
Hackensack, NJ 07601-0647

W. Patrick Doherty, Esq.
National Railroad Passenger Corporation
40 Massachusetts Avenue, NE
Washington, DC 20002

David Pierce, Esq.
Axiom Global Inc.
405 Howard Street, Suite 650
San Francisco, CA 94105

Mr. Michael Lannan
PTC-220, LLC
2400 Western Center Boulevard
Fort Worth, TX 76131-1322

Gary Young, Senior Project Manager
GE Transportation Systems Global Signaling LLC
2712 S. Dillingham Road
Grain Valley, MO 64029

Raphael M. Rosenblatt, Esq.
Rosenblatt Law PC
21 Main Street
Court Plaza South, Suite 305
Hackensack, NJ 07601

Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue NW, 2nd Floor
Washington DC 20036

ATLIS Wireless LLC
c/o Susan Uecker, Receiver
1613 Lyon Street, Suite A
San Francisco, CA 94115

Ms. Susan Uecker
1613 Lyon Street, Suite A
San Francisco, CA 94115

Mr. Arnold Leong
3111 Green River Drive
Reno, NV 89503

Maureen Donahue Hardwick, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005-1209

Adam R. Bernstein, Esq.
198 Coffeeberry Drive
San Jose, CA 95123

Dana Frix, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue NW
Washington, DC 20036

Jeffrey Blumenfeld, Esq.
Lowenstein Sandler
2200 Pennsylvania Ave. NW
Washington, DC 20037

David DeGroot, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111