# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Skybridge Spectrum Foundation, | Case No. 16-10626 (CSS) |
| Debtor.[1] | **Re: D.I.** _____ |

## ORDER GRANTING MOTION OF SUSAN L. UECKER, THE COURT-APPOINTED RECEIVER, FOR ENTRY OF AN ORDER PRESERVING THE STATUS QUO OF THE RECEIVERSHIP PENDING A HEARING ON EXCUSAL FROM COMPLIANCE WITH SECTION 543 OF THE BANKRUPTCY CODE AND DR. LEONG'S MOTION TO DISMISS THE BANKRUPTCY CASE

Upon the motion (the "Motion")[2] of the Receiver, by and through her undersigned counsel, in the above-captioned case for entry of an order preserving the status quo of the Receivership pending a hearing on the *Motion of Dr. Arnold Leong for Order: (A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code* (the "Section 543 Motion") (D.I. 23) pursuant to section 543 of the Bankruptcy Code and Dr. Leong's Motion to Dismiss the Bankruptcy Case (the "Motion to Dismiss") (D.I. 55); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having found that notice of the Motion was sufficient under the circumstances and that no further notice

---

[1] The last four digits of the Debtor's federal tax identification number are 8487. The Debtor's address is 2509 Stuart Street, Berkeley, CA 94705.

[2] Capitalized terms not defined herein are defined in the Motion.

need be given; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

    2.    Until such time as the Section 543 Motion and Motion to Dismiss are decided, the Receivership shall retain and administer the Debtor's property in all respects pursuant to the Receivership Order.

Dated: _____, 2016

                               HONORABLE CHRISTOPHER S. SONTCHI
                               UNITED STATES BANKRUPTCY JUDGE

9968347