# **EXHIBIT B**

## **Receivership Order**



RC-310

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Richard Osman (Bar No. 167993)<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, CA 94109<br>TELEPHONE NO: 415-353-0999  FAX NO. *(Optional):* 415-353-0990<br>E-MAIL ADDRESS *(Optional):* rosman@bfesf.com<br>ATTORNEY FOR *(Name):* Plaintiff Arnold Leong | **FILED**<br>**ALAMEDA COUNTY**<br><br>NOV 1 6 2015<br><br>CLERK OF THE SUPERIOR COURT<br>By _____<br>　　　　　　　　　　　Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda |
|---|
| STREET ADDRESS: 1221 Oak Street, Department 24 |
| MAILING ADDRESS: 1225 Fallon Street |
| CITY AND ZIP CODE: Oakland, California 94612 |
| BRANCH NAME: Civil |

| PLAINTIFF: Arnold Leong |
|---|
| DEFENDANT: Warrens Havens, et al. |

| ORDER APPOINTING RECEIVER AFTER HEARING<br>AND PRELIMINARY INJUNCTION— RENTS, ISSUES, AND<br>PROFITS | CASE NUMBER:<br><br>2002-070640 |
|---|---|

### ORDER APPOINTING RECEIVER AFTER HEARING

1. **Hearing date and property description.** A hearing on the *Order to Show Cause* for the appointment of a receiver of the property described in Attachment 1 *(attach description of real and personal property)* was held as follows:

   Date: ~~August 4, 2015~~   Time: 3:45 p.m.   Dept.: 24   Room: Judge Roesch
   　　　**8/11/2015**

   **THE COURT ORDERS** the following:

2. **Receiver.** *(Name):* Susan L. Uecker
   is appointed as receiver to take possession of the property described in Attachment 1.

3. **Receiver's oath and bond.** The receiver shall immediately, and before performing any duties:
   (1) execute and file a receiver's oath, and
   (2) file the bond required by Code of Civil Procedure section 567(b) in the amount of: $ 10,000.00

4. **Receiver's fees.** The receiver may charge for the receiver's services no more than
   a. [✓] $ 350.00  [ ] per month  [✓] per hour  [ ] other *(specify):*
   b. [ ] ____ percent of gross monthly rents
   c. [ ] the greater of a or b
   d. [ ] $ ____ as a one-time start-up fee

   **4(e).**

5. [✓] **Management company.** The receiver may employ the management company of *(name):* Uecker & Associates, Inc.

   *for services performed by individuals other than the named Receiver.*

   a. [✓] The receiver may pay the company not more than
   　(1) [✓] $ ~~250.00~~ **$ 200.**  [ ] per month  [✓] per hour  [ ] other *(specify):*
   　(2) [ ] ____ percent of gross monthly rents
   　(3) [ ] the greater of (1) or (2)
   　(4) [ ] $ ____ as a one-time start-up fee

   **X** **5(e).** b. [ ] Management company fees are included in receiver's fees in item 4.

6. **Disclosure.** The receiver shall immediately disclose to all parties any financial relationship between the receiver and any company hired to assist in the management of the receivership property.

Form Approved for Optional Use<br>Judicial Council of California<br>RC-310 [Rev. January 1, 2007]

**ORDER APPOINTING RECEIVER AFTER HEARING**
**AND PRELIMINARY INJUNCTION—RENTS, ISSUES, AND PROFITS**
*(Receivership)*

Code of Civil Procedure §§<br>527, 629, 564(b)(1)(C);<br>Cal. Rules of Court, rules 3.1175,<br>3.1176, 3.1177<br>www.courtinfo.ca.gov

**4(e)** — *All receiver's fees and costs must be approved by the court, after motion or agreed upon by the parties by stipulation prior to the payment of those fees and costs by the Receivership Estate.*

| PLAINTIFF *(Name)*: Arnold Leong | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Warrens Havens, et al. | 2002-070640 |

7. **General duties.** After qualifying, the receiver
   a. shall take possession of and manage the property,
   b. shall collect the income from the property,
   c. shall care for the property and may incur the expenses necessary for that care, and
   d. may change the locks on the property.

8. **Prohibited agreements.** The receiver shall not enter into an agreement with any party to this action about the administration of the receivership or about any post receivership matter.

9. **Inventory.** Within 30 days after qualifying, the receiver shall file an inventory of all property possessed under this order.

10. **Expenditures.** The receiver shall expend money coming into his or her possession to operate and preserve the property and only for the purposes authorized in this order. Unless the court orders otherwise, the receiver shall to the extent practical hold the balance in interest-bearing accounts in accordance with Code of Civil Procedure section 569.

11. **Leases and rentals.** The receiver may without court approval enter into leases for a term not exceeding one year, obtain and evict tenants, and set and modify the amounts and terms of leases.

12. **Security deposits.** Unless the security deposit has been turned over or paid to the receiver, the receiver shall not refund a deposit to a tenant.

13. **Monthly accounting of receiver's income, expenses, and fees.**
   a. The receiver shall each month prepare and serve on the parties, but not file, an accounting of the income and expenses incurred in the administration of the receivership property, including the receiver's fees and expenses.
   b. The receiver may pay the receiver's own fees and expenses only by the following procedures:
     (1) By serving on all parties a notice of intent to pay to which no objection is served on the receiver within 20 days of the date the notice is served.
     (2) By serving and filing a request for interim payment, which the court then approves.
     (3) By obtaining and filing an agreement among all the parties approving the payment, which the court then approves.
     (4) By filing the receiver's final accounting and report, which the court then approves.
   c. The receiver shall not reimburse the receiver for the receiver's general office administration expenses or overhead without court approval. These expenses include, for example, office supplies and employee payroll, benefits, and taxes.

14. **Management.**
   a. The receiver shall operate the property and take possession of all accounts relating to the property.
   b. The receiver may
     (1) employ agents, employees, clerks, accountants, and property managers to administer the receivership property, and
     (2) purchase materials, supplies, and services reasonably necessary to administer the receivership property.
   c. The receiver may do all the things, and incur the risks and obligations, ordinarily done or incurred by owners, managers, and operators of businesses and property similar to that possessed by the receiver; *except* the receiver shall not make any capital improvements to the property without prior court approval.

15. **Bank accounts.** The receiver
   a. may establish accounts at any financial institutions insured by an agency of the United States government that are not parties to this proceeding,
   b. shall deposit in those accounts funds received in connection with the receivership property, and
   c. shall deposit in interest-bearing accounts money not expended for receivership purposes.

16. **Court instructions.** The receiver and the parties may at any time apply to this court for further instructions and orders and for additional powers necessary to enable the receiver to perform the receiver's duties properly.

**ORDER APPOINTING RECEIVER AFTER HEARING
AND PRELIMINARY INJUNCTION—RENTS, ISSUES, AND PROFITS
(Receivership)**

| PLAINTIFF *(Name)*: Arnold Leong | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Warrens Havens, et al. | 2002-070640 |

17. **Insurance.**
   a. The receiver shall determine upon taking possession of the property whether there is sufficient insurance coverage.
   b. The receiver shall notify the insurer that the receiver is to be named as an additional insured on each insurance policy on the property.
   c. If the receiver determines that the property does not have sufficient insurance coverage, the receiver shall immediately notify the parties and shall procure sufficient all-risk and liability insurance on the property (excluding earthquake and flood insurance).
   d. If the receiver does not have sufficient funds to obtain insurance, the receiver shall seek instructions from the court on whether to obtain insurance and how it is to be paid for.

18. **Employment of attorneys.**
   a. The receiver may employ unlawful detainer attorneys and eviction services without a court order.
   b. ☑ The receiver may employ counsel *(name)*: Sheppard, Mullin, Richter & Hampton LLP
      at the hourly rate of: $ 495.00
   c. ☑ Except as provided in items 18a and 25d, before employing counsel the receiver shall apply to the court for an order authorizing the receiver to employ counsel.

19. **Taxpayer ID numbers.** The receiver may use any federal taxpayer identification numbers relating to the property for any lawful purpose.

~~20. **Duty to turn over possession.** Upon receipt of a copy of a recorded trustee's deed upon foreclosure or written notice from plaintiff that defendant has cured the defaults existing under plaintiff's loan documents or that plaintiff has accepted a deed in lieu of foreclosure, the receiver shall, without further order of the court, turn over possession of the property to the successful purchaser, or defendant, or plaintiff, respectively.~~

21. **Plaintiff's notification of termination.** Plaintiff shall notify the receiver in writing within 48 hours of any event within plaintiff's knowledge that terminates the receivership.

22. **Receiver's final report and account and discharge.**
   a. *Motion required.* Discharge of the receiver shall require a court order upon noticed motion for approval of the receiver's final report and account and exoneration of the receiver's bond.
   b. *Time.* Not later than 60 days after the receivership terminates, the receiver shall file, serve, and obtain a hearing date on a motion for discharge and approval of the final report and account.
   c. *Notice.* The receiver shall give notice to all persons of whom the receiver is aware who have potential claims against the receivership property.
   d. *Contents of motion.* The motion to approve the final report and account and for discharge of the receiver shall contain the following:
      (1) *Declaration or declarations.* A declaration or declarations: (i) stating what was done during the receivership, (ii) certifying the accuracy of the final accounting, (iii) stating the basis for the termination of the receivership (such as foreclosure or reinstatement), and (iv) stating the basis for an order for the distribution of any surplus or payment of any deficit.
      (2) *Accounting summary.* A summary of the receivership accounting, which shall include (i) the total revenues received, (ii) the total expenditures identified and enumerated by major categories, (iii) the net amount of any surplus or deficit, and (iv) evidence of necessary supporting facts.

23. **Plaintiff's notice to receiver.** Plaintiff shall promptly notify the receiver in writing of the names, addresses, and telephone numbers of all parties who appear in the action and their counsel. The parties shall give notice to the receiver of all events that affect the receivership.

**ORDER APPOINTING RECEIVER AFTER HEARING
AND PRELIMINARY INJUNCTION—RENTS, ISSUES, AND PROFITS
(Receivership)**

| PLAINTIFF *(Name):* Arnold Leong | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Warrens Havens, et al. | 2002-070640 |

24. **Bankruptcy——Plaintiff's duty to give notice.** If a defendant files a bankruptcy case during the receivership, plaintiff shall give notice of the bankruptcy case to the court, to all parties, and to the receiver by the closing of the next business day after the day on which plaintiff receives notice of the bankruptcy filing.

25. **Bankruptcy Receiver's duties.** If the receiver receives notice that a bankruptcy has been filed and part of the bankruptcy estate includes property that is the subject of this order, the receiver shall have the following duties:

    a. *Turn over property if no relief from stay will be sought.* The receiver shall immediately contact the party who obtained the appointment of the receiver and determine whether that party intends to move in the bankruptcy court for an order for (1) relief from the automatic stay, and (2) relief from the receiver's obligation to turn over the property (11 U.S.C., § 543). If the party has no intention to make such a motion, the receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed or, if not, to the debtor in possession and otherwise comply with 11 United States Code section 543.

    b. *Remain in possession pending resolution.* If the party who obtained the receivership intends to seek relief immediately from both the automatic stay and the receiver's obligation to turn over the property, the receiver may remain in possession and preserve the property pending the ruling on those motions (11 U.S.C., § 543(a)). The receiver's authority to preserve the property shall be limited as follows:

        (1) The receiver may continue to collect rents and other income;

        (2) The receiver may make only those disbursements necessary to preserve and protect the property;

        (3) The receiver shall not execute any new leases or other long-term contracts; and

        (4) The receiver shall do nothing that would effect a material change in the circumstances of the property.

    c. *Turn over property if no motion for relief is filed within 10 days after notice of the bankruptcy.* If the party who obtained the receivership fails to file a motion within 10 court days after his or her receipt of notice of the bankruptcy filing, the receiver shall immediately turn over the property to the appropriate entity — either to the trustee in bankruptcy if one has been appointed or, if not, to the debtor in possession — and otherwise comply with 11 United States Code section 543.

    d. *Retain bankruptcy counsel.* The receiver may petition the court to retain legal counsel to assist the receiver with issues arising out of the bankruptcy proceedings that affect the receivership.

26. **Failure to turn over property.** A receiver who fails to turn over the property in accordance with this order shall not be paid for time and expenses after the date the receiver should have turned the property over.

27. ☑ **Other orders.** *(Additional orders may include authority of the receiver to do any other acts arising from special circumstances.)* Other orders ☑ are specified in Attachment 27 ☐ are as follows *(specify):*

## PRELIMINARY INJUNCTION

28. **THE COURT ORDERS DEFENDANT** to do the following:

    a. **Turn over property.** Immediately turn over possession of the property described in Attachment 1 to the receiver when the appointment becomes effective, including any security deposits, prepaid rent, other rental or lease payments, and funds in property management bank accounts for the property.

    b. **Turn over related items.** Immediately turn over to the receiver all keys, books, documents, and records relating to the property and advise the receiver of federal taxpayer identification numbers relating to the property.

    c. **Insurance.**

        (1) Immediately advise the receiver about the nature and extent of insurance coverage on the property;

        (2) Immediately name the receiver as an additional insured on each insurance policy on the property; and

        (3) DO NOT cancel, reduce, or modify the insurance coverage.

| PLAINTIFF *(Name):* Arnold Leong | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Warrens Havens, et al. | 2002-070640 |

**28. d. Restraints.** Refrain from

    (1) committing or permitting any waste on the property or any act on the property in violation of law or removing, encumbering, or otherwise disposing of any of the fixtures on the property;

    (2) demanding, collecting, or in any other way diverting or using any of the rents from the property;

    (3) interfering in any manner with the discharge of the receiver's duties under this order;

    (4) selling, transferring, disposing, encumbering, or concealing the property without a prior court order; and

    (5) doing any act that will impair the preservation of the property or plaintiff's interest in the property.

    e. ☑ **Other** *(specify):*

> 6. Interfering in any way with the assignment of the FCC Licenses (as defined in Attachment 1) to the Receiver.
> 7. Interfering in any way with the substitution of the Receiver as the individual responsible for the management of the FCC Licenses and Receivership Entities.
> 8. Commencing, prosecuting, continuing to enforce, or enforcing any suit or proceeding in the name of the Receivership Entities (as defined in Attachment 1), or otherwise acting on behalf of the Receivership Entities.
> 9. Communicating with the FCC regarding the FCC Licenses or the Receivership Entities.

