**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation,[1] | ) | Case No. 16-10626 (CSS) |
| | ) | |
| Debtor. | ) | **Hearing Date:  May 6, 2016 at 1:00 p.m.** |
| | ) | **Objection Deadline:  April 29, 2016 at 4:00 p.m.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on March 11, 2016, the above-captioned debtor and debtor-in-possession (the "Debtor") filed an *Application Pursuant to Sections 327(a) and 1107 of the Bankruptcy Code, Fed. R. Bankr. P. 2014(a) and Del. Bankr. L. R. 2014-1 for an Order Authorizing the Employment and Retention of Sullivan Hazeltine Allinson LLC as Counsel for the Debtor and Debtor-In-Possession Nunc Pro Tunc to the Petition Date* (the "Application") (Docket No. 3).  A copy of the Application is attached hereto for reference.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 and served so as to actually be received by the undersigned proposed counsel for the Debtor on or before **April 29, 2016 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application is scheduled for **May 6, 2016 at 1:00 p.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, **5th Floor, Courtroom 6, Wilmington, Delaware before the Honorable Christopher S. Sontchi,** United States Bankruptcy Judge for the District of Delaware.

---

[1] The last four digits of the Debtor's federal tax identification number are 8487.  The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE APPLICATION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Date: April 15, 2016<br>Wilmington, DE | SULLIVAN · HAZELTINE · ALLINSON LLC<br><br>/s/ E.E. Allinson III<br>Elihu E. Allinson III (No. 3476)<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>Email: zallinson@sha-llc.com<br><br>*Proposed Attorneys for the Debtor*<br>*and Debtor-in-Possession* |

## CERTIFICATE OF SERVICE

I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 15th day of April 2016, I caused a copy of the *Notice of Application* to be served upon the parties listed on the attached service list via First Class, U.S. Mail, postage pre-paid.

Under penalty of perjury, I declare the foregoing to be true and correct.

April 15, 2016                                      /s/ *Elihu E. Allinson III*
Date                                                Elihu E. Allinson III

**Skybridge Spectrum Foundation**
**Case No. 16-10626 (CSS)**
**Service List**

Eric D. Schwartz, Esq.
Curtis S. Miller, Esq.
Tamara K. Minott, Esq.
Marcy J. McLaughlin, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1800
Wilmington, DE 19801

Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Anne Gwal Esq.
Pepco Holdings Inc. Service Company
500 N. Wakefield Drive 92DC42
PO Box 6066
Newark, DE 19702

Marlene Dortch, Secretary
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

Steven R. Secrist, Esq.
Puget Sound Energy
10885 NE 4th Street
Bellevue, WA 98009-9734

Robert M. Jacobs, Esq.
Winne Banta
Court Plaza South - East Wing
21 Main Street, Suite 101
P.O. Box 647
Hackensack, NJ 07601-0647

David Gerardi, Esq.
United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Dean A. Ziehl, Esq.
Jeremy V. Richards, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100

Ms. Susan Uecker
Uecker & Associates, Inc.
1613 Lyon Street, Suite A
San Francisco, CA 94115

Stephen Hudspeth, Esq.
6 Glen Hill Road
Wilton, CT 06897

William H. Leech, Esq.
Copeland Cook Taylor & Bush
1076 Highland Colony Parkway
Concourse 600, Suite 100
Ridgeland, MS 39157

W. Patrick Doherty, Esq.
National Railroad Passenger Corporation
40 Massachusetts Avenue, NE
Washington, DC 20002

**Skybridge Spectrum Foundation**
**Case No. 16-10626 (CSS)**
**Service List**

David Pierce, Esq.
Axiom Global Inc.
405 Howard Street, Suite 650
San Francisco, CA 94105

Mr. Michael Lannan
PTC-220, LLC
2400 Western Center Boulevard
Fort Worth, TX 76131-1322

Gary Young, Senior Project Manager
GE Transportation Systems Global Signaling LLC
2712 S. Dillingham Road
Grain Valley, MO 64029

Raphael M. Rosenblatt, Esq.
Rosenblatt Law PC
21 Main Street
Court Plaza South, Suite 305
Hackensack, NJ 07601

Barry Coburn, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue NW, 2nd Floor
Washington DC 20036

ATLIS Wireless LLC
c/o Susan Uecker, Receiver
1613 Lyon Street, Suite A
San Francisco, CA 94115

Ms. Susan Uecker
1613 Lyon Street, Suite A
San Francisco, CA 94115

David Steele, Esq.
Perkins Coie LLP
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA 98004-5579

Mr. Arnold Leong
3111 Green River Drive
Reno, NV 89503

Maureen Donahue Hardwick, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W., Ste. 1100
Washington, DC 20005-1209

Adam R. Bernstein, Esq.
198 Coffeeberry Drive
San Jose, CA 95123

Dana Frix, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue NW
Washington, DC 20036

Jeffrey Blumenfeld, Esq.
Lowenstein Sandler
2200 Pennsylvania Ave. NW
Washington, DC 20037

David DeGroot, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

Alan D. Smith, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

Marc S. Sacks, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

**Skybridge Spectrum Foundation**
**Case No. 16-10626 (CSS)**
**Service List**

Daniel Carrigan, Esq.
Baker, Donelson, Bearman, Caldwell &
    Berkowitz, PC
901 K Street NW, Suite 900
Washington, DC 20001