**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Skybridge Spectrum Foundation,[1] | ) | Case No. 16-10626 (CSS) |
| | ) | |
| Debtor. | ) | **Objection Deadline: April 29, 2016, 2016 at 4:00 p.m.** |
| | ) | **Hearing Date: May 6, 2016 at 1:00 p.m.** |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 15, 2016, Skybridge Spectrum Foundation (the "Debtor"), as debtor and debtor-in-possession in the above-captioned case, filed the attached *Motion of the Debtor for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 and served so as to actually be received by undersigned proposed counsel for the Debtor on or before **April 29, 2016 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 5th Floor, Courtroom 6, on **May 6, 2016 at 1:00 p.m. prevailing Eastern time.**

---

[1] The last four digits of the Debtor's federal tax identification number are 8487. The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Date:  April 15, 2016
       Wilmington, DE         **SULLIVAN · HAZELTINE · ALLINSON LLC**

                              */s/ E.E. Allinson III*
                              Elihu E. Allinson III (No. 3476)
                              901 North Market Street, Suite 1300
                              Wilmington, DE 19801
                              Tel: (302) 428-8191
                              Fax: (302) 428-8195
                              Email: zallinson@sha-llc.com

                              *Proposed Attorneys for the Debtors
                              and Debtors-in-Possession*