# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Skybridge Spectrum Foundation,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 16-10626 (CSS)<br><br>**Hearing Date:**<br>May 6, 2016, at 1:00 p.m. (ET)<br>**Objection Deadline:**<br>April 29, 2016 at 4:00 p.m. (ET)<br><br>**RE:  D.I. 62** |

## NOTICE OF MOTION OF SUSAN L. UECKER, THE COURT-APPOINTED RECEIVER, FOR ENTRY OF AN ORDER PRESERVING THE STATUS QUO OF THE RECEIVERSHIP PENDING A HEARING ON EXCUSAL FROM COMPLIANCE WITH SECTION 543 OF THE BANKRUPTCY CODE AND DR. LEONG'S MOTION TO DISMISS THE BANKRUPTCY CASE

PLEASE TAKE NOTICE that on April 15, 2016, Susan L. Uecker, as the court-appointed receiver (the "Receiver") of Skybridge Spectrum Foundation ("Skybridge" or the "Debtor") filed the **Motion Of Susan L. Uecker, The Court-Appointed Receiver, For Entry Of An Order Preserving The Status Quo Of The Receivership Pending A Hearing On Excusal From Compliance With Section 543 Of The Bankruptcy Code And Dr. Leong's Motion To Dismiss The Bankruptcy Case** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a written response or objection to the Motion (the "Response") with the Clerk of the U. S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 29, 2016 at 4:00 p.m. (Eastern Time) (the "Objection Deadline")**.  At the same time, you must serve such Response upon the undersigned counsel for the Receiver so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such requested hearing.

PLEASE TAKE FURTHER NOTICE THAT **A HEARING ON THE MOTION HAS BEEN SCHEDULED FOR MAY 6, 2016 AT 1:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.  ONLY

---

[1]  The last four digits of the Debtor's federal tax identification number are 8487.  The Debtor's address is 2509 Stuart Street, Berkeley, CA 94705.

PARTIES WHO HAVE FILED A TIMELY RESPONSE WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 15, 2016
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Curtis S. Miller (No. 4593)
Tamara K. Minott (No. 5643)
Marcy J. McLaughlin (No. 6184)
1201 North Market Street, Suite 1800
Wilmington, DE 19801
Telephone: 302.351.9208
Facsimile: 302.425.4672
Email: eschwartz@mnat.com
cmiller@mnat.com
tminott@mnat.com
mmclaughlin@mnat.com

*Counsel for the Receiver*

9973067.1