UNITED STATES BANKRUPTCY COURT
IN THE   DISTRICT OF DELAWARE

In re Skybridge Spectrum Foundation        Case No. 16-10626 (CSS)
      Debtor

### INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | Yes | Yes |
| **Certificates of Insurance:** | | |
| Workers Compensation | No | Yes |
| Property | Yes | Yes |
| General Liability | Yes | Yes |
| Vehicle | No | Yes |
| Other: | No | Yes |
| Identify areas of self-insurance w/liability caps | No | Yes |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | No | Yes |
| General Operating Account | No | Yes |
| Money Market Account pursuant to Local Rule 4001-3 for the District of Delaware only. Refer to: http://www.deb.uscourts.gov/ | No | Yes |
| Other: Explantation of Receivership and related matters | No | Yes |
| **Retainers Paid (Form IR-2)** | Yes | Yes |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_[signature]_                                         April 23, 2016
Signature of Debtor                                    Date


_____                        _____
Signature of Joint Debtor                              Date

_[signature]_                                         April 23, 2016
Signature of Authorized Individual*                    Date

**Warren Havens**                                     **Sole Director, sole Member and President**
Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

1

**In re Skybridge Spectrum Foundation**  Case No. 16-10626 (CSS) Debtor

## Initial Monthly Operating Report
### Dated April 23, 2016

**Explanations Regarding Status of Debtor in a Receivership,
Receiver's Refusal to Turn Over Debtor's Books and Records,
And Other Matters Affecting this Report**

and

**Explanations Regarding Required Documents**

The First Day and Supplemental Declarations of Warren Havens in this Case provide background regarding some aspects of this April 23, 2016 report.

**I.  Explanations Regarding Status of Debtor in a Receivership, Receiver's Refusal to Turn Over Debtor's Books and Records, And Other Matters Affecting this Report**

As shown in the case docket, Susan Uecker, based on elections and actions of an individual, Arnold Leong,[1] alleges to be a Receiver entitled to keep control of all of Debtor's property.

The Receiver has refused to turn over the books and records of the Debtor, Skybridge Spectrum Foundation ("SSF"),[2] in spite of the automatic stay and in spite of applicable law under the Internal Revenue Code and the Delaware General Corporation Law.[3]

The Receivership Order was entered on November 16, 2015. Since that time, SSF has not has access to its books and records for reasons noted above.

While the Receiver has provided, from time to time, some financial information to SSF as to her actions regarding SSF property and business, and claims against or potentially against SSF, the information is vague, incomplete, not substantiated, has contradictions, and is by and for parties with demonstrated conflicts with SSF, and cannot be relied upon.

In addition, this improper Receivership over SSF is also over the "JV LLCs" described in the First Day and Supplemental Declarations of Warren Havens in this case. SSF has substantial

---

[1] Mr. Leong claims ownership in the Debtor, Skybridge Spectrum Foundation ("SSF") and its property which SSF fully denies as false and fraudulent. Mr. Leong has disclaimed his claims, shown in records of legal actions. However, by these unlawful claims, Mr. Leong obtained a Receivership over SSF noted above.

[2] Herein, by the Debtor, SSF, we mean SSF under the control of its Member and Director, Warren Havens, and in accordance with its organizational documents.

[3] SSF is a Delaware nonstock nonprofit corporation, under Section 501(c)(3) of the Internal Revenue Code. As such, its Member and Director, Warren Havens is entitled to its books and records, and the tax returns are publicly available.

property, contract, and other interests and rights in the JV LLCs.[4] SSF cannot at this time reasonably predict if, when and how the Receivership over the JV LLCs may be terminated allowing the SSF JV Plan to date, which involves the JV LLCs, to resume.

For these reasons, SSF is in the process of revising its long-term business plan, major elements of which cannot currently be reasonably determined due to the Receivership, the Receiver's failure to turn over SSF's financial and business books and records, and consequent changes in market deployments useful for SSF without a relation or with impaired relations with the JV LLCs.

As stated in the Havens Supplemental Declaration, SSF can proceed independent of any or all of JV LLCs with a revised, viable long-term business plan, and a viable chapter 11 plan.

The financial projections and other data and documents submitted herewith, or not available for inclusion, are based on factors noted above and present in this case.

SSF reserves the right to substantially modify its plan and projections as this case proceeds, and in accord with developments in flux noted above.

## II.     Explanations Regarding Required Documents

First, see Section I above.

