**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Skybridge Spectrum Foundation,[1] | ) Case No. 16-10626 (CSS) |
| | ) |
| Debtor. | ) **Hearing Date:  May 6, 2016 at 1:00 p.m.** |
| | ) **Objection Deadline:  April 29, 2016 at 4:00 p.m.** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 6, 2016 AT 1:00 A.M.[2]**

## I.    MATTERS GOING FORWARD

1.    Application Pursuant to Sections 327(a) and 1107 of the Bankruptcy Code, Fed. R. Bankr. P. 2014(a) and Del. Bankr. L. R. 2014-1 for an Order Authorizing the Employment and Retention of Sullivan Hazeltine Allinson LLC as Counsel for the Debtor and Debtor-In-Possession Nunc Pro Tunc to the Petition Date (Docket No. 3; Filed: March 11, 2016).

**Related Documents:**

(a)    Notice of Application (Docket No. 63; Filed April 15, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)    Omnibus Opposition of Puget Sound Energy, Inc. to First Day Motions; Limited Opposition to Retention Application (Docket No. 87; Filed April 29, 2016).

(b)    Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

**Status:**  This matter is going forward.

2.    Motion of Dr. Leong for Order: (A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Related Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code (Docket No. 23; Filed March 25, 2016).

---

[1] The last four digits of the Debtor's federal tax identification number are 8487.  The Debtor's mailing address is 2509 Stuart Street, Berkeley, CA 94705.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall, by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

**Related Documents:**

(a)     Joinder and Supplement of Puget Sound Energy, Inc. to Motion of Dr. Leong for Order: (A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Related Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code (Docket No. 42; Filed April 1, 2016).

(b)     Declaration of Mark W. Schneider in Support of Joinder and Supplement of Puget Sound Energy, Inc. to Motion of Dr. Leong for Order: (A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Related Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code (Docket No. 44; Filed April 1, 2016).

(c)     Amended Motion of Dr. Leong for Order: (I)(A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Related Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code; or (II) Appointing a Chapter 11 Trustee Pursuant to Section 1104(a) of the Bankruptcy Code (Docket No. 60; Filed March 25, 2016).

(d)     Joinder of Susan L. Uecker, the Court-Appointed Receiver, to Amended Motion of Dr. Leong for Order: (I)(A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Related Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code; or (II) Appointing a Chapter 11 Trustee Pursuant to Section 1104(a) of the Bankruptcy Code (Docket No. 93; Filed April 29, 2016).

(e)     Reply of Dr. Arnold Leong to Debtor's Oppositions to Motion to Dismiss and Motion to Excuse Turnover (Docket No. 103; Filed May 3, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Debtor's omnibus Objection to (A) Amended Motion of Dr. Leong for Order: (I)(A) Excusing Receiver from Compliance with Section 543 of the Bankruptcy Code; and (B) Granting Related Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code; or (II) Appointing a Chapter 11 Trustee Pursuant to Section 1104(a) of the Bankruptcy Code and (B) Joinder and Supplement of Puget Sound Energy, Inc. Thereto (Docket No. 95; Filed April 29, 2016).

(b)     Declaration of Warren Havens in Support of Debtor's Pleadings of April 29, 2016 (Docket No. 98; Filed April 30, 2016).

**Status:**  This matter is going forward.

3.      Declaration of Warren C. Havens in Support of the Debtor's  Chapter 11 Petition and Requests for First Day Relief with Appendix (Docket No. 30; Filed March 29, 2016).

**Related Documents:**

(a)      Amended Notice of (1) Filing of Bankruptcy Petition and Related Pleadings and (2) First-Day Hearing Thereon (Docket No. 52; Filed April 12, 2016).

(b)      Debtor's Omnibus Response to (1) Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis and (2) Joinder of Puget Sound Energy, Inc. Thereto (Docket No. 94; Filed April 29, 2016).

(c)      Declaration of Warren Havens in Support of Debtor's Pleadings of April 29, 2016 (Docket No. 98; Filed April 30, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)      Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis (Docket No. 38; Filed March 20, 2016).

(b)      Joinder of Puget Sound Energy, Inc. in Objection to Setting of First Day Motions (Docket No. 43; Filed April 1, 2016).

**Status:**  This matter is going forward.

4.      Debtor's Motion for Order Authorizing Debtors to (A) Continue and Maintain Consolidated Cash Management System and Existing Bank Account and Books and Records;  (B) Continue Use of Existing Business Forms; and (C) Granting Interim and Final Waiver of Section 345 Requirements  (Docket No. 31; Filed March 29, 2016).

**Related Documents:**

(a)      Amended Notice of (1) Filing of Bankruptcy Petition and Related Pleadings and (2) First-Day Hearing Thereon (Docket No. 52; Filed April 12, 2016).

(b)      Debtor's Omnibus Response to (1) Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis and (2) Joinder of Puget Sound Energy, Inc. Thereto (Docket No. 94; Filed April 29, 2016).

(c)      Declaration of Warren Havens in Support of Debtor's Pleadings of April 29, 2016 (Docket No. 98; Filed April 30, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis (Docket No. 38; Filed March 20, 2016).