**29. THE COURT ORDERS PLAINTIFF** to immediately file a preliminary injunction bond under Code of Civil Procedure section 529 in the amount of: $ 100,000.00

**30.** ☑ **OTHER ORDERS** ☐ are specified in Attachment 30 ☐ are as follows *(specify):*

~~This action, with the exception of orders directing the receiver, as well as the related AAA arbitration No. 74 180 Y 01005 05, shall be stayed for 75 days to allow the Receiver to become informed and educated on the issues in dispute and the need for her involvement, if any, in the proceedings. The stay may be lifted or extended by the Court upon petition by one or both parties.~~

**31.** Number of pages attached: 36

Date: Nov. 16, 2015

_Frank Roesch_ (signature)

JUDGE OF THE SUPERIOR COURT

# ATTACHMENT 1

As defined in the Order Appointing Receiver After Hearing and Preliminary Injunction (the "Order"), the appointed receiver shall take control and possession of all property and assets of Verde Systems LLC; Telesaurus GB LLC; Environmentel LLC; Environmentel 2 LLC; Intelligent Transportation and Monitoring Wireless LLC; Skybridge Spectrum Foundation; Atlis, LLC; V2G LLC; as well as all FCC licenses owned or controlled by Warren Havens as an individual (all together, the "Receivership Entities"), including but not limited to those described in this attachment. The property and assets subject to receivership shall be more fully defined after investigation by the receiver, subject to further order of the Court.

**Tab 1** includes a summary of the FCC authorizations, permits, or licenses owned or controlled by the Receivership Entities.

**Tab 2** includes a summary of the known bank accounts of the Receivership Entities.

**Tab 3** is the address of real property used or owned by the Receivership Entities.

# Tab 1

- The following pages include our best attempt to develop a comprehensive list of call sign identifiers for all FCC spectrum licenses held by Warren Havens related entities, including Warren Havens himself.
- Developed from FCC's publically available on-line database: http://wireless2.fcc.gov/UlsApp/UlsSearch/searchLicense.jsp
- Includes some licenses that have been cancelled or are likely to soon be cancelled.
- For several reasons, including delays by the FCC in updating the database, this list may not be complete. However, we believe it to be a close representation of the FCC licenses held by Warren Havens related entities based on publically available information.

**Environmental, LLC**

**Summary Spectrum Holdings (Band – Number of FCC licenses)**

35 MHz Paging - 0

43 MHz Paging - 0

157 MHz - 0

217 – 219 MHz – 8

220-222 MHz – 47 (all terminated)

900 MHz M-LMS - 0

900 MHz MAS - 0

| 35 MHz | WQCP811 | WQIM615 | WQIM628 | WQIM641 | WQIM654 |
|--------|---------|---------|---------|---------|---------|
| None | WQCP812 | WQIM616 | WQIM629 | WQIM642 | |
| | WQCP813 | WQIM617 | WQIM630 | WQIM643 | **900 MHz M-LMS** |
| | WQCP814 | WQIM618 | WQIM631 | WQIM644 | None |
| **43 MHz** | WQGF313 | WQIM619 | WQIM632 | WQIM645 | |
| None | WQGF314 | WQIM620 | WQIM633 | WQIM646 | |
| | WQJV762 | WQIM621 | WQIM634 | WQIM647 | **900 MHz MAS** |
| | | WQIM622 | WQIM635 | WQIM648 | None |
| **157 MHz** | | WQIM623 | WQIM636 | WQIM649 | |
| None | **220-222 MHz** | WQIM624 | WQIM637 | WQIM650 | |
| | WQIM611 | WQIM625 | WQIM638 | WQIM651 | |
| | WQIM612 | WQIM626 | WQIM639 | WQIM652 | |
| **217-219 MHz** | WQIM613 | WQIM627 | WQIM640 | WQIM653 | |
| WQCP810 | WQIM614 | | | | |

## Environmental-2, LLC

**Summary Spectrum Holdings (Band – Number of FCC licenses)**

35 MHz Paging -  0

43 MHz nm Paging - 0

157 MHz - 0

217 – 219 MHz – 1

220-222 MHz - 0

900 MHZ M-LMS – 0

900 MHZ MAS - 0

**35 MHz**
None


**43 MHz**
None


**157 MHz**
None


**217-219 MHz**
WQNZ336


**220-222 MHz**
None


**900 MHz M-LMS**
None


**900 MHz MAS**
None

**Summary Spectrum Holdings (Band – Number of FCC licenses)**

35 MHz Paging - 225

43 MHz Paging - 773

157 MHz - 0

217 – 219 MHz – 3

220 – 222 MHz - 0

900 MHZ M-LMS - 0

900 MHZ MAS - 353

**35 MHz**

| | | | | | |
|---|---|---|---|---|---|
| WQMV549 | WQMV592 | WQMV635 | WQMV678 | WQMV721 | WQMV764 |
| WQMV550 | WQMV593 | WQMV636 | WQMV679 | WQMV722 | WQMV765 |
| WQMV551 | WQMV594 | WQMV637 | WQMV680 | WQMV723 | WQMV766 |
| WQMV552 | WQMV595 | WQMV638 | WQMV681 | WQMV724 | WQMV767 |
| WQMV553 | WQMV596 | WQMV639 | WQMV682 | WQMV725 | WQMV768 |
| WQMV554 | WQMV597 | WQMV640 | WQMV683 | WQMV726 | WQMV769 |
| WQMV555 | WQMV598 | WQMV641 | WQMV684 | WQMV727 | WQMV770 |
| WQMV556 | WQMV599 | WQMV642 | WQMV685 | WQMV728 | WQMV771 |
| WQMV557 | WQMV600 | WQMV643 | WQMV686 | WQMV729 | WQMV772 |
| WQMV558 | WQMV601 | WQMV644 | WQMV687 | WQMV730 | WQMV773 |
| WQMV559 | WQMV602 | WQMV645 | WQMV688 | WQMV731 | |
| WQMV560 | WQMV603 | WQMV646 | WQMV689 | WQMV732 | **43 MHZ** |
| WQMV561 | WQMV604 | WQMV647 | WQMV690 | WQMV733 | WQMV774 |
| WQMV562 | WQMV605 | WQMV648 | WQMV691 | WQMV734 | WQMV775 |
| WQMV563 | WQMV606 | WQMV649 | WQMV692 | WQMV735 | WQMV776 |
| WQMV564 | WQMV607 | WQMV650 | WQMV693 | WQMV736 | WQMV777 |
| WQMV565 | WQMV608 | WQMV651 | WQMV694 | WQMV737 | WQMV778 |
| WQMV566 | WQMV609 | WQMV652 | WQMV695 | WQMV738 | WQMV779 |
| WQMV567 | WQMV610 | WQMV653 | WQMV696 | WQMV739 | WQMV780 |
| WQMV568 | WQMV611 | WQMV654 | WQMV697 | WQMV740 | WQMV781 |
| WQMV569 | WQMV612 | WQMV655 | WQMV698 | WQMV741 | WQMV782 |
| WQMV570 | WQMV613 | WQMV656 | WQMV699 | WQMV742 | WQMV783 |
| WQMV571 | WQMV614 | WQMV657 | WQMV700 | WQMV743 | WQMV784 |
| WQMV572 | WQMV615 | WQMV658 | WQMV701 | WQMV744 | WQMV785 |
| WQMV573 | WQMV616 | WQMV659 | WQMV702 | WQMV745 | WQMV786 |
| WQMV574 | WQMV617 | WQMV660 | WQMV703 | WQMV746 | WQMV787 |
| WQMV575 | WQMV618 | WQMV661 | WQMV704 | WQMV747 | WQMV788 |
| WQMV576 | WQMV619 | WQMV662 | WQMV705 | WQMV748 | WQMV789 |
| WQMV577 | WQMV620 | WQMV663 | WQMV706 | WQMV749 | WQMV790 |
| WQMV578 | WQMV621 | WQMV664 | WQMV707 | WQMV750 | WQMV791 |
| WQMV579 | WQMV622 | WQMV665 | WQMV708 | WQMV751 | WQMV792 |
| WQMV580 | WQMV623 | WQMV666 | WQMV709 | WQMV752 | WQMV793 |
| WQMV581 | WQMV624 | WQMV667 | WQMV710 | WQMV753 | WQMV794 |
| WQMV582 | WQMV625 | WQMV668 | WQMV711 | WQMV754 | WQMV795 |
| WQMV583 | WQMV626 | WQMV669 | WQMV712 | WQMV755 | WQMV796 |
| WQMV584 | WQMV627 | WQMV670 | WQMV713 | WQMV756 | WQMV797 |
| WQMV585 | WQMV628 | WQMV671 | WQMV714 | WQMV757 | WQMV798 |
| WQMV586 | WQMV629 | WQMV672 | WQMV715 | WQMV758 | WQMV799 |
| WQMV587 | WQMV630 | WQMV673 | WQMV716 | WQMV759 | WQMV800 |
| WQMV588 | WQMV631 | WQMV674 | WQMV717 | WQMV760 | WQMV801 |
| WQMV589 | WQMV632 | WQMV675 | WQMV718 | WQMV761 | WQMV802 |
| WQMV590 | WQMV633 | WQMV676 | WQMV719 | WQMV762 | WQMV803 |
| WQMV591 | WQMV634 | WQMV677 | WQMV720 | WQMV763 | WQMV804 |

| | | | | | |
|---|---|---|---|---|---|
| WQMV805 | WQMV849 | WQMV893 | WQMV937 | WQMV981 | WQMW225 |
| WQMV806 | WQMV850 | WQMV894 | WQMV938 | WQMV982 | WQMW226 |
| WQMV807 | WQMV851 | WQMV895 | WQMV939 | WQMV983 | WQMW227 |
| WQMV808 | WQMV852 | WQMV896 | WQMV940 | WQMV984 | WQMW228 |
| WQMV809 | WQMV853 | WQMV897 | WQMV941 | WQMV985 | WQMW229 |
| WQMV810 | WQMV854 | WQMV898 | WQMV942 | WQMV986 | WQMW230 |
| WQMV811 | WQMV855 | WQMV899 | WQMV943 | WQMV987 | WQMW231 |
| WQMV812 | WQMV856 | WQMV900 | WQMV944 | WQMV988 | WQMW232 |
| WQMV813 | WQMV857 | WQMV901 | WQMV945 | WQMV989 | WQMW233 |
| WQMV814 | WQMV858 | WQMV902 | WQMV946 | WQMV990 | WQMW234 |
| WQMV815 | WQMV859 | WQMV903 | WQMV947 | WQMV991 | WQMW235 |
| WQMV816 | WQMV860 | WQMV904 | WQMV948 | WQMV992 | WQMW236 |
| WQMV817 | WQMV861 | WQMV905 | WQMV949 | WQMV993 | WQMW237 |
| WQMV818 | WQMV862 | WQMV906 | WQMV950 | WQMV994 | WQMW238 |
| WQMV819 | WQMV863 | WQMV907 | WQMV951 | WQMV995 | WQMW239 |
| WQMV820 | WQMV864 | WQMV908 | WQMV952 | WQMV996 | WQMW240 |
| WQMV821 | WQMV865 | WQMV909 | WQMV953 | WQMV997 | WQMW241 |
| WQMV822 | WQMV866 | WQMV910 | WQMV954 | WQMV998 | WQMW242 |
| WQMV823 | WQMV867 | WQMV911 | WQMV955 | WQMV999 | WQMW243 |
| WQMV824 | WQMV868 | WQMV912 | WQMV956 | WQMW200 | WQMW244 |
| WQMV825 | WQMV869 | WQMV913 | WQMV957 | WQMW201 | WQMW245 |
| WQMV826 | WQMV870 | WQMV914 | WQMV958 | WQMW202 | WQMW246 |
| WQMV827 | WQMV871 | WQMV915 | WQMV959 | WQMW203 | WQMW247 |
| WQMV828 | WQMV872 | WQMV916 | WQMV960 | WQMW204 | WQMW248 |
| WQMV829 | WQMV873 | WQMV917 | WQMV961 | WQMW205 | WQMW249 |
| WQMV830 | WQMV874 | WQMV918 | WQMV962 | WQMW206 | WQMW250 |
| WQMV831 | WQMV875 | WQMV919 | WQMV963 | WQMW207 | WQMW251 |
| WQMV832 | WQMV876 | WQMV920 | WQMV964 | WQMW208 | WQMW252 |
| WQMV833 | WQMV877 | WQMV921 | WQMV965 | WQMW209 | WQMW253 |
| WQMV834 | WQMV878 | WQMV922 | WQMV966 | WQMW210 | WQMW254 |
| WQMV835 | WQMV879 | WQMV923 | WQMV967 | WQMW211 | WQMW255 |
| WQMV836 | WQMV880 | WQMV924 | WQMV968 | WQMW212 | WQMW256 |
| WQMV837 | WQMV881 | WQMV925 | WQMV969 | WQMW213 | WQMW257 |
| WQMV838 | WQMV882 | WQMV926 | WQMV970 | WQMW214 | WQMW258 |
| WQMV839 | WQMV883 | WQMV927 | WQMV971 | WQMW215 | WQMW259 |
| WQMV840 | WQMV884 | WQMV928 | WQMV972 | WQMW216 | WQMW260 |
| WQMV841 | WQMV885 | WQMV929 | WQMV973 | WQMW217 | WQMW261 |
| WQMV842 | WQMV886 | WQMV930 | WQMV974 | WQMW218 | WQMW262 |
| WQMV843 | WQMV887 | WQMV931 | WQMV975 | WQMW219 | WQMW263 |
| WQMV844 | WQMV888 | WQMV932 | WQMV976 | WQMW220 | WQMW264 |
| WQMV845 | WQMV889 | WQMV933 | WQMV977 | WQMW221 | WQMW265 |
| WQMV846 | WQMV890 | WQMV934 | WQMV978 | WQMW222 | WQMW266 |
| WQMV847 | WQMV891 | WQMV935 | WQMV979 | WQMW223 | WQMW267 |
| WQMV848 | WQMV892 | WQMV936 | WQMV980 | WQMW224 | WQMW268 |