1.  **12-Month Cash Flow Projection** (Form IR-1): A copy of the Form IR-1 is provided herewith. SSF used its own spreadsheet to prepare this Form with the same structure and content as the court's Form, so that it could prepare the data in Excel for greater flexibility, accuracy and future-report use.

2.  **Certificates of Insurance:**

    Workers' Compensation: At this time, SSF has no paid employees, and thus there is no Workers' Compensation insurance. Once SSF has paid employees, it will use a professional payroll company, and secure workers' compensation insurance, and report that in the appropriate future reports in this case.

    Property: SSF has insurance covering the building and premises that it uses for its administrative office operations through April 28, 2016. It has been renewed through

---

[4] The Receiver's ongoing actions regarding the JV LLCs, including to sell off their FCC licenses for benefit of Mr. Leong, who has no adjudicated ownership in any of them, damages these SSF properties and rights. The false Leong claims, (i) if carried out, may cause loss of all of the SSF licenses and all of the JV LLCs licenses, and (ii) if proven false, give SSF and the JV LLCs, severally and jointly, claims against Mr. Leong and his agents in the 9-figure or 10-figure range in direct damages, as well as indirect and other damages. Based on evidence, SSF believes that government authorities have or have bases for claims also including but not limited to the FCC, IRS, DOJ, and the California Franchise Tax Board and Office of Attorney General. Potential estimated recoveries under these and other SFF damage claims are not stated in the projections submitted herewith.

April 28, 2017 and the renewal premium has been paid. A Certificate of Insurance is attached below.

General Liability: SSF has general liability insurance coverage through April 28, 2016. It has been renewed through April 28, 2017 and the renewal premium has been paid. A Certificate of Insurance is attached below.

Vehicle: SSF does not own, lease or use a motor (or other) vehicle/car and therefore does not have insurance coverage for this purpose.

Other: SSF is providing a copy of the insurance policy that it currently has, noted above.

Identify areas of self-insurance w/liability caps: SSF has no self insurance.

3. **Evidence of Debtor in Possession Bank Accounts**

Tax Escrow Account: SSF has pending a motion to establish a bank account for this purpose.

General Operating Account: SSF has pending a motion to establish a bank account for this purpose.

Money Market Account pursuant to Local Rule 4001-3 for the District of Delaware only: SSF has pending a motion to establish a bank account for this purpose.

Other: The pending motion, just noted, addresses the needed banking arrangements for SSF's currently projected operations under this case.

4. **Retainers Paid (Form IR-2)**

SSF includes herewith Form IR-2 listing retainers it has paid. Of the total $70,000 retainer paid on behalf of SSF to the Sullivan Hazeltine Allinson LLC law firm, a pre-petition payment of $12,652.50 was made for pre-petition legal services provided by the firm, leaving a retainer balance of $57,347.50.

/ / /

In re Skybridge Spectrum Foundation, Debtor    Case No. 16-10626 (CSS)    Dated April 23, 2016

**CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: May 2016 through April 2017**
(In $ thousands)

| Months, by month-year (May 6 start) | 1 May-16 | 2 Jun-16 | 3 Jul-16 | 4 Aug-16 | 5 Sep-16 | 6 Oct-16 | 7 Nov-16 | 8 Dec-16 | 9 Jan-17 | 10 Feb-17 | 11 Mar-17 | 12 Apr-17 | 12-mo. Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | 1,400 | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | 100 | | | | | | | | | | | | 100 |
| LOANS AND ADVANCES | | | | | | | | | | | 2,000 | | |
| SALE OF ASSETS | | | | 1,000 | | | 2,000 | | | | | | 5,000 |
| OTHER (ATTACH LIST) [1]* | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | 100 | | | 1,000 | | | 2,000 | | | | 2,000 | | 5,100 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 100 | 100 | 120 | 120 | 120 | 1,050 |
| PAYROLL TAXES (included in net) | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 23 |
| INVENTORY PURCHASES | | | | | | | | | | | | | |
| SECURED/ RENTAL/ LEASES | 4 | 6 | 6 | 8 | 8 | 8 | 10 | 10 | 10 | 12 | 12 | 12 | 106 |
| INSURANCE | 2 | | | 3 | | | 4 | | | 5 | | | 14 |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) (below) | 100 | 100 | 100 | 150 | 150 | 150 | 200 | 200 | 200 | 250 | 250 | 250 | 2,100 |
| PROFESSIONAL FEES | 100 | 100 | 100 | 80 | 70 | 60 | 50 | 50 | 50 | 50 | 50 | 50 | 810 |
| U.S. TRUSTEE FEES | 0.33 | | | 4.88 | | | 4.88 | | | 6.50 | | | 17 |
| COURT COSTS (including PACER use) | 1.72 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 7 |
| **TOTAL DISBURSEMENTS** | 249 | 259 | 269 | 318 | 311 | 311 | 371 | 363 | 363 | 446 | 435 | 435 | 4,127 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (149) | (259) | (269) | 682 | (311) | (311) | 1,629 | (363) | (363) | (446) | 1,566 | (435) | 973 |
| **Cash End of Month** | 1,251 | 992 | 724 | 1,406 | 1,095 | 785 | 2,413 | 2,051 | 1,688 | 1,242 | 2,808 | 2,373 | |
| Disbursements - Other (from above) | | | | | | | | | | | | | |
| Payments to creditors [2]* | | | | | | | | | | | | | |
| Technology R&D & testing | 40 | 40 | 40 | 60 | 60 | 60 | 80 | 80 | 80 | 100 | 100 | 100 | 840 |
| SSF JV Plan R&D & implementation | 20 | 20 | 20 | 30 | 30 | 30 | 40 | 40 | 40 | 50 | 50 | 50 | 420 |
| Special legal costs, JV & defense | 20 | 20 | 20 | 30 | 30 | 30 | 40 | 40 | 40 | 50 | 50 | 50 | 420 |
| Consultant costs for "Other" (above) | 20 | 20 | 20 | 30 | 30 | 30 | 40 | 40 | 40 | 50 | 50 | 50 | 420 |
| **Total** | 100 | 100 | 100 | 150 | 150 | 150 | 200 | 200 | 200 | 250 | 250 | 250 | 2,100 |

* This projection does not include [1] potential recoverable SSF legal claims, or [2] creditor payments under a Chapter 11 Plan, but funds for those are provided for herein.

5

In re Skybridge Spectrum Foundation  
Debtor

Case No. 16-10626 (CSS)  
Reporting Period: March 11, 2016 to April 22, 2016

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Sullivan Hazeltine Allinson, LLC | 3-8-16 3-10-16 | wire wire | Warren Havens on behalf of Debtor | $70,000 total | $12,653* | $57,347 |

[1] Identify all Evergreen Retainers

* Applied for pre-Petition legal service fees.

Form IR-2 (4/07)

6

TELESHOL01 KARYN

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 4/25/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Sampson Insurance Agency, LLC
P.O. Box 890039
Weymouth, MA 02189

CONTACT NAME: Karyn M. Stauss, CISR
PHONE (A/C, No, Ext): 7131
FAX (A/C, No): (781) 682-9741
E-MAIL ADDRESS: kstauss@sampsonins.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: The Hartford | 38288 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Telesaurus Holdings GB LLC
2509 Stuart Street
Berkeley, CA 94705

**COVERAGES**        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY <br> ☐ CLAIMS-MADE  X OCCUR | | | 08SBAIL4237SB | 04/28/2016 | 04/28/2017 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $300,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY ☐ PROJECT ☐ LOC <br> OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY <br> ☐ ANY AUTO <br> ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS <br> ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB  X OCCUR <br> ☐ EXCESS LIAB ☐ CLAIMS-MADE <br> ☐ DED  X RETENTION $10,000 | | | 08SBAIL4237SB | 04/28/2016 | 04/28/2017 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Building | | | 08SBAIL4237SB | 04/28/2016 | 04/28/2017 | $257,200    ded | 2,500 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
US Department of Justice, Attn: Dave Gerardi, Trial Attorney is listed as additional insured per required written contract. Should any of the above policies be cancelled before the expiraiton date thereof, the issuing company will endeavor to mail 30 days written notice to the certificate holder named, but failure to do so shall impose no obligation or liability of any kind upon the insurer, its agents or representatives. Skybridge Spectrum Foundation is listed as an Additional Named Insured on policy.

**CERTIFICATE HOLDER**

US Department of Justice, Attn: Dave Gerardi, Trial Attorney
Office of the United States Trustee
J Caleb Boggs Federal Building
844 King St., Suite 2207
Wilmington, DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
*Craig A. Thompson* (signature)

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)        The ACORD name and logo are registered marks of ACORD