(b)     Joinder of Puget Sound Energy, Inc. in Objection to Setting of First Day Motions (Docket No. 43; Filed April 1, 2016).

(c)     Omnibus Objection of Dr. Arnold Leong to Debtor's Motions: (A) For authority to Continue and Maintain Consolidated Cash Management System [Docket No. 31]; (B) for Authority to Retain and Pay Ordinary Course Professionals [Docket No. 32]; (C) For Additional Time within Which to File Schedules and Statements [Docket No. 33]; and (D) to Establish Interim Compensation Procedures [Docket No. 64] (Docket No. 83; Filed April 29, 2016).

(d)     Omnibus Opposition of Puget Sound Energy, Inc. to First Day Motions; Limited Opposition to Retention Application (Docket No. 87; Filed April 29, 2016).

(e)     Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

(f)     Limited Objection of Susan L. Uecker, the Court-Appointed Receiver, to Debtor's Motion for Order Authorizing Debtors to (A) Continue and Maintain Consolidated Cash Management System and Existing Bank Account and Books and Records; (B) Continue Use of Existing Business Forms; and (C) Granting Interim and Final Waiver of Section 345 Requirements (Docket No. 91; Filed April 29, 2016).

**Status:**  This matter is going forward.

5.     Motion for Entry of an Order Authorizing Retention and Payment of Professionals Utilized by the Debtor in the Ordinary Course of Business (Docket No. 32; Filed March 29, 2016).

**Related Documents:**

(a)     Amended Notice of (1) Filing of Bankruptcy Petition and Related Pleadings and (2) First-Day Hearing Thereon (Docket No. 52; Filed April 12, 2016).

(b)     Debtor's Omnibus Response to (1) Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis and (2) Joinder of Puget Sound Energy, Inc. Thereto (Docket No. 94; Filed April 29, 2016).

(c)     Declaration of Warren Havens in Support of Debtor's Pleadings of April 29, 2016 (Docket No. 98; Filed April 30, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis (Docket No. 38; Filed March 20, 2016).

(b)     Joinder of Puget Sound Energy, Inc. in Objection to Setting of First Day Motions (Docket No. 43; Filed April 1, 2016).

(c)     Omnibus Objection of Dr. Arnold Leong to Debtor's Motions: (A) For authority to Continue and Maintain Consolidated Cash Management System [Docket No. 31]; (B) for Authority to Retain and Pay Ordinary Course Professionals [Docket No. 32]; (C) For Additional Time within Which to File Schedules and Statements [Docket No. 33]; and (D) to Establish Interim Compensation Procedures [Docket No. 64] (Docket No. 83; Filed April 29, 2016).

(d)     Omnibus Opposition of Puget Sound Energy, Inc. to First Day Motions; Limited Opposition to Retention Application (Docket No. 87; Filed April 29, 2016).

(e)     Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

**Status:**  This matter is going forward.

6.     Motion for Entry of an Order Granting Additional Time Within Which to File Schedules and Statements (Docket No. 33; Filed March 29, 2016).

(a)     Amended Notice of (1) Filing of Bankruptcy Petition and Related Pleadings and (2) First-Day Hearing Thereon (Docket No. 52; Filed April 12, 2016).

(b)     Debtor's Omnibus Response to (1) Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis and (2) Joinder of Puget Sound Energy, Inc. Thereto (Docket No. 94; Filed April 29, 2016).

(c)     Declaration of Warren Havens in Support of Debtor's Pleadings of April 29, 2016 (Docket No. 98; Filed April 30, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Objection of Dr. Arnold Leong to Setting of Purported First Day Motions on an Emergency Basis (Docket No. 38; Filed March 20, 2016).

(b)     Joinder of Puget Sound Energy, Inc. in Objection to Setting of First Day Motions (Docket No. 43; Filed April 1, 2016).

(c)      Omnibus Objection of Dr. Arnold Leong to Debtor's Motions: (A) For authority to Continue and Maintain Consolidated Cash Management System [Docket No. 31]; (B) for Authority to Retain and Pay Ordinary Course Professionals [Docket No. 32]; (C) For Additional Time within Which to File Schedules and Statements [Docket No. 33]; and (D) to Establish Interim Compensation Procedures [Docket No. 64] (Docket No. 83; Filed April 29, 2016).

(d)      Omnibus Opposition of Puget Sound Energy, Inc. to First Day Motions; Limited Opposition to Retention Application (Docket No. 87; Filed April 29, 2016).

(e)      Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

**Status:** This matter is going forward.

7.      Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 55; Filed April 15, 2016).

**Related Documents:**

(a)      Declaration of Susan L. Uecker in Support of Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 56; Filed April 15, 2016).

(b)      Declaration of Richard W. Osman in Support of Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 57; Filed April 15, 2016).

(c)      Request for Judicial notice in Support of Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 58; Filed April 15, 2016).

(d)      Statement and Joinder of Puget Sound Energy, Inc. in Support of Motion to Dismiss (Docket No. 88; Filed April 29, 2016).