| | | | | | |
|---|---|---|---|---|---|
| WQMW269 | WQMW313 | WQMW357 | WQMW401 | WQMW445 | WQMW489 |
| WQMW270 | WQMW314 | WQMW358 | WQMW402 | WQMW446 | WQMW490 |
| WQMW271 | WQMW315 | WQMW359 | WQMW403 | WQMW447 | WQMW491 |
| WQMW272 | WQMW316 | WQMW360 | WQMW404 | WQMW448 | WQMW492 |
| WQMW273 | WQMW317 | WQMW361 | WQMW405 | WQMW449 | WQMW493 |
| WQMW274 | WQMW318 | WQMW362 | WQMW406 | WQMW450 | WQMW494 |
| WQMW275 | WQMW319 | WQMW363 | WQMW407 | WQMW451 | WQMW495 |
| WQMW276 | WQMW320 | WQMW364 | WQMW408 | WQMW452 | WQMW496 |
| WQMW277 | WQMW321 | WQMW365 | WQMW409 | WQMW453 | WQMW497 |
| WQMW278 | WQMW322 | WQMW366 | WQMW410 | WQMW454 | WQMW498 |
| WQMW279 | WQMW323 | WQMW367 | WQMW411 | WQMW455 | WQMW499 |
| WQMW280 | WQMW324 | WQMW368 | WQMW412 | WQMW456 | WQMW500 |
| WQMW281 | WQMW325 | WQMW369 | WQMW413 | WQMW457 | WQMW501 |
| WQMW282 | WQMW326 | WQMW370 | WQMW414 | WQMW458 | WQMW502 |
| WQMW283 | WQMW327 | WQMW371 | WQMW415 | WQMW459 | WQMW503 |
| WQMW284 | WQMW328 | WQMW372 | WQMW416 | WQMW460 | WQMW504 |
| WQMW285 | WQMW329 | WQMW373 | WQMW417 | WQMW461 | WQMW505 |
| WQMW286 | WQMW330 | WQMW374 | WQMW418 | WQMW462 | WQMW506 |
| WQMW287 | WQMW331 | WQMW375 | WQMW419 | WQMW463 | WQMW507 |
| WQMW288 | WQMW332 | WQMW376 | WQMW420 | WQMW464 | WQMW508 |
| WQMW289 | WQMW333 | WQMW377 | WQMW421 | WQMW465 | WQMW509 |
| WQMW290 | WQMW334 | WQMW378 | WQMW422 | WQMW466 | WQMW510 |
| WQMW291 | WQMW335 | WQMW379 | WQMW423 | WQMW467 | WQMW511 |
| WQMW292 | WQMW336 | WQMW380 | WQMW424 | WQMW468 | WQMW512 |
| WQMW293 | WQMW337 | WQMW381 | WQMW425 | WQMW469 | WQMW513 |
| WQMW294 | WQMW338 | WQMW382 | WQMW426 | WQMW470 | WQMW514 |
| WQMW295 | WQMW339 | WQMW383 | WQMW427 | WQMW471 | WQMW515 |
| WQMW296 | WQMW340 | WQMW384 | WQMW428 | WQMW472 | WQMW516 |
| WQMW297 | WQMW341 | WQMW385 | WQMW429 | WQMW473 | WQMW517 |
| WQMW298 | WQMW342 | WQMW386 | WQMW430 | WQMW474 | WQMW518 |
| WQMW299 | WQMW343 | WQMW387 | WQMW431 | WQMW475 | WQMW519 |
| WQMW300 | WQMW344 | WQMW388 | WQMW432 | WQMW476 | WQMW520 |
| WQMW301 | WQMW345 | WQMW389 | WQMW433 | WQMW477 | WQMW521 |
| WQMW302 | WQMW346 | WQMW390 | WQMW434 | WQMW478 | WQMW522 |
| WQMW303 | WQMW347 | WQMW391 | WQMW435 | WQMW479 | WQMW523 |
| WQMW304 | WQMW348 | WQMW392 | WQMW436 | WQMW480 | WQMW524 |
| WQMW305 | WQMW349 | WQMW393 | WQMW437 | WQMW481 | WQMW525 |
| WQMW306 | WQMW350 | WQMW394 | WQMW438 | WQMW482 | WQMW526 |
| WQMW307 | WQMW351 | WQMW395 | WQMW439 | WQMW483 | WQMW527 |
| WQMW308 | WQMW352 | WQMW396 | WQMW440 | WQMW484 | WQMW528 |
| WQMW309 | WQMW353 | WQMW397 | WQMW441 | WQMW485 | WQMW529 |
| WQMW310 | WQMW354 | WQMW398 | WQMW442 | WQMW486 | WQMW530 |
| WQMW311 | WQMW355 | WQMW399 | WQMW443 | WQMW487 | WQMW531 |
| WQMW312 | WQMW356 | WQMW400 | WQMW444 | WQMW488 | WQMW532 |

| | | | | | |
|---|---|---|---|---|---|
| WQMW533 | WQMW577 | WQMW621 | WQMW665 | WQMW709 | WQGF310 |
| WQMW534 | WQMW578 | WQMW622 | WQMW666 | WQMW710 | WQGF311 |
| WQMW535 | WQMW579 | WQMW623 | WQMW667 | WQMW711 | WQGF312 |
| WQMW536 | WQMW580 | WQMW624 | WQMW668 | WQMW712 | |
| WQMW537 | WQMW581 | WQMW625 | WQMW669 | WQMW713 | **220-222 MHz** |
| WQMW538 | WQMW582 | WQMW626 | WQMW670 | WQMW714 | None |
| WQMW539 | WQMW583 | WQMW627 | WQMW671 | WQMW715 | |
| WQMW540 | WQMW584 | WQMW628 | WQMW672 | WQMW716 | **900 MHz M-** |
| WQMW541 | WQMW585 | WQMW629 | WQMW673 | WQMW717 | **LMS** |
| WQMW542 | WQMW586 | WQMW630 | WQMW674 | WQMW718 | None |
| WQMW543 | WQMW587 | WQMW631 | WQMW675 | WQMW719 | |
| WQMW544 | WQMW588 | WQMW632 | WQMW676 | WQMW720 | **900 MHz MAS** |
| WQMW545 | WQMW589 | WQMW633 | WQMW677 | WQMW721 | WQMW747 |
| WQMW546 | WQMW590 | WQMW634 | WQMW678 | WQMW722 | WQER215 |
| WQMW547 | WQMW591 | WQMW635 | WQMW679 | WQMW723 | WQER216 |
| WQMW548 | WQMW592 | WQMW636 | WQMW680 | WQMW724 | WQER217 |
| WQMW549 | WQMW593 | WQMW637 | WQMW681 | WQMW725 | WQER218 |
| WQMW550 | WQMW594 | WQMW638 | WQMW682 | WQMW726 | WQER219 |
| WQMW551 | WQMW595 | WQMW639 | WQMW683 | WQMW727 | WQER220 |
| WQMW552 | WQMW596 | WQMW640 | WQMW684 | WQMW728 | WQER221 |
| WQMW553 | WQMW597 | WQMW641 | WQMW685 | WQMW729 | WQER222 |
| WQMW554 | WQMW598 | WQMW642 | WQMW686 | WQMW730 | WQER223 |
| WQMW555 | WQMW599 | WQMW643 | WQMW687 | WQMW731 | WQER224 |
| WQMW556 | WQMW600 | WQMW644 | WQMW688 | WQMW732 | WQER225 |
| WQMW557 | WQMW601 | WQMW645 | WQMW689 | WQMW733 | WQER226 |
| WQMW558 | WQMW602 | WQMW646 | WQMW690 | WQMW734 | WQER227 |
| WQMW559 | WQMW603 | WQMW647 | WQMW691 | WQMW735 | WQER228 |
| WQMW560 | WQMW604 | WQMW648 | WQMW692 | WQMW736 | WQER229 |
| WQMW561 | WQMW605 | WQMW649 | WQMW693 | WQMW737 | WQER230 |
| WQMW562 | WQMW606 | WQMW650 | WQMW694 | WQMW738 | WQER231 |
| WQMW563 | WQMW607 | WQMW651 | WQMW695 | WQMW739 | WQER232 |
| WQMW564 | WQMW608 | WQMW652 | WQMW696 | WQMW740 | WQER233 |
| WQMW565 | WQMW609 | WQMW653 | WQMW697 | WQMW741 | WQER234 |
| WQMW566 | WQMW610 | WQMW654 | WQMW698 | WQMW742 | WQER235 |
| WQMW567 | WQMW611 | WQMW655 | WQMW699 | WQMW743 | WQER236 |
| WQMW568 | WQMW612 | WQMW656 | WQMW700 | WQMW744 | WQER237 |
| WQMW569 | WQMW613 | WQMW657 | WQMW701 | WQMW745 | WQER238 |
| WQMW570 | WQMW614 | WQMW658 | WQMW702 | WQMW746 | WQER239 |
| WQMW571 | WQMW615 | WQMW659 | WQMW703 | | WQER240 |
| WQMW572 | WQMW616 | WQMW660 | WQMW704 | | WQER241 |
| WQMW573 | WQMW617 | WQMW661 | WQMW705 | **157 MHz** | WQER242 |
| WQMW574 | WQMW618 | WQMW662 | WQMW706 | None | WQER243 |
| WQMW575 | WQMW619 | WQMW663 | WQMW707 | | WQER244 |
| WQMW576 | WQMW620 | WQMW664 | WQMW708 | **217-219 MHz** | WQER245 |

| | | | | | |
|---|---|---|---|---|---|
| WQER246 | WQER290 | WQER334 | WQER378 | WQER422 | WQER466 |
| WQER247 | WQER291 | WQER335 | WQER379 | WQER423 | WQER467 |
| WQER248 | WQER292 | WQER336 | WQER380 | WQER424 | WQER468 |
| WQER249 | WQER293 | WQER337 | WQER381 | WQER425 | WQER469 |
| WQER250 | WQER294 | WQER338 | WQER382 | WQER426 | WQER470 |
| WQER251 | WQER295 | WQER339 | WQER383 | WQER427 | WQER471 |
| WQER252 | WQER296 | WQER340 | WQER384 | WQER428 | WQER472 |
| WQER253 | WQER297 | WQER341 | WQER385 | WQER429 | WQER473 |
| WQER254 | WQER298 | WQER342 | WQER386 | WQER430 | WQER474 |
| WQER255 | WQER299 | WQER343 | WQER387 | WQER431 | WQER475 |
| WQER256 | WQER300 | WQER344 | WQER388 | WQER432 | WQER476 |
| WQER257 | WQER301 | WQER345 | WQER389 | WQER433 | WQER477 |
| WQER258 | WQER302 | WQER346 | WQER390 | WQER434 | WQER478 |
| WQER259 | WQER303 | WQER347 | WQER391 | WQER435 | WQER479 |
| WQER260 | WQER304 | WQER348 | WQER392 | WQER436 | WQER480 |
| WQER261 | WQER305 | WQER349 | WQER393 | WQER437 | WQER481 |
| WQER262 | WQER306 | WQER350 | WQER394 | WQER438 | WQER482 |
| WQER263 | WQER307 | WQER351 | WQER395 | WQER439 | WQER483 |
| WQER264 | WQER308 | WQER352 | WQER396 | WQER440 | WQER484 |
| WQER265 | WQER309 | WQER353 | WQER397 | WQER441 | WQER485 |
| WQER266 | WQER310 | WQER354 | WQER398 | WQER442 | WQER486 |
| WQER267 | WQER311 | WQER355 | WQER399 | WQER443 | WQER487 |
| WQER268 | WQER312 | WQER356 | WQER400 | WQER444 | WQER488 |
| WQER269 | WQER313 | WQER357 | WQER401 | WQER445 | WQER489 |
| WQER270 | WQER314 | WQER358 | WQER402 | WQER446 | WQER490 |
| WQER271 | WQER315 | WQER359 | WQER403 | WQER447 | WQER491 |
| WQER272 | WQER316 | WQER360 | WQER404 | WQER448 | WQER492 |
| WQER273 | WQER317 | WQER361 | WQER405 | WQER449 | WQER493 |
| WQER274 | WQER318 | WQER362 | WQER406 | WQER450 | WQER494 |
| WQER275 | WQER319 | WQER363 | WQER407 | WQER451 | WQER495 |
| WQER276 | WQER320 | WQER364 | WQER408 | WQER452 | WQER496 |
| WQER277 | WQER321 | WQER365 | WQER409 | WQER453 | WQER497 |
| WQER278 | WQER322 | WQER366 | WQER410 | WQER454 | WQER498 |
| WQER279 | WQER323 | WQER367 | WQER411 | WQER455 | WQER499 |
| WQER280 | WQER324 | WQER368 | WQER412 | WQER456 | WQER500 |
| WQER281 | WQER325 | WQER369 | WQER413 | WQER457 | WQER501 |
| WQER282 | WQER326 | WQER370 | WQER414 | WQER458 | WQER502 |
| WQER283 | WQER327 | WQER371 | WQER415 | WQER459 | WQER503 |
| WQER284 | WQER328 | WQER372 | WQER416 | WQER460 | WQER504 |
| WQER285 | WQER329 | WQER373 | WQER417 | WQER461 | WQER505 |
| WQER286 | WQER330 | WQER374 | WQER418 | WQER462 | WQER506 |
| WQER287 | WQER331 | WQER375 | WQER419 | WQER463 | WQER507 |
| WQER288 | WQER332 | WQER376 | WQER420 | WQER464 | WQER508 |
| WQER289 | WQER333 | WQER377 | WQER421 | WQER465 | WQER509 |

| | | |
|---|---|---|
| WQER510 | WQER538 | WQER568 |
| WQER511 | WQER539 | |
| WQER512 | WQER540 | |
| WQER513 | WQER541 | |
| WQER514 | WQER542 | |
| WQER515 | WQER545 | |
| WQER516 | WQER546 | |
| WQER517 | WQER547 | |
| WQER518 | WQER548 | |
| WQER519 | WQER549 | |
| WQER520 | WQER550 | |
| WQER521 | WQER551 | |
| WQER522 | WQER552 | |
| WQER523 | WQER553 | |
| WQER524 | WQER554 | |
| WQER525 | WQER555 | |
| WQER526 | WQER556 | |
| WQER527 | WQER557 | |
| WQER528 | WQER558 | |
| WQER529 | WQER559 | |
| WQER530 | WQER560 | |
| WQER531 | WQER561 | |
| WQER532 | WQER562 | |
| WQER533 | WQER563 | |
| WQER534 | WQER564 | |
| WQER535 | WQER565 | |
| WQER536 | WQER566 | |
| WQER537 | WQER567 | |