(e)      Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

(f)      Joinder of Susan L. Receiver, the Court-Appointed Receiver, to Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 92; Filed April 29, 2016).

(g)      Reply of Dr. Arnold Leong to Debtor's Oppositions to Motion to Dismiss and Motion to Excuse Turnover (Docket No. 103; Filed May 3, 2016).

**Objection Deadline:** April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Debtor's Objection to Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 97; Filed April 30, 2016).

(b)     Declaration of Warren Havens in Support of Debtor's Pleadings of April 29, 2016 (Docket No. 98; Filed April 30, 2016).

(c)     Debtor's Objection to Request for Judicial notice in Support of Motion of Dr. Arnold Leong to Dismiss Debtor's Bankruptcy Case Pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Docket No. 99; Filed April 30, 2016).

**Status:**  This matter is going forward.

8.     Motion of Susan L. Uecker, the Court-Appointed Receiver, for Entry of an Order Preserving the Status Quo of the Receivership Pending a Hearing on Excusal from Compliance with Section 543 of the Bankruptcy Code and Dr. Leong's Motion to Dismiss the Bankruptcy Case (Docket No. 62; Filed April 15, 2016).

**Related Documents:**

(a)     Notice of Motion of Susan L. Uecker, the Court-Appointed Receiver, for Entry of an Order Preserving the Status Quo of the Receivership Pending a Hearing on Excusal from Compliance with Section 543 of the Bankruptcy Code and Dr. Leong's Motion to Dismiss the Bankruptcy Case (Docket No. 66; Filed April 15, 2016).

(b)     Reply in Support of Motion of Susan L. Uecker, the Court-Appointed Receiver, for Entry of an Order Preserving the Status Quo of the Receivership Pending a Hearing on Excusal from Compliance with Section 543 of the Bankruptcy Code and Dr. Leong's Motion to Dismiss the Bankruptcy Case (Docket No. 102; Filed May 3, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Debtor's Objection to Motion of Susan L. Uecker, the Court-Appointed Receiver, for Entry of an Order Preserving the Status Quo of the Receivership Pending a Hearing on Excusal from Compliance with Section 543 of the Bankruptcy Code and Dr. Leong's Motion to Dismiss the Bankruptcy Case (Docket No. 96; Filed April 29, 2016).

**Status:**  This matter is going forward.

9.      Motion of the Debtor for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 64; Filed April 15, 2016).

**Related Documents:**  None

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Omnibus Objection of Dr. Arnold Leong to Debtor's Motions: (A) For authority to Continue and Maintain Consolidated Cash Management System [Docket No. 31]; (B) for Authority to Retain and Pay Ordinary Course Professionals [Docket No. 32]; (C) For Additional Time within Which to File Schedules and Statements [Docket No. 33]; and (D) to Establish Interim Compensation Procedures [Docket No. 64] (Docket No. 83; Filed April 29, 2016).

(b)     Omnibus Opposition of Puget Sound Energy, Inc. to First Day Motions; Limited Opposition to Retention Application (Docket No. 87; Filed April 29, 2016).

(c)     Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

**Status:**  This matter is going forward.

10.     Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 68; Filed April 15, 2016).

**Related Documents:**

(a)     Declaration of Warren C. Havens in Support of Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 70; Filed April 18, 2016).

(b)     Errata Sheet to Declaration of Warren C. Havens in Support of Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 74; Filed April 25, 2016).

(c)     Debtor's Objection to Request for Judicial Notice in Support of Opposition of Dr. Arnold Leong to Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 100; Filed April 29, 2016).

(d)     Reply in Support of Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 105; Filed May 4, 2016).

**Objection Deadline:**  April 29, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Opposition of Dr. Arnold Leong to Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 84; Filed April 29, 2016).

(b)     Request for Judicial Notice in Support of Opposition of Dr. Arnold Leong to Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 85; Filed April 29, 2016).

(c)     Omnibus Statement and Joinder of Puget Sound Energy, Inc. in Opposition to Turnover by Receiver and in Support of Related Relief (Docket No. 86; Filed April 29, 2016).

(d)     Supplemental Declaration of Mark W. Schneider in Support of Joinders and Oppositions of Puget Sound Energy, Inc. (Docket No. 89; Filed April 29, 2016).

(e)     Objection of Susan L. Uecker, the Court-Appointed Receiver, to Debtor's Motion Compelling Custodian to Turn Over Property of Debtor's Estate (Docket No. 90; Filed April 29, 2016).

**Status:** This matter is going forward.

Date:   May 4, 2016                              **SULLIVAN · HAZELTINE · ALLINSON** LLC
        Wilmington, DE

                                                 */s/ E.E. Allinson III*
                                                 Elihu E. Allinson III (No. 3476)
                                                 901 North Market Street, Suite 1300
                                                 Wilmington, DE 19801
                                                 Tel: (302) 428-8191
                                                 Fax: (302) 428-8195
                                                 Email:  zallinson@sha-llc.com

                                                 *Proposed Attorneys for the Debtor*
                                                 *and Debtor-in-Possession*