**Summary Spectrum Holdings (Band – Number of FCC licenses)**

35 MHz Paging - 133

43 MHz Paging - 35

157 MHz – 1 ( 1 terminated)

217 – 219 MHz – 16

220-222 MHz – 198 (all terminated)

900 MHZ M-LMS - 128

900 MHZ MAS - 98

**35 MHz**

WQSN862
WQSN863
WQSN864
WQSN865
WQSN866
WQSN867
WQSN868
WQSN869
WQSN870
WQSN871
WQSN872
WQSN873
WQSN874
WQSN875
WQSN876
WQSN877
WQSN878
WQSN879
WQSN880
WQSN881
WQSN882
WQSN883
WQSN884
WQSN885
WQSN886
WQSN887
WQSN888
WQSN889
WQSN890
WQSN891
WQSN892
WQSN893
WQSN894
WQSN895
WQSN896
WQSN897
WQSN898
WQSN899
WQSN900

WQSN901
WQSN902
WQSN903
WQSN904
WQSN905
WQSN906
WQSN907
WQSN908
WQSN909
WQSN910
WQSN911
WQSN912
WQSN913
WQSN914
WQSN915
WQSN916
WQSN917
WQSN918
WQSN919
WQSN920
WQSN921
WQSN922
WQSN923
WQSN924
WQSN925
WQSN926
WQSN927
WQSN928
WQSN929
WQSN930
WQSN931
WQSN932
WQSN933
WQSN934
WQSN935
WQSN936
WQSN937
WQSN938
WQSN939
WQSN940
WQSN941
WQSN942
WQSN943
WQSN944

WQSN945
WQSN946
WQSN947
WQSN948
WQSN949
WQSN950
WQSN951
WQSN952
WQSN953
WQSN954
WQSN955
WQSN956
WQSN957
WQSN958
WQSN959
WQSN960
WQSN961
WQSN962
WQSN963
WQSN964
WQSN965
WQSN966
WQSN967
WQSN968
WQSN969
WQSN970
WQSN971
WQSN972
WQSN973
WQSN974
WQSN975
WQSN976
WQSN977
WQSN978
WQSN979
WQSN980
WQSN981
WQSN982
WQSN983
WQSN984
WQSN985
WQSN986
WQSN987
WQSN988

WQSN989
WQSN990
WQSN991
WQSN992
WQSN993
WQSN994

**43 MHz**

WQMV515
WQMV516
WQMV517
WQMV518
WQMV519
WQMV520
WQMV521
WQMV522
WQMV523
WQMV524
WQMV525
WQMV526
WQMV527
WQMV528
WQMV529
WQMV530
WQMV531
WQMV532
WQMV533
WQMV534
WQMV535
WQMV536
WQMV537
WQMV538
WQMV539
WQMV540
WQMV541
WQMV542
WQMV543
WQMV544
WQMV545
WQMV546
WQMV547
WQMV548

**157 MHz**

WQRS426

**217-219 MHz**

WQID629
WQJW650
WQJW651
WQJW652
WQJW653
WQJW654
WQJW655
WQJW656
WQJW657
WQOC595
WQON774
WQON775
WQNY434
WQUW780
WQVI210
WQVR515

**220-222 MHz**

WQHZ582
WQHZ583
WQHZ584
WQHZ585
WQHZ586
WQHZ587
WQHZ588
WQHZ589
WQHZ590
WQHZ591
WQHZ592
WQHZ593
WQHZ594
WQHZ595
WQHZ596
WQHZ597
WQHZ598
WQHZ599
WQHZ600
WQHZ601
WQHZ602

WQHZ603
WQHZ604
WQHZ605
WQHZ606
WQHZ607
WQHZ608
WQHZ609
WQHZ610
WQHZ611
WQHZ612
WQHZ613
WQHZ614
WQHZ615
WQHZ616
WQHZ617
WQHZ618
WQHZ619
WQHZ620
WQHZ621
WQHZ622
WQHZ623
WQHZ624
WQHZ625
WQHZ626
WQHZ627
WQHZ628
WQHZ629
WQHZ630
WQHZ631
WQHZ632
WQHZ633
WQHZ634
WQHZ635
WQHZ636
WQHZ637
WQHZ638
WQHZ639
WQHZ640
WQHZ641
WQHZ642
WQHZ643
WQHZ644

WQHZ645
WQHZ646
WQHZ647
WQHZ648
WQHZ649
WQHZ650
WQHZ651
WQHZ652
WQHZ653
WQHZ654
WQHZ655
WQHZ656
WQHZ657
WQHZ658
WQHZ659
WQHZ660
WQHZ661
WQHZ662
WQHZ663
WQHZ664
WQHZ665
WQHZ666
WQHZ667
WQHZ668
WQHZ669
WQHZ670
WQHZ671
WQHZ672
WQHZ673
WQHZ674
WQHZ675
WQHZ676
WQHZ677
WQHZ678
WQHZ679
WQHZ680
WQHZ681
WQHZ682
WQHZ683
WQHZ684
WQHZ685
WQHZ686

WQHZ687
WQHZ689
WQHZ690
WQHZ691
WQHZ692
WQHZ693
WQHZ694
WQHZ695
WQHZ696
WQHZ697
WQHZ698
WQHZ699
WQHZ700
WQHZ701
WQHZ702
WQHZ703
WQHZ704
WQHZ705
WQHZ577
WQHZ578
WQHZ706
WQHZ707
WQHZ708
WQHZ709
WQHZ710
WQHZ711
WQHZ712
WQHZ713
WQHZ714
WQHZ715
WQHZ716
WQHZ717
WQHZ718
WQHZ719
WQHZ720
WQHZ721
WQHZ722
WQHZ723
WQHZ724
WQHZ725
WQHZ726
WQHZ727

WQHZ728
WQHZ729
WQHZ730
WQHZ731
WQHZ732
WQHZ733
WQHZ734
WQHZ735
WQHZ736
WQHZ737
WQHZ738
WQHZ739
WQHZ740
WQHZ741
WQHZ742
WQHZ743
WQHZ744
WQHZ745
WQHZ746
WQHZ747
WQHZ748
WQHZ749
WQHZ750
WQHZ751
WQHZ752
WQHZ753
WQHZ754
WQHZ755
WQHZ756
WQHZ757
WQHZ758
WQHZ759
WQHZ760
WQHZ761
WQHZ762
WQHZ763
WQHZ764
WQHZ765
WQHZ766
WQHZ767
WQHZ768
WQHZ769

WQHZ770
WQHZ771
WQHZ772
WQHZ773

**900 MHz M-LMS**

WQHU549
WQHU550
WQHU551
WQHU552
WQHU553
WQHU554
WQHU555
WQHU556
WQHU557
WQHU558
WQHU559
WQHU560
WQHU561
WQHU562
WQHU563
WQHU564
WQHU565
WQHU566
WQHU567
WQHU568
WQHU569
WQHU570
WQHU571
WQHU572
WQHU573
WQHU574
WQHU575
WQHU576
WQHU577
WQHU578
WQHU579
WQHU580
WQHU581
WQHU582
WQHU583
WQHU584

WQHU585
WQHU586
WQHU587
WQHU588
WQHU589
WQHU590
WQHU591
WQHU592
WQHU593
WQHU594
WQHU595
WQHU596
WQHU597
WQHU598
WQHU599
WQHU600
WQHU601
WQHU602
WQHU603
WQHU604
WQHU605
WQHU606
WQHU607
WQHU608
WQHU609
WQHU610
WQHU611
WQHU612
WQHU613
WQHU614
WQHU615
WQHU616
WQHU617
WQHU618
WQHU619
WQHU620
WQHU621
WQHU622
WQHU623
WQHU624
WQHU625
WQHU626
WQHU627
WQHU628

WQHU629
WQHU630
WQHU631
WQHU632
WQHU633
WQHU634
WQHU635
WQHU636
WQHU637
WQHU638
WQHU639
WQHU640
WQHU641
WQHU642
WQMV416
WQMV417
WQHU643
WQHU644
WQHU645
WQHU646
WQHU647
WQHU648
WQHU649
WQHU650
WQHU651
WQHU652
WQHU653
WQHU654
WQHU655
WQHU656
WQHU657
WQHU658
WQHU659
WQHU660
WQHU661
WQHU662
WQHU663
WQHU664
WQHU665
WQHU666
WQHU667
WQHU668
WQHU669
WQHU670

15

| | | | |
|---|---|---|---|
| WQHU671 | WQMV436 | WQMV465 | WQMV494 |
| WQHU672 | WQMV437 | WQMV466 | WQMV495 |
| WQHU673 | WQMV438 | WQMV467 | WQMV496 |
| WQHU674 | WQMV439 | WQMV468 | WQMV497 |
| WQHU675 | WQMV440 | WQMV469 | WQMV498 |
| | WQMV441 | WQMV470 | WQMV499 |
| | WQMV442 | WQMV471 | WQMV500 |
| | WQMV443 | WQMV472 | WQMV501 |
| **900 MHz - MAS** | WQMV444 | WQMV473 | WQMV502 |
| WQMV416 | WQMV445 | WQMV474 | WQMV503 |
| WQMV417 | WQMV446 | WQMV475 | WQMV504 |
| WQMV418 | WQMV447 | WQMV476 | WQMV505 |
| WQMV419 | WQMV448 | WQMV477 | WQMV506 |
| WQMV420 | WQMV449 | WQMV478 | WQMV507 |
| WQMV421 | WQMV450 | WQMV479 | WQMV508 |
| WQMV422 | WQMV451 | WQMV480 | WQMV509 |
| WQMV423 | WQMV452 | WQMV481 | WQMV510 |
| WQMV424 | WQMV453 | WQMV482 | WQMV511 |
| WQMV425 | WQMV454 | WQMV483 | WQMV512 |
| WQMV426 | WQMV455 | WQMV484 | WQMV513 |
| WQMV427 | WQMV456 | WQMV485 | |
| WQMV428 | WQMV457 | WQMV486 | |
| WQMV429 | WQMV458 | WQMV487 | |
| WQMV430 | WQMV459 | WQMV488 | |
| WQMV431 | WQMV460 | WQMV489 | |
| WQMV432 | WQMV461 | WQMV490 | |
| WQMV433 | WQMV462 | WQMV491 | |
| WQMV434 | WQMV463 | WQMV492 | |
| WQMV435 | WQMV464 | WQMV493 | |

## Telesaurus Holdings GB, LLC

**Summary Spectrum Holdings (Band – Number of FCC licenses)**

35 MHz Paging - 0

43 MHz Paging - 0

157 MHz – 3 (1 terminated)

217 – 219 MHz – 0

220 – 222 MHz - 0

900 MHZ M-LMS - 129

900 MHZ MAS - 0

|  |  |  |
|---|---|---|
|  | WPOJ898 | WPTH922 | WQGN584 |

| | | | |
|---|---|---|---|
| **35 MHz** | WPOJ898 | WPTH922 | WQGN584 |
| None | WPOJ899 | WPTH923 | WQGN585 |
| | WPOJ900 | WPTH924 | WQGN586 |
| | WPOJ901 | WPTH925 | WQGN587 |
| **43 MHz** | WPOJ902 | WPTH926 | WQGN588 |
| None | WPOJ903 | WPTH927 | WQGN589 |
| | WPOJ904 | WPTH928 | WQGN590 |
| **157 MHz** | WPOJ905 | WPTH929 | WQGN591 |
| WPTI458 | WPOJ906 | WPTH930 | WQGN592 |
| WQGN915 | WPOJ907 | WPTH931 | WQGN593 |
| WQGN916 | WPOJ908 | WPTH932 | WQGN594 |
| | WPOJ909 | WPTH933 | WQGN595 |
| | WPOJ910 | WPTH934 | WQGN596 |
| **217-219 MHz** | WPOJ911 | WPTH935 | WQGN597 |
| None | WPOJ912 | WPTH936 | WQGN598 |
| | WPOJ913 | WPTH938 | WQGN599 |
| **220 – 222 MHz** | WPOJ914 | WPTH939 | WQGN600 |
| None | WPOJ915 | WPTH940 | WQGN601 |
| | WPOJ916 | WPTH941 | WQGN602 |
| **900 MHz M-LMS** | WPOJ917 | WPTH942 | WQGN603 |
| WPOJ876 | WPOJ918 | WPTH943 | WQGN604 |
| WPOJ877 | WPOJ919 | WPTH944 | WQGN605 |
| WPOJ878 | WPOJ920 | WPTH945 | WQGN606 |
| WPOJ879 | WPOJ921 | WPTH946 | |
| WPOJ880 | WPOJ922 | WPTH947 | **900 MAS** |
| WPOJ881 | WPOJ923 | WPTH948 | None |
| WPOJ882 | WPOJ924 | WPTH949 | |
| WPOJ883 | WPOJ925 | WPTH950 | |
| WPOJ884 | WPOJ926 | WPTH951 | |
| WPOJ885 | WPOJ927 | WPTH952 | |
| WPOJ886 | WPTH910 | WPTH953 | |
| WPOJ887 | WPTH911 | WQGN573 | |
| WPOJ888 | WPTH912 | WQGN574 | |
| WPOJ889 | WPTH913 | WQGN575 | |
| WPOJ890 | WPTH914 | WQGN576 | |
| WPOJ891 | WPTH915 | WQGN577 | |
| WPOJ892 | WPTH916 | WQGN578 | |
| WPOJ893 | WPTH917 | WQGN579 | |
| WPOJ894 | WPTH918 | WQGN580 | |
| WPOJ895 | WPTH919 | WQGN581 | |
| WPOJ896 | WPTH920 | WQGN582 | |
| WPOJ897 | WPTH921 | WQGN583 | |

# V2G, LLC

**Summary Spectrum Holdings (Band – Number of FCC Licenses)**

35 MHz Paging - 605

43 MHz Paging - 910

157 MHz - 0

217 – 219 MHz – 0

220-222 MHz - 0

900 MHZ M-LMS - 0

900 MHZ MAS - 18

| **35 MHz** | WQMU258 | WQSQ735 | WQSQ779 | WQSQ823 | WQSQ867 |
|---|---|---|---|---|---|
| WQMU215 | WQMU259 | WQSQ736 | WQSQ780 | WQSQ824 | WQSQ868 |
| WQMU216 | WQMU260 | WQSQ737 | WQSQ781 | WQSQ825 | WQSQ869 |
| WQMU217 | WQMU261 | WQSQ738 | WQSQ782 | WQSQ826 | WQSQ870 |
| WQMU218 | WQMU262 | WQSQ739 | WQSQ783 | WQSQ827 | WQSQ871 |
| WQMU219 | WQMU263 | WQSQ740 | WQSQ784 | WQSQ828 | WQSQ872 |
| WQMU220 | WQMU264 | WQSQ741 | WQSQ785 | WQSQ829 | WQSQ873 |
| WQMU221 | WQMU265 | WQSQ742 | WQSQ786 | WQSQ830 | WQSQ874 |
| WQMU222 | WQMU266 | WQSQ743 | WQSQ787 | WQSQ831 | WQSQ875 |
| WQMU223 | WQMU267 | WQSQ744 | WQSQ788 | WQSQ832 | WQSQ876 |
| WQMU224 | WQMU268 | WQSQ745 | WQSQ789 | WQSQ833 | WQSQ877 |
| WQMU225 | WQMU269 | WQSQ746 | WQSQ790 | WQSQ834 | WQSQ878 |
| WQMU226 | WQMU270 | WQSQ747 | WQSQ791 | WQSQ835 | WQSQ879 |
| WQMU227 | WQMU271 | WQSQ748 | WQSQ792 | WQSQ836 | WQSQ880 |
| WQMU228 | WQMU272 | WQSQ749 | WQSQ793 | WQSQ837 | WQSQ881 |
| WQMU229 | WQMU273 | WQSQ750 | WQSQ794 | WQSQ838 | WQSQ882 |
| WQMU230 | WQMU274 | WQSQ751 | WQSQ795 | WQSQ839 | WQSQ883 |
| WQMU231 | WQMU275 | WQSQ752 | WQSQ796 | WQSQ840 | WQSQ884 |
| WQMU232 | WQMU276 | WQSQ753 | WQSQ797 | WQSQ841 | WQSQ885 |
| WQMU233 | WQMU277 | WQSQ754 | WQSQ798 | WQSQ842 | WQSQ886 |
| WQMU234 | WQMU278 | WQSQ755 | WQSQ799 | WQSQ843 | WQSQ887 |
| WQMU235 | WQMU279 | WQSQ756 | WQSQ800 | WQSQ844 | WQSQ888 |
| WQMU236 | WQMU280 | WQSQ757 | WQSQ801 | WQSQ845 | WQSQ889 |
| WQMU237 | WQMU281 | WQSQ758 | WQSQ802 | WQSQ846 | WQSQ890 |
| WQMU238 | WQMU282 | WQSQ759 | WQSQ803 | WQSQ847 | WQSQ891 |
| WQMU239 | WQMU283 | WQSQ760 | WQSQ804 | WQSQ848 | WQSQ892 |
| WQMU240 | WQMU284 | WQSQ761 | WQSQ805 | WQSQ849 | WQSQ893 |
| WQMU241 | WQMU285 | WQSQ762 | WQSQ806 | WQSQ850 | WQSQ894 |
| WQMU242 | WQMU286 | WQSQ763 | WQSQ807 | WQSQ851 | WQSQ895 |
| WQMU243 | WQMU287 | WQSQ764 | WQSQ808 | WQSQ852 | WQSQ896 |
| WQMU244 | WQMU288 | WQSQ765 | WQSQ809 | WQSQ853 | WQSQ897 |
| WQMU245 | WQMU289 | WQSQ766 | WQSQ810 | WQSQ854 | WQSQ898 |
| WQMU246 | WQMU290 | WQSQ767 | WQSQ811 | WQSQ855 | WQSQ899 |
| WQMU247 | WQMU291 | WQSQ768 | WQSQ812 | WQSQ856 | WQSQ900 |
| WQMU248 | WQMU292 | WQSQ769 | WQSQ813 | WQSQ857 | WQSQ901 |
| WQMU249 | WQMU293 | WQSQ770 | WQSQ814 | WQSQ858 | WQSQ902 |
| WQMU250 | WQMU294 | WQSQ771 | WQSQ815 | WQSQ859 | WQSQ903 |
| WQMU251 | WQSQ728 | WQSQ772 | WQSQ816 | WQSQ860 | WQSQ904 |
| WQMU252 | WQSQ729 | WQSQ773 | WQSQ817 | WQSQ861 | WQSQ905 |
| WQMU253 | WQSQ730 | WQSQ774 | WQSQ818 | WQSQ862 | WQSQ906 |
| WQMU254 | WQSQ731 | WQSQ775 | WQSQ819 | WQSQ863 | WQSQ907 |
| WQMU255 | WQSQ732 | WQSQ776 | WQSQ820 | WQSQ864 | WQSQ908 |
| WQMU256 | WQSQ733 | WQSQ777 | WQSQ821 | WQSQ865 | WQSQ909 |
| WQMU257 | WQSQ734 | WQSQ778 | WQSQ822 | WQSQ866 | WQSQ910 |

| | | | | | |
|---|---|---|---|---|---|
| WQSQ911 | WQSQ955 | WQSQ999 | WQSR243 | WQSR287 | WQSR331 |
| WQSQ912 | WQSQ956 | WQSR200 | WQSR244 | WQSR288 | WQSR332 |
| WQSQ913 | WQSQ957 | WQSR201 | WQSR245 | WQSR289 | WQSR333 |
| WQSQ914 | WQSQ958 | WQSR202 | WQSR246 | WQSR290 | WQSR334 |
| WQSQ915 | WQSQ959 | WQSR203 | WQSR247 | WQSR291 | WQSR335 |
| WQSQ916 | WQSQ960 | WQSR204 | WQSR248 | WQSR292 | WQSR336 |
| WQSQ917 | WQSQ961 | WQSR205 | WQSR249 | WQSR293 | WQSR337 |
| WQSQ918 | WQSQ962 | WQSR206 | WQSR250 | WQSR294 | WQSR338 |
| WQSQ919 | WQSQ963 | WQSR207 | WQSR251 | WQSR295 | WQSR339 |
| WQSQ920 | WQSQ964 | WQSR208 | WQSR252 | WQSR296 | WQSR340 |
| WQSQ921 | WQSQ965 | WQSR209 | WQSR253 | WQSR297 | WQSR341 |
| WQSQ922 | WQSQ966 | WQSR210 | WQSR254 | WQSR298 | WQSR342 |
| WQSQ923 | WQSQ967 | WQSR211 | WQSR255 | WQSR299 | WQSR343 |
| WQSQ924 | WQSQ968 | WQSR212 | WQSR256 | WQSR300 | WQSR344 |
| WQSQ925 | WQSQ969 | WQSR213 | WQSR257 | WQSR301 | WQSR345 |
| WQSQ926 | WQSQ970 | WQSR214 | WQSR258 | WQSR302 | WQSR346 |
| WQSQ927 | WQSQ971 | WQSR215 | WQSR259 | WQSR303 | WQSR347 |
| WQSQ928 | WQSQ972 | WQSR216 | WQSR260 | WQSR304 | WQSR348 |
| WQSQ929 | WQSQ973 | WQSR217 | WQSR261 | WQSR305 | WQSR349 |
| WQSQ930 | WQSQ974 | WQSR218 | WQSR262 | WQSR306 | WQSR350 |
| WQSQ931 | WQSQ975 | WQSR219 | WQSR263 | WQSR307 | WQSR351 |
| WQSQ932 | WQSQ976 | WQSR220 | WQSR264 | WQSR308 | WQSR352 |
| WQSQ933 | WQSQ977 | WQSR221 | WQSR265 | WQSR309 | WQSR353 |
| WQSQ934 | WQSQ978 | WQSR222 | WQSR266 | WQSR310 | WQSR354 |
| WQSQ935 | WQSQ979 | WQSR223 | WQSR267 | WQSR311 | WQSR355 |
| WQSQ936 | WQSQ980 | WQSR224 | WQSR268 | WQSR312 | WQSR356 |
| WQSQ937 | WQSQ981 | WQSR225 | WQSR269 | WQSR313 | WQSR357 |
| WQSQ938 | WQSQ982 | WQSR226 | WQSR270 | WQSR314 | WQSR358 |
| WQSQ939 | WQSQ983 | WQSR227 | WQSR271 | WQSR315 | WQSR359 |
| WQSQ940 | WQSQ984 | WQSR228 | WQSR272 | WQSR316 | WQSR360 |
| WQSQ941 | WQSQ985 | WQSR229 | WQSR273 | WQSR317 | WQSR361 |
| WQSQ942 | WQSQ986 | WQSR230 | WQSR274 | WQSR318 | WQSR362 |
| WQSQ943 | WQSQ987 | WQSR231 | WQSR275 | WQSR319 | WQSR363 |
| WQSQ944 | WQSQ988 | WQSR232 | WQSR276 | WQSR320 | WQSR364 |
| WQSQ945 | WQSQ989 | WQSR233 | WQSR277 | WQSR321 | WQSR365 |
| WQSQ946 | WQSQ990 | WQSR234 | WQSR278 | WQSR322 | WQSR366 |
| WQSQ947 | WQSQ991 | WQSR235 | WQSR279 | WQSR323 | WQSR367 |
| WQSQ948 | WQSQ992 | WQSR236 | WQSR280 | WQSR324 | WQSR368 |
| WQSQ949 | WQSQ993 | WQSR237 | WQSR281 | WQSR325 | WQSR369 |
| WQSQ950 | WQSQ994 | WQSR238 | WQSR282 | WQSR326 | WQSR370 |
| WQSQ951 | WQSQ995 | WQSR239 | WQSR283 | WQSR327 | WQSR371 |
| WQSQ952 | WQSQ996 | WQSR240 | WQSR284 | WQSR328 | WQSR372 |
| WQSQ953 | WQSQ997 | WQSR241 | WQSR285 | WQSR329 | WQSR373 |
| WQSQ954 | WQSQ998 | WQSR242 | WQSR286 | WQSR330 | WQSR374 |

| | | | | | |
|---|---|---|---|---|---|
| WQSR375 | WQSR419 | WQMU304 | WQMU351 | WQMU398 | WQMU445 |
| WQSR376 | WQSR420 | WQMU305 | WQMU352 | WQMU399 | WQMU446 |
| WQSR377 | WQSR421 | WQMU306 | WQMU353 | WQMU400 | WQMU447 |
| WQSR378 | WQSR422 | WQMU307 | WQMU354 | WQMU401 | WQMU448 |
| WQSR379 | WQSR423 | WQMU308 | WQMU355 | WQMU402 | WQMU449 |
| WQSR380 | WQSR424 | WQMU309 | WQMU356 | WQMU403 | WQMU450 |
| WQSR381 | WQSR425 | WQMU310 | WQMU357 | WQMU404 | WQMU451 |
| WQSR382 | WQSR426 | WQMU311 | WQMU358 | WQMU405 | WQMU452 |
| WQSR383 | WQSR427 | WQMU312 | WQMU359 | WQMU406 | WQMU453 |
| WQSR384 | WQSR428 | WQMU313 | WQMU360 | WQMU407 | WQMU454 |
| WQSR385 | WQSR429 | WQMU314 | WQMU361 | WQMU408 | WQMU455 |
| WQSR386 | WQSR430 | WQMU315 | WQMU362 | WQMU409 | WQMU456 |
| WQSR387 | WQSR431 | WQMU316 | WQMU363 | WQMU410 | WQMU457 |
| WQSR388 | WQSR432 | WQMU317 | WQMU364 | WQMU411 | WQMU458 |
| WQSR389 | WQSR433 | WQMU318 | WQMU365 | WQMU412 | WQMU459 |
| WQSR390 | WQSR434 | WQMU319 | WQMU366 | WQMU413 | WQMU460 |
| WQSR391 | WQSR435 | WQMU320 | WQMU367 | WQMU414 | WQMU461 |
| WQSR392 | WQSR436 | WQMU321 | WQMU368 | WQMU415 | WQMU462 |
| WQSR393 | WQSR437 | WQMU322 | WQMU369 | WQMU416 | WQMU463 |
| WQSR394 | WQSR438 | WQMU323 | WQMU370 | WQMU417 | WQMU464 |
| WQSR395 | WQSR439 | WQMU324 | WQMU371 | WQMU418 | WQMU465 |
| WQSR396 | WQSR440 | WQMU325 | WQMU372 | WQMU419 | WQMU466 |
| WQSR397 | WQSR441 | WQMU326 | WQMU373 | WQMU420 | WQMU467 |
| WQSR398 | WQSR442 | WQMU327 | WQMU374 | WQMU421 | WQMU468 |
| WQSR399 | WQSR443 | WQMU328 | WQMU375 | WQMU422 | WQMU469 |
| WQSR400 | WQSR444 | WQMU329 | WQMU376 | WQMU423 | WQMU470 |
| WQSR401 | WQSR445 | WQMU330 | WQMU377 | WQMU424 | WQMU471 |
| WQSR402 | WQSR446 | WQMU331 | WQMU378 | WQMU425 | WQMU472 |
| WQSR403 | WQSR447 | WQMU332 | WQMU379 | WQMU426 | WQMU473 |
| WQSR404 | WQSR448 | WQMU333 | WQMU380 | WQMU427 | WQMU474 |
| WQSR405 | WQSR449 | WQMU334 | WQMU381 | WQMU428 | WQMU475 |
| WQSR406 | WQSR450 | WQMU335 | WQMU382 | WQMU429 | WQMU476 |
| WQSR407 | WQSR451 | WQMU336 | WQMU383 | WQMU430 | WQMU477 |
| WQSR408 | WQSR452 | WQMU337 | WQMU384 | WQMU431 | WQMU478 |
| WQSR409 | | WQMU338 | WQMU385 | WQMU432 | WQMU479 |
| WQSR410 | **43 MHz** | WQMU339 | WQMU386 | WQMU433 | WQMU480 |
| WQSR411 | WQMU295 | WQMU340 | WQMU387 | WQMU434 | WQMU481 |
| WQSR412 | WQMU296 | WQMU341 | WQMU388 | WQMU435 | WQMU482 |
| WQSR413 | WQMU297 | WQMU342 | WQMU389 | WQMU436 | WQMU483 |
| WQSR414 | WQMU298 | WQMU343 | WQMU390 | WQMU437 | WQMU484 |
| WQSR415 | WQMU299 | WQMU344 | WQMU391 | WQMU438 | WQMU485 |
| WQSR416 | WQMU300 | WQMU345 | WQMU392 | WQMU439 | WQMU486 |
| WQSR417 | WQMU301 | WQMU346 | WQMU393 | WQMU440 | WQMU487 |
| WQSR418 | WQMU302 | WQMU347 | WQMU394 | WQMU441 | WQMU488 |
| | WQMU303 | WQMU348 | WQMU395 | WQMU442 | WQMU489 |
| | | WQMU349 | WQMU396 | WQMU443 | WQMU490 |
| | | WQMU350 | WQMU397 | WQMU444 | WQMU491 |

| | | | | | |
|---|---|---|---|---|---|
| WQMU492 | WQMU539 | WQMU586 | WQMU633 | WQMU680 | WQMU727 |
| WQMU493 | WQMU540 | WQMU587 | WQMU634 | WQMU681 | WQMU728 |
| WQMU494 | WQMU541 | WQMU588 | WQMU635 | WQMU682 | WQMU729 |
| WQMU495 | WQMU542 | WQMU589 | WQMU636 | WQMU683 | WQMU730 |
| WQMU496 | WQMU543 | WQMU590 | WQMU637 | WQMU684 | WQMU731 |
| WQMU497 | WQMU544 | WQMU591 | WQMU638 | WQMU685 | WQMU732 |
| WQMU498 | WQMU545 | WQMU592 | WQMU639 | WQMU686 | WQMU733 |
| WQMU499 | WQMU546 | WQMU593 | WQMU640 | WQMU687 | WQMU734 |
| WQMU500 | WQMU547 | WQMU594 | WQMU641 | WQMU688 | WQMU735 |
| WQMU501 | WQMU548 | WQMU595 | WQMU642 | WQMU689 | WQMU736 |
| WQMU502 | WQMU549 | WQMU596 | WQMU643 | WQMU690 | WQMU737 |
| WQMU503 | WQMU550 | WQMU597 | WQMU644 | WQMU691 | WQMU738 |
| WQMU504 | WQMU551 | WQMU598 | WQMU645 | WQMU692 | WQMU739 |
| WQMU505 | WQMU552 | WQMU599 | WQMU646 | WQMU693 | WQMU740 |
| WQMU506 | WQMU553 | WQMU600 | WQMU647 | WQMU694 | WQMU741 |
| WQMU507 | WQMU554 | WQMU601 | WQMU648 | WQMU695 | WQMU742 |
| WQMU508 | WQMU555 | WQMU602 | WQMU649 | WQMU696 | WQMU743 |
| WQMU509 | WQMU556 | WQMU603 | WQMU650 | WQMU697 | WQMU744 |
| WQMU510 | WQMU557 | WQMU604 | WQMU651 | WQMU698 | WQMU745 |
| WQMU511 | WQMU558 | WQMU605 | WQMU652 | WQMU699 | WQMU746 |
| WQMU512 | WQMU559 | WQMU606 | WQMU653 | WQMU700 | WQMU747 |
| WQMU513 | WQMU560 | WQMU607 | WQMU654 | WQMU701 | WQMU748 |
| WQMU514 | WQMU561 | WQMU608 | WQMU655 | WQMU702 | WQMU749 |
| WQMU515 | WQMU562 | WQMU609 | WQMU656 | WQMU703 | WQMU750 |
| WQMU516 | WQMU563 | WQMU610 | WQMU657 | WQMU704 | WQMU751 |
| WQMU517 | WQMU564 | WQMU611 | WQMU658 | WQMU705 | WQMU752 |
| WQMU518 | WQMU565 | WQMU612 | WQMU659 | WQMU706 | WQMU753 |
| WQMU519 | WQMU566 | WQMU613 | WQMU660 | WQMU707 | WQMU754 |
| WQMU520 | WQMU567 | WQMU614 | WQMU661 | WQMU708 | WQMU755 |
| WQMU521 | WQMU568 | WQMU615 | WQMU662 | WQMU709 | WQMU756 |
| WQMU522 | WQMU569 | WQMU616 | WQMU663 | WQMU710 | WQMU757 |
| WQMU523 | WQMU570 | WQMU617 | WQMU664 | WQMU711 | WQMU758 |
| WQMU524 | WQMU571 | WQMU618 | WQMU665 | WQMU712 | WQMU759 |
| WQMU525 | WQMU572 | WQMU619 | WQMU666 | WQMU713 | WQMU760 |
| WQMU526 | WQMU573 | WQMU620 | WQMU667 | WQMU714 | WQMU761 |
| WQMU527 | WQMU574 | WQMU621 | WQMU668 | WQMU715 | WQMU762 |
| WQMU528 | WQMU575 | WQMU622 | WQMU669 | WQMU716 | WQMU763 |
| WQMU529 | WQMU576 | WQMU623 | WQMU670 | WQMU717 | WQMU764 |
| WQMU530 | WQMU577 | WQMU624 | WQMU671 | WQMU718 | WQMU765 |
| WQMU531 | WQMU578 | WQMU625 | WQMU672 | WQMU719 | WQMU766 |
| WQMU532 | WQMU579 | WQMU626 | WQMU673 | WQMU720 | WQMU767 |
| WQMU533 | WQMU580 | WQMU627 | WQMU674 | WQMU721 | WQMU768 |
| WQMU534 | WQMU581 | WQMU628 | WQMU675 | WQMU722 | WQMU769 |
| WQMU535 | WQMU582 | WQMU629 | WQMU676 | WQMU723 | WQMU770 |
| WQMU536 | WQMU583 | WQMU630 | WQMU677 | WQMU724 | WQMU771 |
| WQMU537 | WQMU584 | WQMU631 | WQMU678 | WQMU725 | WQMU772 |
| WQMU538 | WQMU585 | WQMU632 | WQMU679 | WQMU726 | WQMU773 |

| | | | | | |
|---|---|---|---|---|---|
| WQMU774 | WQMU821 | WQMU868 | WQMU915 | WQMU962 | WQMV209 |
| WQMU775 | WQMU822 | WQMU869 | WQMU916 | WQMU963 | WQMV210 |
| WQMU776 | WQMU823 | WQMU870 | WQMU917 | WQMU964 | WQMV211 |
| WQMU777 | WQMU824 | WQMU871 | WQMU918 | WQMU965 | WQMV212 |
| WQMU778 | WQMU825 | WQMU872 | WQMU919 | WQMU966 | WQMV213 |
| WQMU779 | WQMU826 | WQMU873 | WQMU920 | WQMU967 | WQMV214 |
| WQMU780 | WQMU827 | WQMU874 | WQMU921 | WQMU968 | WQMV215 |
| WQMU781 | WQMU828 | WQMU875 | WQMU922 | WQMU969 | WQMV216 |
| WQMU782 | WQMU829 | WQMU876 | WQMU923 | WQMU970 | WQMV217 |
| WQMU783 | WQMU830 | WQMU877 | WQMU924 | WQMU971 | WQMV218 |
| WQMU784 | WQMU831 | WQMU878 | WQMU925 | WQMU972 | WQMV219 |
| WQMU785 | WQMU832 | WQMU879 | WQMU926 | WQMU973 | WQMV220 |
| WQMU786 | WQMU833 | WQMU880 | WQMU927 | WQMU974 | WQMV221 |
| WQMU787 | WQMU834 | WQMU881 | WQMU928 | WQMU975 | WQMV222 |
| WQMU788 | WQMU835 | WQMU882 | WQMU929 | WQMU976 | WQMV223 |
| WQMU789 | WQMU836 | WQMU883 | WQMU930 | WQMU977 | WQMV224 |
| WQMU790 | WQMU837 | WQMU884 | WQMU931 | WQMU978 | WQMV225 |
| WQMU791 | WQMU838 | WQMU885 | WQMU932 | WQMU979 | WQMV226 |
| WQMU792 | WQMU839 | WQMU886 | WQMU933 | WQMU980 | WQMV227 |
| WQMU793 | WQMU840 | WQMU887 | WQMU934 | WQMU981 | WQMV228 |
| WQMU794 | WQMU841 | WQMU888 | WQMU935 | WQMU982 | WQMV229 |
| WQMU795 | WQMU842 | WQMU889 | WQMU936 | WQMU983 | WQMV230 |
| WQMU796 | WQMU843 | WQMU890 | WQMU937 | WQMU984 | WQMV231 |
| WQMU797 | WQMU844 | WQMU891 | WQMU938 | WQMU985 | WQMV232 |
| WQMU798 | WQMU845 | WQMU892 | WQMU939 | WQMU986 | WQMV233 |
| WQMU799 | WQMU846 | WQMU893 | WQMU940 | WQMU987 | WQMV234 |
| WQMU800 | WQMU847 | WQMU894 | WQMU941 | WQMU988 | WQMV235 |
| WQMU801 | WQMU848 | WQMU895 | WQMU942 | WQMU989 | WQMV236 |
| WQMU802 | WQMU849 | WQMU896 | WQMU943 | WQMU990 | WQMV237 |
| WQMU803 | WQMU850 | WQMU897 | WQMU944 | WQMU991 | WQMV238 |
| WQMU804 | WQMU851 | WQMU898 | WQMU945 | WQMU992 | WQMV239 |
| WQMU805 | WQMU852 | WQMU899 | WQMU946 | WQMU993 | WQMV240 |
| WQMU806 | WQMU853 | WQMU900 | WQMU947 | WQMU994 | WQMV241 |
| WQMU807 | WQMU854 | WQMU901 | WQMU948 | WQMU995 | WQMV242 |
| WQMU808 | WQMU855 | WQMU902 | WQMU949 | WQMU996 | WQMV243 |
| WQMU809 | WQMU856 | WQMU903 | WQMU950 | WQMU997 | WQMV244 |
| WQMU810 | WQMU857 | WQMU904 | WQMU951 | WQMU998 | WQMV245 |
| WQMU811 | WQMU858 | WQMU905 | WQMU952 | WQMU999 | WQMV246 |
| WQMU812 | WQMU859 | WQMU906 | WQMU953 | WQMV200 | WQMV247 |
| WQMU813 | WQMU860 | WQMU907 | WQMU954 | WQMV201 | WQMV248 |
| WQMU814 | WQMU861 | WQMU908 | WQMU955 | WQMV202 | WQMV249 |
| WQMU815 | WQMU862 | WQMU909 | WQMU956 | WQMV203 | WQMV250 |
| WQMU816 | WQMU863 | WQMU910 | WQMU957 | WQMV204 | WQMV251 |
| WQMU817 | WQMU864 | WQMU911 | WQMU958 | WQMV205 | WQMV252 |
| WQMU818 | WQMU865 | WQMU912 | WQMU959 | WQMV206 | WQMV253 |
| WQMU819 | WQMU866 | WQMU913 | WQMU960 | WQMV207 | WQMV254 |
| WQMU820 | WQMU867 | WQMU914 | WQMU961 | WQMV208 | WQMV255 |

| | | | |
|---|---|---|---|
| WQMV256 | WQMV303 | WQMV350 | WQSR453 |
| WQMV257 | WQMV304 | WQMV351 | WQSR454 |
| WQMV258 | WQMV305 | WQMV352 | WQSR455 |
| WQMV259 | WQMV306 | WQMV353 | WQSR456 |
| WQMV260 | WQMV307 | WQMV354 | WQSR457 |
| WQMV261 | WQMV308 | WQMV355 | WQSR458 |
| WQMV262 | WQMV309 | WQMV356 | WQSR459 |
| WQMV263 | WQMV310 | WQMV357 | WQSR460 |
| WQMV264 | WQMV311 | WQMV358 | |
| WQMV265 | WQMV312 | WQMV359 | **157 MHz** |
| WQMV266 | WQMV313 | WQMV360 | None |
| WQMV267 | WQMV314 | WQMV361 | |
| WQMV268 | WQMV315 | WQMV362 | **217-219** |
| WQMV269 | WQMV316 | WQMV363 | **MHz** |
| WQMV270 | WQMV317 | WQMV364 | None |
| WQMV271 | WQMV318 | WQMV365 | |
| WQMV272 | WQMV319 | WQMV366 | **220-222** |
| WQMV273 | WQMV320 | WQMV367 | **MHz** |
| WQMV274 | WQMV321 | WQMV368 | None |
| WQMV275 | WQMV322 | WQMV369 | |
| WQMV276 | WQMV323 | WQMV370 | **900 M-** |
| WQMV277 | WQMV324 | WQMV371 | **LMS** |
| WQMV278 | WQMV325 | WQMV372 | None |
| WQMV279 | WQMV326 | WQMV373 | |
| WQMV280 | WQMV327 | WQMV374 | **900 MAS** |
| WQMV281 | WQMV328 | WQMV375 | WQMU210 |
| WQMV282 | WQMV329 | WQMV376 | WQMU211 |
| WQMV283 | WQMV330 | WQMV377 | WQMU212 |
| WQMV284 | WQMV331 | WQMV378 | WQMU213 |
| WQMV285 | WQMV332 | WQMV379 | WQMU214 |
| WQMV286 | WQMV333 | WQMV380 | WQMV397 |
| WQMV287 | WQMV334 | WQMV381 | WQMV398 |
| WQMV288 | WQMV335 | WQMV382 | WQMV399 |
| WQMV289 | WQMV336 | WQMV383 | WQMV400 |
| WQMV290 | WQMV337 | WQMV384 | WQMV401 |
| WQMV291 | WQMV338 | WQMV385 | WQMV402 |
| WQMV292 | WQMV339 | WQMV386 | WQMV403 |
| WQMV293 | WQMV340 | WQMV387 | WQMV404 |
| WQMV294 | WQMV341 | WQMV388 | WQMV405 |
| WQMV295 | WQMV342 | WQMV389 | WQMV406 |
| WQMV296 | WQMV343 | WQMV390 | WQMV407 |
| WQMV297 | WQMV344 | WQMV391 | WQMV408 |
| WQMV298 | WQMV345 | WQMV392 | WQMV409 |
| WQMV299 | WQMV346 | WQMV393 | |
| WQMV300 | WQMV347 | WQMV394 | |
| WQMV301 | WQMV348 | WQMV395 | |
| WQMV302 | WQMV349 | WQMV396 | |

## Verde Systems, LLC

**Summary Spectrum Holdings (Band – Number of FCC licenses)**

35 MHz Paging - 0

43 MHz Paging - 0

157 MHz - 6

217 – 219 MHz – 3

220 – 222 MHz – 34 (all terminated)

900 MHZ M-LMS - 0

900 MHZ MAS - 0

| 35 MHz | WPOJ525 | WPOK891 | WPOK910 | WPOK921 | |
|--------|---------|---------|---------|---------|---|
| None | WPOJ526 | WPOK892 | WPOK911 | WPOK922 | 900 MHz M-LMS |
| | WQEH915 | WPOK901 | WPOK912 | WPOK923 | None |
| | | WPOK902 | WPOK913 | WPOK924 | |
| 43 MHz | | WPOK903 | WPOK914 | WPOK925 | |
| None | 217-219 MHz | WPOK904 | WPOK915 | WPOK926 | 900 MHz MAS |
| | WQCP815 | WPOK905 | WPOK916 | WPOK928 | None |
| | WQCP816 | WPOK906 | WPOK917 | WPOK929 | |
| 157 MHz | WQCP817 | WPOK907 | WPOK918 | WPOK930 | |
| WPOJ521 | | WPOK908 | WPOK919 | WPOK931 | |
| WPOJ523 | 220 – 222 MHz | WPOK909 | WPOK920 | WPOK932 | |
| WPOJ524 | WPOK890 | | | | |

27

**Summary Spectrum Holdings (Band – Number of licenses)**

35 MHz Paging - 0

43 MHz Paging - 0

157 MHz – 3 (2 terminated)

217 – 219 MHz – 7 (all terminated)

220-222 MHz – 162 (all terminated)

900 MHZ MAS - 0

900 MHZ M-LMS - 0

| | | | | |
|---|---|---|---|---|
| **35 MHz**<br>None | WPOI523 | WPOI555 | WPOI587 | WPOI619 | WPOK874 |
| | WPOI524 | WPOI556 | WPOI588 | WPOI620 | WPOK875 |
| | WPOI525 | WPOI557 | WPOI589 | WPOI621 | WPOK876 |
| | WPOI526 | WPOI558 | WPOI590 | WPOI622 | WPOK877 |
| **43 MHz**<br>None | WPOI527 | WPOI559 | WPOI591 | WPOJ290 | WPOK878 |
| | WPOI528 | WPOI560 | WPOI592 | WPOJ291 | WPOK879 |
| | WPOI529 | WPOI561 | WPOI593 | WPOJ292 | WPOK880 |
| **157 MHz** | WPOI530 | WPOI562 | WPOI594 | WPOJ293 | WPOK881 |
| WPOJ514 | WPOI531 | WPOI563 | WPOI595 | WPOJ294 | WPOK882 |
| WPXM576 | WPOI532 | WPOI564 | WPOI596 | WPOJ295 | WPOK883 |
| WQGU231 | WPOI533 | WPOI565 | WPOI597 | WPOJ296 | WPOK884 |
| | WPOI534 | WPOI566 | WPOI598 | WPOJ297 | WPOK885 |
| **217-219 MHz** | WPOI535 | WPOI567 | WPOI599 | WPOJ298 | WPOK886 |
| WHV211 | WPOI536 | WPOI568 | WPOI600 | WPOJ299 | WPOK887 |
| WHV257 | WPOI537 | WPOI569 | WPOI601 | WPOJ300 | WPOK888 |
| WHV287 | WPOI538 | WPOI570 | WPOI602 | WPOJ301 | WPOK889 |
| WHV523 | WPOI539 | WPOI571 | WPOI603 | WPOJ302 | WPOK893 |
| WHV653 | WPOI540 | WPOI572 | WPOI604 | WPOJ303 | WPOK894 |
| WPSQ413 | WPOI541 | WPOI573 | WPOI605 | WPOJ304 | WPOK895 |
| WPUR349 | WPOI542 | WPOI574 | WPOI606 | WPOJ305 | WPOK896 |
| | WPOI543 | WPOI575 | WPOI607 | WPOJ306 | WPOK897 |
| | WPOI544 | WPOI576 | WPOI608 | WPOK862 | WPOK898 |
| **220-222 MHz** | WPOI545 | WPOI577 | WPOI609 | WPOK863 | WPOK899 |
| WPOI514 | WPOI546 | WPOI578 | WPOI610 | WPOK864 | WPOK900 |
| WPOI515 | WPOI547 | WPOI579 | WPOI611 | WPOK865 | WPOK933 |
| WPOI516 | WPOI548 | WPOI580 | WPOI612 | WPOK866 | |
| WPOI517 | WPOI549 | WPOI581 | WPOI613 | WPOK867 | |
| WPOI518 | WPOI550 | WPOI582 | WPOI614 | WPOK868 | **900 MHz M-LMS** |
| WPOI519 | WPOI551 | WPOI583 | WPOI615 | WPOK869 | None |
| WPOI520 | WPOI552 | WPOI584 | WPOI616 | WPOK871 | |
| WPOI521 | WPOI553 | WPOI585 | WPOI617 | WPOK872 | **900 MHz MAS** |
| WPOI522 | WPOI554 | WPOI586 | WPOI618 | WPOK873 | None |

# Tab
# 2

**BANK ACCOUNTS**

Mr. Havens is ordered to provide detailed bank account information to the Receiver for all accounts held or controlled by any of the Receivership Entities, and must do so no less than 48 hours after entry of the order appointing a receiver.

*96*

# Tab 3

**Real property owned and used by the Receivership Entities:**

    1.      Any leasehold interest in 2509 Stuart St Berkeley, CA 94705. This shall not extend to the record title to the real property, nor may the Receiver interfere with Mr. Havens' use and occupancy of portions of the property not leased to any of the Receivership entities.

However, the Receiver may not take possession of the Stuart Street property if defendant Warren Havens resides on the property.

# ATTACHMENT 27

1.      As soon as possible, at her discretion, the Receiver shall execute and file with the Federal Communications Commission (the "FCC") all notices, applications, reports or other documentation necessary to establish the Receiver's control over all FCC authorizations, permits, or licenses (identified in Tab 1 to Attachment 1 and collectively referred to as the "FCC Licenses") and to, at her discretion, take such other actions with respect to the FCC as may be necessary or appropriate; including, without limitation, the filing of the necessary forms to assign the FCC Licenses from the Receivership Entities (as defined in Attachment 1) to the Receiver (the "FCC Assignment Application") and, in connection therewith, signing such FCC Assignment Application on behalf of the Receivership entities.

2.      Also as soon as possible, the Receiver shall, at her discretion, intervene in ongoing FCC hearings or other proceedings, if any, related to the Receivership Entities.

3.      The Receiver shall immediately acquire from the Receivership Entities (specifically Warren Havens) and all of their agents or officers, all keys relating to the Estate, and may change any and all locks on the Estate, subject to a prohibition on interference with Mr. Havens' use and occupancy of real property not leased to any of the Receivership Entities, and shall acquire all passwords, designators, identification numbers, and other information necessary to access the FCC's computerized licensing and reporting systems in connection with the transfer of control to the Receiver of the FCC Licenses held by the Receivership Entities; including, without limitation, all federal registration numbers, ULS, CDBS and IBFS passwords and account numbers (if the Receivership Entities will not provide this information immediately upon demand by the Receiver, the Federal Communications Commission is hereby authorized to provide the information directly to the Receiver, and the Court requests that it do so as soon as possible).

4.     The Receivership Entities shall surrender to the Receiver all monies accountable to the proceeds, revenues, issues and profits of the Estate, now in the possession, custody or control of the Receivership Entities and their agents and representatives. *(see 4(e) & 5(c) of p. 1 of Order)*

5.     The Receiver's fees and costs shall be paid from the Estate. If the Estate lacks sufficient cash or the ability to finance such payments, the Receiver is authorized to borrow from Mr. Leong such funds as may be necessary to perform her duties as set forth herein, and Mr. Leong may advance or loan funds to the Receiver, in Mr. Leong's sole and absolute discretion. Upon execution of this Order, Mr. Leong ~~will~~ *may* loan the Receiver ~~within one business day~~ the amount of $50,000 (fifty thousand dollars) as an initial loan. The amount and frequency of further loans shall be agreed between the Receiver and Mr. Leong after it is known whether the Estate can fund or finance the Receiver. The Receiver is authorized to issue to Mr. Leong Certificates of Indebtedness, in substantially the form attached hereto, as evidence of receivership indebtedness. ~~All Certificates of Indebtedness shall be executed and delivered by the Receiver as a condition to funding, and shall be numbered in sequential order. All such Certificates of Indebtedness, when issued, shall constitute a lien on all of the present and future assets of the Estate, and shall have priority over all liens and security interests (other than the Receiver's fees, expenses and administrative costs, which for all purposes of this Order shall be paid out of estate funds prior to all other liens, claims and encumbrances against the Estate), whether previously existing or hereafter created, and shall be automatically perfected without any further action by Mr. Leong.~~ The Receiver shall execute such other documents and take such further actions as may be reasonably requested by Mr. Leong to evidence, document or perfect the liens and security interests described herein.

6.     Nothing in this Order shall require Havens or the Receivership Entities to disclose to the Receiver communications and materials pre-dating entry of this Order which are protected by the attorney-client privilege the attorney work product doctrine or other applicable privileges under state or federal law.

7.    To the extent that the Receivership Entities possess trade secrets (as defined in Civil Code § 3426.1), the Receiver is prohibited from disclosing those trade secrets to the parties to this action, their attorneys, in public filings to this court, or the public.

## CERTIFICATE OF INDEBTEDNESS

Certificate Number: _____

Amount: $_____

     This is to certify that there is due to _____ (" _____") from Susan L. Uecker, not individually, but in her capacity as Receiver of the property ("the Receivership Estate") which is the subject matter of the litigation in _____, _____ County Superior court Action No. _____, put in her possession and control by that Order Appointing Receiver filed _____, by the principal sum of _____ ($_____) payable on or before one (1) year after the date of execution of this Certificate of Indebtedness, or upon the date of the final distribution of the Receivership's assets, whichever date occurs first. Payments shall be made on presentation and surrender of this Certificate when due in accordance with the terms hereof at the office of the Receiver. Interest shall be payable on the principal sum hereof at the rate of interest equal to five percent (5.0%) per annum.

     This Certificate is subject to redemption at any time before maturity at par and with accrued interest thereon.

     This Certificate is issued under the authority of, and in accordance with, the orders of the Superior Court of the State of California in and for the County of _____ rendered in the above referenced action on _____. ~~This Certificate of Indebtedness is declared to be a debt of Susan L. Uecker in her capacity as Receiver aforesaid, and her successors, and to constitute a second priority lien on all property, real and personal, of the Receivership Estate in the custody of Susan L. Uecker or subsequently acquired by Susan L. Uecker in her capacity aforesaid or her successors~~.

     This Certificate of Indebtedness is executed by Susan L. Uecker in her capacity as Receiver aforesaid and the said Susan L. Uecker shall have no personal liability with respect to any of the obligations referred to herein.

     This Certificate shall not be obligatory for any purpose until signed by Susan L. Uecker in her capacity of Receiver aforesaid.

     IN WITNESS WHEREOF, Susan L. Uecker, Receiver, has executed this Certificate as Receiver, but not personally, on _____ at San Francisco, California.

 

Susan L. Uecker,
In Her Capacity as Receiver

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
3  DAVID A. DEGROOT, Cal. Bar No. 168073
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:  415.434.9100
5  Facsimile:  415.434.3947
   Email:      gfreeman@sheppardmullin.com
6              ddegroot@sheppardmullin.com

7  Attorneys for Receiver
   SUSAN L. UECKER

8

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                    COUNTY OF ALAMEDA

11                  UNLIMITED JURISDICTION

12

| | |
|---|---|
| 13  ARNOLD LEONG, | Case No. 2002-070640 |
| 14          Plaintiff, | [PROPOSED] ORDER |
| 15      v. | Date:   November 25, 2015 |
| | Time:   9 a.m. |
| 16  WARREN HAVENS, also known as eitt | Dept.:  24 |
|     lif koma nú gríðastaðir, an individual, | Judge:  Hon. Frank Roesch |
| 17  ENVIRONMENTEL LLC, | |
|     ENVIRONMENTEL-2 LLC, | |
| 18  INTELLIGENT TRANSPORTATION & | |
|     MONITORING WIRELESS LLC, V2G | |
| 19  LLC, ATLIS WIRELESS LLC, | |
|     SKYBRIDGE SPECTRUM | |
| 20  FOUNDATION, VERDE SYSTEMS | |
|     LLC, TELESAURUS HOLDINGS GB, | |
| 21  LLC, and DOES 1 through 30, inclusive, | |
| 22          Defendants. | |

23

24        The Ex Parte Motion of defendant Warren Havens ("Havens") for an

25  Amended Receivership Order came on for hearing on November 25, 2015. Appearances

    were as stated on the record.

26

          After considering the papers on file and the arguments of counsel, and good

27  cause appearing, it is hereby ORDERED THAT,

28

                              -1-

SMRH:224379413.1                                          ORDER

1.    The employment of Sheppard Mullin Richter & Hampton LLP as counsel for the Receiver at a rate of $495.00 per hour ~~was~~ *is* approved ~~pursuant to the Court's November 16, 2015 order ("Order"); and~~ *through the month of December and continuing until application to employ counsel*

2.    The Order is modified as follows: *may be heard instanly.*

(a)    paragraph 27.2 is amended by the addition of the following: "The Receiver is specifically empowered to control, manage, and direct any such proceedings, including but not limited to those listed below in Exhibit 1, and counsel for any Receivership Entities therein. The Receiver may, subject to Court approval, engage current counsel *temporarily* in those matters or new counsel, and ~~may~~ *must* apply to the Court ~~on 48 hours' notice to the parties~~ for approval of counsel she proposes to engage *or has engaged.* ~~(if other than SMRH)~~. Payment of any counsel would be subject *ing* to paragraphs 4(e) and 5(c) of this Order. The Receiver shall be authorized to dismiss, resolve or settle any pending proceeding, subject to Court approval. ~~The Receiver shall not be responsible for, control, or manage the Receivership Entities in connection with pending AAA arbitration No. 74-180-Y-01005-05.~~";

(b)    ~~paragraph 28.e.8 is amended by adding at the end of that section and before the period ", other than AAA arbitration No. 74-180-Y-01005-05"; and~~

(c)    ~~paragraph 30 is added: "The Receivership Entities may participate in the parties' ongoing arbitration (AAA arbitration No. 74-180-Y-01005-05) at Mr. Havens' direction. Counsel for the Receivership Entities are to be compensated by Mr. Havens."~~

Dated: November 25, 2015

_Frank Roesch_ (signature)

_____

The Honorable Frank Roesch
Judge of the Superior Court

# EXHIBIT 1 – LIST OF PENDING PROCEEDINGS

**Lawsuits and administrative proceedings.** There are a series of lawsuits and administrative proceedings in which one or more of the receivership entities are parties. This is not in any particular order:

a. **MCLM ST Proceeding before the FCC.** This may require action within a week or so under FCC pleading cycle rules. This is a proceeding before the full Federal Communications Commission involving licenses held by Maritime Communications or MCLM called the MCLM "Second Thursday" proceeding, or MCLM ST proceeding that involves the receivership entities, and Mr. Havens as opponents of MCLM. This is separate from the proceeding before a FCC administrative law judge for the FCC which resulted in the order that precipitated the receivership motion in this matter, and that also involves the receivership entities, and Mr. Havens. The potential value if the entities continue to prevail is large.

b. **MCLM Docket 11-71 Proceeding.** This is the proceeding that included the ALJ Order noted in (a) above. MCLM is in a chapter 11 bankruptcy (see below). Its successor under the Chapter 11 Plan is Choctaw Communications. Havens and the entities succeeded in the first phase of this proceeding in getting clearance of 82% of the MCLM-held licenses that had artificially encumbered the entities' licenses. This provided a large measurable benefit. However, after the first-phase trial, the ALJ Order was issued. This ALJ Order was appealed within the FCC by Jeff Blumenfeld of the Lowenstein Sandler law firm. https://www.lowenstein.com/jblumenfeld/. Recently, before the receivership order was entered, Mr. Blumenfeld commenced communications with counsel to Choctaw regarding a settlement that would appear in the interest of the FCC, and would benefit the receivership entities and Choctaw, and via Choctaw, MCLM and its legitimate creditors in its bankruptcy. The proposed settlement would settle all matter related to the receivership entities (and Mr. Havens) and MCLM, Choctaw, and the FCC, as well as the MCLM NJ Case noted below. It is important to timely continue this settlement attempt for reasons Mr. Havens and Mr. Blumenfeld can explain. Lapses in this, and appearance of lapses in the strength of the position of the entities, can jeopardize this potential valuable settlement.

c. **MCLM bankruptcy pending in the Northern District of Mississippi.** This is related to both of the MCLM FCC proceedings noted above. Edward Currie – ecurrie@curriejohnson.com represents the involved receivership entities in that action.

d. **MCLM NJ Case.** A case originating in the US District Court, NJ against MCLM and other defendants, with Sherman Act Antitrust claims, and related claims for violation of the Federal Communications Act, for damage and injunctive relief. The receivership entities and Havens are plaintiffs. This case and the FCC MCLM proceedings are substantially parallel. The case is presently before the Third Circuit Court of Appeals. The case was heard this past summer. The attorneys for the receivership entities are the Saiber firm, Jeffrey Lorell jlorell@saiber.com and Steven Hudspeth from Connecticut, an antitrust law expert (not at Saiber) – dahuds@optonline.net

e. **Winne Banta case.** Related to (d) is a attorneys fees suit in state court in New Jersey by former attorneys at the Winne Banta law firm for the receivership entities in the MCLM NJ case, prior to Saiber and Mr. Hudspeth. The defendants have a counterclaim. Keith McKenna at the McKenna law firm, in NJ and NY, represents the defendants and counter claimants. http://www.mcklaw.net/attorneys/

f. **T. Kurian matter, Clark County Court, Nevada.** A court action in the Clark County, Nevada court by Environmentel LLC and Mr. Havens against Thomas

Kurian for beach of contract, specific performance, and damages  David Mincin – dmincin@lawlasvegas.com is counsel for Environmentel LLC and Mr. Havens in this matter.  Environmentel won a preliminary injunction.  A trial date is not set.  There is a status conference in January 2016.  The contract to be enforced is worth in the range of tens of millions of dollars in the value of the FCC licensed spectrum involved.

   g.  **P. Kurian matter, Clark County Court, Nevada.** This is a receivership in Nevada, Clark County, which holds about 100 FCC licenses for benefit of the Environmentel LLC based on a court judgment in favor of Environmentel for over $6 million plus interest.  Bill Holland is the receiver.  David Mincin is also counsel in this matter.  There is a related bankruptcy by P. Kurian in the Bankruptcy Court in the District of Nevada .  Mr. Mincin got certain relief in the bankruptcy case to allow the receiver to proceed as indicated above.

   h.  **PSE v. Environmentel LLC et al., U.S. District Court, Western District of Washington.** Certain action needed now or very soon.  This is a recently filed case.  PSE sued Skybridge Spectrum Foundation, Havens and Atlis Wireless LLC also.  The defendants' motion to dismiss is pending.  The lawyers for Enviromentel and other defendants  are the Corr Cronin firm in Seattle.  This matter is in substantial part related to MCLM matters indicated above.  Defendants may have a counterclaim, and right to arbitrate at least some aspects of this action.

   i.  **Atlis Wireless LLC v. Griffith Alameda Superior Court Case No. RG15770117.** Mr. Havens is also a plaintiff in his individual capacity. This is an action for breach of a settlement agreement.  The amended complaint was filed this past September.  The Griffith action is related to the arbitration, and the arbitrator has been informed of its existence.  Mr. Mincin represents Atlis, et al including Mr. Havens. There is a deposition set for 11/23, which I believe is being taken off calendar.

   j.  **Telesaurus v. Radiolink.** The US District Court for the District of Arizona issued a Rule 11 sanction in connection with an amended complaint filed for Telesaurus VPC LLC, now called Verde LLC, by the Nossaman law firm of San Francisco, but the sanction was imposed only against the plaintiff Verde.   The amount of the award, approximately $113,000, was placed into escrow by Verde, pending an appeal that failed.  Radiolink asked the escrow agent to release the funds.  Havens believes Verde has a valid further claim defense based upon misrepresentations to the FCC made by Radiolink.  The parties are in settlement negotiations primarily regarding who will get the escrow funds which are likely to be time sensitive.

   k.  **Bernstein action**. A court action, now in an arbitration on a attorney fee dispute.  The attorney is Adam Bernstein of San Jose, who sued the receivership entities, along with Havens and Mr. Stobaugh, the General Manager of the entities.

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2       Including Professional Corporations
    GERALDINE A. FREEMAN, Cal. Bar No. 111483
3   DAVID A. DEGROOT, Cal. Bar No. 168073
    Four Embarcadero Center, 17th Floor
4   San Francisco, California 94111-4109
    Telephone:    415.434.9100
5   Facsimile:    415.434.3947
    Email:        gfreeman@sheppardmullin.com
6                 ddegroot@sheppardmullin.com
7   Attorneys for Receiver
    SUSAN L. UECKER
8

F I L E D
ALAMEDA COUNTY

JAN 2 6 2016

CLERK OF THE SUPERIOR COURT
By_____
                              Deputy

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                        COUNTY OF ALAMEDA

11                      UNLIMITED JURISDICTION

12

13   ARNOLD LEONG,                        Case No. 2002-070640

14          Plaintiff,                    [PROPOSED] SECOND ORDER
                                          AMENDING RECEIVERSHIP ORDER
15      v.
                                          Hrg. Date:  January 21, 2016
16   WARREN HAVENS, an individual,        Time:       3:45 p.m.
     ENVIRONMENTEL LLC,                   Dept:       24
17   ENVIRONMENTEL-2 LLC,                 Judge:      The Hon. Frank Roesch
     INTELLIGENT TRANSPORTATION &
18   MONITORING WIRELESS LLC, V2G
     LLC, ATLIS WIRELESS LLC,
19   SKYBRIDGE SPECTRUM
     FOUNDATION, VERDE SYSTEMS
20   LLC, TELESAURUS HOLDINGS GB,
     LLC, and DOES 1 through 30, inclusive,
21
            Defendants.
22

23

24          The Court has further considered the status of the receivership and, having

25   heard the views of Susan L. Uecker ("Receiver") and the argument of plaintiff Arnold

26   Leong ("Leong") and defendant Warren Havens ("Havens") at a hearing on January 21,

27   2016, regarding the Receiver's interest and participation in pending AAA arbitration No.

28   74 180 Y 01005 05 (the "Arbitration"), and GOOD CAUSE APPEARING,

                                        -1-

SMRH:224459713.2                                              ORDER

IT IS HEREBY ORDERED THAT the Receivership Order dated November 16, 2015, as amended by an Order dated November 25, 2015, is hereby further amended as follows:

Paragraph 27.2 is amended by the addition of the following:

"With regard to pending AAA arbitration No. 74 180 Y 01005 05 and the arbitration of the Second Amended Complaint of Plaintiff (together, the 'Arbitration'):

(a) ~participation in~ the Arbitration ~is not a~ proceeding ~was not intended to be~ included within the scope of the Receivership Order;

(b) the Receiver is proscribed from advocating any position on the merits of the dispute in the Arbitration;

(c) Mr. Havens may assert any claims or defenses on behalf of the Receivership Entities and/or himself in the Arbitration, including those already pending in the Arbitration;

(d) Mr. Havens ~should choose to advocate the position of any receivership entity in the arbitration against Mr. Leong, he will be responsible for the cost of it. The receivership shall not pay for Mr. Havens to prosecute his arbitration position against Mr. Leong.~ Anyone with a claim related to Arbitration costs incurred on behalf of the Receivership Entities pre-dating the Receivership Order of November 16, 2015 may file a pre-receivership claim with the Receiver."

Dated: January 26, 2016

_____
The Honorable Frank Roesch
Judge of the Superior Court

Approved as to form:

SHOPOFF CAVALLO & KIRSCH LLP

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

_____
Attorneys for Plaintiff
ARNOLD LEONG


BULLIVANT HOUSER BAILEY PC


*not approved as to form*
_____
Attorneys for Defendant
WARREN HAVENS